UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY (NEWARK DIVISION)

| | |
|---|---|
| CHARLES T. McNAIR, on behalf of himself and all others similarly situated, | Case No. 06-5072 (JLL) |
| Plaintiffs, | STIPULATION AND [PROPOSED] CONSENT ORDER REGARDING FILING OF AMENDED PLEADINGS |
| v. | |
| SYNAPSE GROUP, INC., | |
| Defendant | |

IT IS HEREBY STIPULATED AND AGREED, between the undersigned attorneys for the parties herein that the time to file and serve amended pleadings and/or adding new plaintiffs is hereby extended from **July 2, 2007** to **August 2, 2007.**

Dated: July 2, 2007

Gary S. Graifman, Esq.
KANTROWITZ, GOLDHAMER
& GRAIFMAN
210 Summit Avenue
Montvale, New Jersey 07645
Tel: (201) 391-7000
Fax: 201-307-1066

Michael S. Green, Esq.
GREEN & PAGANO, LLP
522 Route 18
P.O. Box 428
East Brunswick, NJ 08816
Tel: (732) 390-0480
Fax: (732) 390-0481

Paul Diamond, Ph.D., J.D.
Diamond Law Office, LLC
1605 John Street, Suite 102
Fort Lee, NJ 07024

Geoffrey W. Castello, Esq.
KELLEY DRYE & WARREN, LLP
200 Kimball Drive
Parsippany, New Jersey 07054
Phone: 973-503-5900

KELLEY DRYE & WARREN, LLP,
Thomas E. Gilbertson, Esq.
3050 K Street, NW
Washington, DC 20007
Tel: 202-342-8505
Fax: 202-342-8451
*Attorneys for Defendants*

Tel. 201-242-1110

*Attorneys for Plaintiffs*

SO ORDERED:

*s/Claire C. Cecchi*

HON. CLAIRE C. CECCHI
U.S.M.J.
Dated: 7/10/07