Geoffrey W. Castello
Lauri A. Mazzuchetti
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900

Thomas E. Gilbertsen (admitted *pro hac vice*)
Joanna Baden-Mayer (admitted *pro hac vice*)
KELLEY DRYE & WARREN LLP
3050 K Street N.W.
Washington, D.C. 20007
(202) 342-8400

Attorneys for Defendant
Synapse Group, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHARLES T. MCNAIR, THEODORE AUSTIN, DANIELLE DEMETRIOU, USHMA DESAI and JULIE DYNKO,<br><br>Plaintiffs,<br><br>v.<br><br>SYNAPSE GROUP, INC.,<br><br>Defendant. | CIVIL ACTION NO. 2:06-cv-05072 (JLL) (CCC)<br><br>**DEFENDANT'S NOTICE OF MOTION TO STIKE OR EXCLUDE THE REPORT OF DR. WARREN J. KEEGAN**<br><br>**(RETURNABLE NOVEMBER 3, 2008)**<br>**ORAL ARGUMENT REQUESTED** |

To:  Gary S. Graifman, Esq.
     Kantrowitz, Goldhamer & Graifman, Esqs.
     210 Summit Avenue
     Montvale, New Jersey 07645

| | |
|---|---|
| Paul Diamond, Esq. | Michael Scott Green, Esq. |
| Diamond Law Office, LLC | Green & Pagano, LLP |
| 1605 John Street, Suite 102 | 522 Route 18, P.O. Box 428 |
| Fort Lee, New Jersey 07024 | East Brunswick New Jersey 08816 |

PLEASE TAKE NOTICE that on Monday, November 3, 2008, at 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for defendant Synapse Group, Inc. shall move before the Honorable Jose L. Linares, U.S.D.J., United States District Court for the District of New Jersey, at the Martin Luther King Jr. Federal Building & U.S. Courthouse, Newark, New Jersey, pursuant to Fed. R. Evid. 402, 702 and Fed. R. Civ. P. 12(f), for the entry of an Order striking or excluding the report of Dr. Warren J. Keegan that plaintiffs submit in support of their pending motion for class certification;

PLEASE TAKE FURTHER NOTICE that in support of this motion, Defendant shall rely upon Defendant Synapse Group, Inc.'s Memorandum of Law in Support of Motion to Strike or Exclude the Report of Dr. Warren J. Keegan, dated September 29, 2008, which is submitted herewith;

PLEASE TAKE FURTHER NOTICE that Defendant requests oral argument; and

PLEASE TAKE FURTHER NOTICE that at that time and place aforesaid, Defendant will request that the proposed form of Order submitted herewith, in accordance with Local Civ. R. 7.1, be entered by the Court.

| | |
|---|---|
| Date:  September 29, 2008 | KELLEY DRYE & WARREN LLP |
| | By   /s/ Geoffrey W. Castello |
| | Geoffrey W. Castello |
| | Lauri A. Mazzuchetti |
| | 200 Kimball Drive |
| | Parsippany, New Jersey 07054 |
| | (973) 503-5900 |
| | |
| | KELLEY DRYE & WARREN LLP |
| | Thomas E. Gilbertsen |
| | (admitted *pro hac vice)* |
| | Joanna Baden-Mayer |
| | (admitted *pro hac vice*) |
| | 3050 K Street N.W. |
| | Washington, D.C. 20007 |
| | (202) 342-8400 |
| | |
| | OF COUNSEL: |
| | |
| | Gary A. Greene |
| | Chief Corporate Counsel |
| | Synapse Group, Inc. |
| | 225 High Ridge Road, East Building |
| | Stamford, CT  06905 |
| | Telephone:  (203) 391-0594 |
| | Facsimile:  (212) 467-2395 |
| | |
| | Attorneys for Defendant |
| | Synapse Group, Inc. |