**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHARLES T. MCNAIR, et al., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No.: 06-5072 (JLL) |
| ) | |
| v. ) | |
| ) | **ORDER** |
| SYNAPSE GROUP, INC., ) | |
| ) | |
| Defendant. ) | |

Currently before the Court is Plaintiffs' motion for class certification. For the reasons stated in this Court's corresponding Opinion,

It is on this 29th day of June, 2009,

**ORDERED** that Plaintiffs' motion for class certification (CM/ECF No. 62) is hereby DENIED.

**IT IS SO ORDERED.**

_____
JOSE L. LINARES,
UNITED STATES DISTRICT JUDGE