**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHARLES T. MCNAIR, et al., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No.: 06-5072 (JLL) |
| ) | |
| v. ) | |
| ) | **ORDER** |
| SYNAPSE GROUP, INC., ) | |
| ) | |
| Defendant. ) | |

Currently before the Court is Plaintiffs' motion to amend the complaint. For the reasons set forth in this Court's corresponding Opinion,

It is on this 5th day of November, 2009,

**ORDERED** that Plaintiffs' motion to amend the complaint (CM/ECF No. 88) is GRANTED. The Court accepts the proposed amended complaint for filing except that Plaintiffs' New Jersey Consumer Fraud claim is stricken from the amendment.

Jose L. Linares,
United States District Judge