# Exhibit A

Thank you for being a valued customer. We hope you have been enjoying your service as your complete satisfaction is our ultimate goal.

For your convenience, we will continue to ensure that you don't receive extra unwanted mail -- the multiple renewal notices and bills that normally come with a subscription. The order you previously placed through a leading internet site to receive magazines will continue for the next term of issues using the credit card you previously provided for your selections and will be charged annually for National Geographic Traveler, at $17.95 for 8 issues, annually for Time, at $54 for 56 issues, annually for PC World, at $24.95 for 12 issues, annually for National Geographic Adventure, at $14.95 for 10 issues. If you do not wish to continue, call 800 927 9351 by Jun 29 and no charge will appear. As long as you are satisfied, your selections will continue through our open-ended, customer-friendly subscription method -- continuous service. Of course, we will always send you a courtesy reminder before you are ever billed to ensure your satisfaction. See reverse side for details and important guarantees. Remember, you can always look for the expiration date on your magazine label. You may cancel anytime and receive a refund of unserved issues. If a title ceases, it will be replaced with one of equal or greater value. We hope you enjoy your selections and look forward to serving you in the future.

Do you have suggestions or comments? The space provided on the response card is for you to tell us how we might improve our service. If you have no comments today, please recycle this card. Thank you again.

*C   July 29, 04*
*Called on 5/25/06*
*cancelled all*

Subscription ID: #,0330-541-095-3

▼ Detach and return by mail ▼

Q3RNV7

## Special Customer Communication

**We guarantee a hassle-free subscription.** You'll never miss an issue. No bills, reminders, publisher renewal notices and no telemarketing calls. We do the work for you by automatically extending your subscription each year for as long as you want your selections.

**We guarantee to send you advance notice every year** about your next continuous-service subscription period and rates. We will send a notice that spells out your rate, your number of issues and when your credit card will be charged. If you don't wish to continue, you can simply cancel before your new term begins.

**We guarantee you uninterrupted service.** As a Valued Subscriber, we guarantee you outstanding customer service.

SEE INSIDE FOR DETAILS.

02V11



## Moving?

Not a problem. We'll make sure you don't miss a single issue of your favorite magazines. It's one of the benefits of being a subscriber. Just complete and return the form below:

Name _____

New Address _____

_____

City _____  State/Zip _____

Synapse Connect, Inc.
C/O Processing Center
PO Box 30468
Salt Lake City, UT 84130

PRESORTED
First Class Mail
U.S. Postage
**PAID**
NSS LLC

Charles McNair
17 Pinkneyville Rd.
Sparta, NJ  07871-4005

A 0115 65817 V11 0033043   RN 051006

RE- EMAIL REQUEST
BY PAUL DIAMOND
9/1/2006

Your comments on how we can improve:
(Otherwise please recycle this card.)

Nat Geographic Adventure

Nat Geog Travel
4/1095 1D

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 9920    SALT LAKE CITY, UT

POSTAGE WILL BE PAID BY ADDRESSEE

**PROCESSING CENTER**
**P.O. Box 30477**
**Salt Lake City, UT 84130-9806**

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

Confirmation
1958
-100, aag-1
called on 7-12-06
20-21-L