# Exhibit B

# Part I

# Search Results: TWX

You searched for:    Legend
**TWX**
Approximately **76**     New     Updated     Rebuttal     Photos
Reports Found
Showing 1 - 15

| Date | Title | City, State |
|---|---|---|
| 1. 6/22/2007 10:20:00 AM  | Twx Magazine ripoff, fradulant billing, unauthorized subscription renewal,obsene prices. Warren Michigan <br><br> Book & Magazine Publishers : **Twx Magazine** <br> Michigan | **Author:** warren, Michigan |
| 2. 6/21/2007 4:03:00 AM  | TWX MAGAZINE GROUP Ripoff unauthorized transaction/charge to my bank account Rincon Georgia <br><br> Book & Magazine Publishers : **TWX MAGAZINE GROUP** <br> Georgia | **Author:** Rincon, Georgia |
| 3. 6/20/2007 10:03:00 AM  | TWX MAGAZINE DIRECT MARKETING Oprah would not approve if she knew her mag was being used by twxmagazine. Internet <br><br> Corrupt Companies : **Twx Magazine Marketing** <br> Internet | **Author:** moreno valley, California |
| 4. 6/19/2007 7:32:00 PM  | Synapse NSS TWX Owned By Time, Inc!! Magazine Rip-off by Synapse, NSS, TWX, of the multiple names of this company owned by Time, Inc. Stamford Connecticut <br><br> Telemarketers : **Synapse NSS TWX All Names For The Same Rip-off Company; Owned By Time, Inc!!** <br> Connecticut | **Author:** baltimore, Maryland |
| 5. 6/15/2007 9:31:00 AM  | TWX Magazine Service Center FRAUDELENT BILLING RIPOFF New York New York, Minneapolis, Minnesota Internet *EDitor's Suggestions on how to get your money back into your bank account! <br><br> Corrupt Companies : **TWX Magazine Service Center** <br> Internet | **Author:** Irving, Texas |
| 6. 6/10/2007 4:22:00 PM  | TWX Magazines Unauthorized charges to credit card!! Stanford Connecticut <br><br> Credit Card Fraud : **TWX Magazines** <br> Connecticut | **Author:** Columbia, South Carolina |
| 7. 6/9/2007 9:35:00 AM  | TWX Magazine magazine subscriptions Internet <br><br> Book & Magazine Publishers : **TWX Magazine** <br> Internet | **Author:** Ponte Vedra Beach, Florida |

- MatureRx
- Coventry AdvantraRx
- Humana



8.  6/8/2007
    7:23:00 AM
    **NEW**

    TWX Magazines And Other TWX Offers Automatic billing, no renewal charge notices, clever wording in automated menus ripoff Stanford Connecticut

    Corrupt Companies : **TWX Magazines**
    Connecticut

    **Author:** West Valley City, Utah

9.  6/4/2007
    12:06:00 AM
    **NEW**

    TWX Magazine I was Fraudulantly charged 55.00 for subscriptions I never agreed to pay for! ripoff Internet

    Telemarketers : **TWX Magazine**
    Internet

    **Author:** N. Ft. Myers, Florida

10. 6/4/2007
    6:31:00 PM
    **NEW**

    TWX Magaizines fraudulent billing for subscription ripoff California

    Book & Magazine Publishers : **TWX Magaizines**
    California

    **Author:** Somewhere, Alabama

11. 6/4/2007
    12:05:00 AM
    **NEW**

    Synapse - NSS - TWX names different but the same scam ripoff Stanford Connecticut

    Book & Magazine Publishers : **Synapse - NSS - TWX**
    Connecticut

    **Author:** Springfield, Oregon

12. 5/23/2007
    7:43:00 PM

    TWX other ripoff sites Tacoma Washington

    Corrupt Companies : **TWX**
    Washington

    **Author:** seattle, Washington

13. 5/23/2007
    12:24:02 PM
    **REBUTTAL**

    800-9279578 TWX Magazines Magazeoutlet - USNEWSDIGIT - NSS Magazine Outlet ripoff Internet

    *Consumer Suggestion ..Do not order through TWX Magazines!

    Internet Marketing Companies : **TWX Magazines Magazeoutlet USNEWSDIGIT NSS Magazine Outlet**
    Internet

    **Author:** Santa Ana, California

14. 5/4/2007
    11:58:00 PM

    TWX AOL Fraudulent Billing, charged my credit card for AOL Music Now and I never signed up for it! ripoff Smithville Missouri

    Internet Service Providers : **TWX AOL**
    Nationwide

    **Author:** Smithville, Missouri

15. 5/4/2007
    7:14:00 AM

    TWX NSS Magazine Subscriptions Unwanted Magazines ripoff Nationwide

    Corrupt Companies : **TWX NSS Magazine Subscriptions**
    Nationwide

    **Author:** Derby, Kansas

Approximately 76 Reports Found
Showing 1 - 15 | **Showing Page 1 of approximately 6**

Next >>

1

what Mortgage Brokers

injured and whether you are eligible to be a member of a class action to recover your losses please contact classaction @earthlaw.com

Passport Problems?

The federal government didn't live up to its promise to deliver your passport within 14 days. Do you live in NY, CA, NV, TX, CT, WA, PA, FL, CO, or GA and might be entitled to our passport and $60 refund? Call (562) 754-3191 or email classaction@ Join Class Action Now! HUD 1 form immediately to see if you qualify.

Prescription
Advertisers above have met our strict standards for business conduct.

Are you a member of a prescription drug plan or do you have a prescription drug card through any organization, such as:

- SaveRx





**Ripoff Report**

| Thank You! | Donate | Link | Past Featured Reports | Consumer Resources | About Us | Want to sue Ripoff Report? |

Copyright © 1999-2007, Ripoff Report

| Privacy Policy | Terms of Service | FAQ | Ed Magedson - Ripoff Report Founder | Contact Us |

by consumers, for consumers



Don't let them get away with it.™

# Search Results: NSS

You searched for:
**NSS**
Approximately **338**
Reports Found
Showing 1 - 15

Legend

[NEW] New     [UPDATE] Updated     [REBUTTAL] Rebuttal     [PHOTOS] Photos

| Date | Title | City, State |
|------|-------|-------------|
| 1. 6/19/2007 7:32:00 PM [NEW] | Synapse NSS TWX Owned By Time, Inc!! Magazine Rip-off by Synapse, NSS, TWX, of the multiple names of this company owned by Time, Inc. Stamford Connecticut | |
| | Telemarketers : **Synapse NSS TWX All Names For The Same Rip-off Company; Owned By Time, Inc!!** Connecticut | **Author:** baltimore, Maryland |
| 2. 6/4/2007 12:05:00 AM [NEW] | Synapse - NSS - TWX names different but the same scam ripoff Stanford Connecticut | |
| | Book & Magazine Publishers : **Synapse - NSS - TWX** Connecticut | **Author:** Springfield, Oregon |
| 3. 5/26/2007 1:58:00 PM | NSS CONT SERV Fraudulent Billing, Dishonest Service, Unreasonable Ripoff Stamford Connecticut | |
| | Book & Magazine Publishers : **NSS CONT SERV** Connecticut | **Author:** Boulder, Colorado |
| 4. 5/23/2007 12:24:02 PM [REBUTTAL] | 800-9279578 TWX Magazines Magazeoutlet - USNEWSDIGIT - NSS Magazine Outlet ripoff Internet | |
| | *Consumer Suggestion ..Do not order through TWX Magazines! | |
| | Internet Marketing Companies : **TWX Magazines Magazeoutlet USNEWSDIGIT NSS Magazine Outlet** Internet | **Author:** Santa Ana, California |
| 5. 5/4/2007 7:14:00 AM | TWX NSS Magazine Subscriptions Unwanted Magazines ripoff Nationwide | |
| | Corrupt Companies : **TWX NSS Magazine Subscriptions** Nationwide | **Author:** Derby, Kansas |
| 6. 5/1/2007 7:48:48 PM [REBUTTAL] | TWX NSS Magazine Subscriptions Ripoff! Automatic Billing, No Notice Subsciption Renewal Nationwide | |
| | *Consumer Comment ..they were nice to me | |
| | Corrupt Companies : **TWX NSS Magazine Subscriptions** Nationwide | **Author:** Evansville, Indiana |
| 7. 4/7/2007 5:06:00 PM | TWX Magazines NSS Magazine, TWX, Magazineoutlet.com they stole money out of my bank account on 3 different times | |

- MatureRx
- Coventry AdvantraRx
- Humana

Stamford Connecticut *EDitor's Suggestions on how to get your money back into your bank account that was wrongfully taken from you!

| Internet Fraud : **NSS Magazine, TWX, Magazineoutlet.com** Connecticut | Author: Brooklyn, New York |

**8.** 2/5/2007 2:45:11 PM
REBUTTAL

NSS Magazine Service Center fradulant billing, illegal use of debit card Ripoff Stamford Connecticut

*Consumer Suggestion ..Do Not Accept 'free' Magazine Trials

| Credit Card Fraud : **NSS Magazine Service Center** Connecticut | Author: warwick, New York |

**9.** 1/15/2007 11:50:18 PM
REBUTTAL

NSS Magazine unauthorized charges, fraudulent billing, deceptive advertising Connecticut

*Consumer Comment ..Learn How to Read the fine print

| Book Publishers : **NSS Magazine** Connecticut | Author: Rochester, NY |

**10.** 1/15/2007 10:03:00 AM

TWX - NSS Magazine Subscriptions Unauthorized billing Internet Nationwide

| On-Line Business : **TWX- NSS Magazine Subscriptions** Nationwide | Author: Chicago, Illinois |

**11.** 12/28/2006 10:14:57 AM
REBUTTAL

TWX MAGAZINE - NSS Magazine Subscriptions ripoff dishonest fraudulent billing for unwanted magazines Nationwide

*Consumer Comment ..Happened to me also!

| Book & Magazine Publishers : **TWX – NSS Magazine Subscriptions** Nationwide | Author: Tampa, Florida |

**12.** 12/27/2006 7:26:00 AM

NSS Magazines charged me for magazines I didn't order Connecticut

| Book & Magazine Publishers : **NSS Magazines** Connecticut | Author: peru, New York |

**13.** 11/25/2006 11:21:00 AM

New Subscription Service NSS RIPE OFF SERVICE !WHY ARE THEY STILL AROUND Ripoff New Jersey New Jersey

| Credit Card Fraud : **New Subscription Service** New Jersey | Author: monroe, Washington |

**14.** 7/19/2006 4:05:02 AM
UPDATE

TWX MAGAZINE - NSS Magazine Subscriptions - Synapse Group ripoff Fraudulent Billing To Debit Card Stamford Connecticut

*UPDATE *UPDATE ..An Apology To Synapse, TWx, NSS Magazines

| Consumer Services : **TWX MAGAZINE - NSS Magazine Subscriptions - Synapse** | Author: Somewhere, Alabama |



what Mortgage Broker

injured and whether you are eligible to be a member of a class action to recover your losses please contact classaction @earthlaw.com

Passport Problems?

The federal government didn't live up to its promise to deliver the your passport within 14 days.

Do you live in AZ, CO, NM, TN, TX or WA?

Did the federal government $60 to expedite your passport and still not deliver it to your within 14 days?

Call 602-252-7953 or email classaction@ Join Class Action Now!

Prescription Ripoff?

Are you a member of a prescription drug plan or do you have a prescription drug card through any organization, such as:

- SaveRx

**Group**
Connecticut

15. 6/23/2006
10:40:07
AM
(REBUTTAL)

TWX Magazines Magazeoutlet USNEWSDIGIT NSS Magazine
Outlet ripoff fast, return slow New York New York

*REBUTTAL Employee ..Wrong.

Internet Marketing Companies : **TWX**
**Magazines Magazeoutlet USNEWSDIGIT**
**NSS Magazine Outlet**
New York

**Author:** St Simons Isl, Georgia



Approximately **338** Reports Found
Showing 1 - 15 | **Showing Page 1 of approximately 23**

Next >>

1

**Ripoff Report**

| Thank You! | Donate | Link | Past Featured Reports | Consumer Resources | About Us | Want to sue Ripoff Report? |

Copyright © 1999-2007, Ripoff Report

| Privacy Policy | Terms of Service | FAQ | Ed Magedson - Ripoff Report Founder | Contact Us |

Case 2:06-cR-0507 2-yhh-GCC    Document 104-3    Filed 12/31/09    Page 9 of 35 PageID: 5151

by consumers, for consumers



Don't let them get away with it.™

# Search Results: Synapse

You searched for:  Legend
**Synapse**
Approximately **74**
Reports Found
Showing 1 - 15

`NEW` New   `UPDATE` Updated   `REBUTTAL` Rebuttal   `PHOTOS` Photos

| Date | Title | City, State |
|------|-------|-------------|
| 1. 6/19/2007 7:32:00 PM `NEW` | Synapse NSS TWX Owned By Time, Inc!! Magazine Rip-off by Synapse, NSS, TWX, of the multiple names of this company owned by Time, Inc. Stamford Connecticut | |
| | Telemarketers : **Synapse NSS TWX All Names For The Same Rip-off Company; Owned By Time, Inc!!** Connecticut | **Author:** baltimore, Maryland |
| 2. 6/19/2007 10:44:59 PM `NEW` `REBUTTAL` | Synapse Group Obtained $39 for magazine subscription from bank account without authorization ripoff Stamford Connecticut *EDitor's Suggestions on how to get your money back into your bank account! *Consumer Suggestion ..Contact the VP of Synapse Bill Wade regarding your dispute | |
| | Book & Magazine Publishers : **Synapse Group** Connecticut | **Author:** Duncanville, Texas |
| 3. 6/4/2007 12:05:00 AM `NEW` | Synapse - NSS - TWX names different but the same scam ripoff Stanford Connecticut | |
| | Book & Magazine Publishers : **Synapse - NSS - TWX** Connecticut | **Author:** Springfield, Oregon |
| 4. 4/27/2007 7:24:32 AM `REBUTTAL` | Synapse Connect Free magazine subscriptions, become difficult to cancel automatically renewing charged subscriptions. RIPOFF Salt Lake City Utah *EDitor's Suggestions on how to get your money back into your bank account! *REBUTTAL Employee ..People need to read | |
| | Credit Card Fraud : **Synapse Connect** Utah | **Author:** Boulder, Colorado |
| 5. 2/27/2007 10:43:00 PM | Synapse Group - TWX MAGAZINE Bank charges for subscription from TWX*MAGAZINE ORDER? ripoff Stamford Connecticut *EDitor's Suggestions on how to get your money back into your bank account! | |
| | Corrupt Companies : **Synapse Group - TWX MAGAZINE** Connecticut | **Author:** Centralia, Washington |
| 6. 1/25/2007 7:43:00 AM | NewSub Magazine Service Synapse Paid for 5 magazine subscription - never received any at my address and could not get anyone on the telephone or email to correct the situation. | |

- MatureRx
- Coventry AdvantraRx
- Humana

ripoff Stamford Connecticut

Book & Magazine Publishers : **NewSub Magazine Service - Synapse** Connecticut | **Author:** Northampton, Massachusetts

7. 1/16/2007 11:57:00 PM

Synapse Group NewSub Magazine Services Unauthorized magazine subscription and charge to my credit card. ripoff Stamford Connecticut *EDitor's Suggestions on how to get your money back into your bank account!

Credit Card Fraud : **Synapse Group - NewSub Magazine Services** Connecticut | **Author:** San Marcos, California

8. 1/10/2007 5:58:00 PM

New Sub Services Synapse Free Magazine Subscription, continued charges at higher rate. Mind numbing automated phone system. Ripoff Stamford Connecticut

Book & Magazine Publishers : **New Sub Services, Synapse** Connecticut | **Author:** altamont, New York



what Mortgage Brokers

injured and whether you are eligible [ ] e a membe [ ] a class action to recover your losses please contact classaction @earthlaw.com Passport Problems?

9. 10/30/2006 3:33:42 AM **UPDATE**

Synapse Connect, Inc. Unauthorized Debit Card Charge after Automated Cancellation Stamford Connecticut

*UPDATE *UPDATE ..Adding Web URL

Media : **Synapse Connect, Inc.** Connecticut | **Author:** Lewistown, Missouri

The federal government didn't live up to its promise to deliver your expedited passport within 14 days.
Do you live in Rio, Key West, the federal government $60 to expedite your passport and you might be entitled to your $60 refund. Call 2-877-522-7953 or email classaction@ Join Class Action Now! HUD 1 form immediately to see if you qualify.

10. 10/20/2006 9:26:00 AM

Synapse Connect, SynapseConnect, ripoff: Contact us within 12 months from today for a full refund. Stamford Connecticut

Advertising / Deceptive : **SynapseConnect** Connecticut | **Author:** North Arlington, New Jersey

11. 10/7/2006 5:44:00 AM

Synapse Magazine They automatically withdrew $63 dollars out of my mothers checking account without her authorization . Brooklyn New York *EDitor's Suggestions on how to get your money back into your bank account!

Book & Magazine Publishers : **Synapse Magazine** New York | **Author:** Cuyahoga Falls, Ohio

Prescription Ripoffs?
Advertisers above have met our strict standards of business conduct.

Are you a member of a prescription drug plan or do you have a prescription drug card through any organization, such as:

- SaveRx

12. 9/29/2006 9:20:00 AM

Synapse Group, - NewSub Magazine Services Newsub Magazine Services EXTRA Charge for supposedly FREE issues: The Magazine Ripoff Based In Stamford Connecticut

Sales People : **Synapse Group, NewSub Magazine Services** Connecticut | **Author:** Davis, California

13. 9/16/2006 12:25:00 PM

Synapse Twx Magazine Charge to debit card Stamford Connecticut

On-Line Stores : **Twx Magazine** Connecticut | **Author:** Gray, Tennessee

14. **9/12/2006**  Synapse Connect, ripoff Salt Lake City Utah
    **10:59:00**
    **AM**      Book & Magazine Publishers : **Synapse** | **Author:** Chandler, Arizona
                **Connect**
                Utah

15. **9/12/2006**  Synapse Connect ripoff, deceptive practices,cancellation ignored,
    **8:23:00 AM**  automated phone system Stamford Connecticut

                Corrupt Companies : **Synapse Connect** | **Author:** Chicago, Illinois
                Connecticut

Approximately **74** Reports Found
Showing 1 - 15 | **Showing Page 1 of approximately 5**                    Next >>

1





**Ripoff Report**

| Thank You! | Donate | Link | Past Featured Reports | Consumer Resources | About Us | Want to sue Ripoff Report? |

Copyright © 1999-2007, Ripoff Report

| Privacy Policy | Terms of Service | FAQ | Ed Magedson - Ripoff Report Founder | Contact Us |

...by consumers, for consumers



Don't let them get away with it.™

# Search Results: Synapse Connect

You searched for:       Legend
**Synapse Connect**    **NEW** New    **UPDATE** Updated    **REBUTTAL** Rebuttal    **PHOTOS** Photos
Approximately **22**
Reports Found
Showing 1 - 15

| Date | Title | City, State |
|------|-------|-------------|
| 1. 4/27/2007 7:24:32 AM **REBUTTAL** | Synapse Connect Free magazine subscriptions, become difficult to cancel automatically renewing charged subscriptions. RIPOFF Salt Lake City Utah *EDitor's Suggestions on how to get your money back into your bank account! *REBUTTAL Employee ..People need to read | |
| | Credit Card Fraud : **Synapse Connect** Utah | **Author:** Boulder, Colorado |
| 2. 10/30/2006 3:33:42 AM **UPDATE** | Synapse Connect, Inc. Unauthorized Debit Card Charge after Automated Cancellation Stamford Connecticut *UPDATE *UPDATE ..Adding Web URL | |
| | Media : **Synapse Connect, Inc.** Connecticut | **Author:** Lewistown, Missouri |
| 3. 10/20/2006 9:26:00 AM | Synapse Connect, SynapseConnect, ripoff: Contact us within 12 months from today for a full refund. Stamford Connecticut | |
| | Advertising / Deceptive : **SynapseConnect** Connecticut | **Author:** North Arlington, New Jersey |
| 4. 9/12/2006 10:59:00 AM | Synapse Connect, ripoff Salt Lake City Utah | |
| | Book & Magazine Publishers : **Synapse Connect** Utah | **Author:** Chandler, Arizona |
| 5. 9/12/2006 8:23:00 AM | Synapse Connect ripoff, deceptive practices,cancellation ignored, automated phone system Stamford Connecticut | |
| | Corrupt Companies : **Synapse Connect** Connecticut | **Author:** Chicago, Illinois |
| 6. 6/22/2006 2:50:00 AM | Synapse Connect AKA NEWSUB Magazine Services Magazine auto-reneral ripoff, very difficult to cancell subscription Stamford Louisville, Kentucky | |
| | Corrupt Companies : **Synapse Connect - - NEWSUB Magazine Services** Connecticut | **Author:** shepherdsville, Kentucky |
| 7. 5/18/2006 5:32:00 PM | Synapse Connect ripoff dishonest fraudulent billing Salt Lake City Utah *EDitor's Suggestions on how to get your money back into your bank account! | |
| | Sales People : **Synapse Connect** Utah | **Author:** Kuna, Idaho |

8. 3/8/2006
6:59:00 PM

Synapse Connect ripoff results Salt Lake City Utah

Corrupt Companies : **Synapse Connect**
Utah

**Author:** Manchester, Iowa

9. 10/30/2005
3:43:50 PM
**REBUTTAL**

Synapse Connect Unapproved Credit Card Charges Magazine
Subscription Salt Lake City Utah

*REBUTTAL Employee ..Synapse has no way to obtain CC
information without authorization

Corrupt Companies : **Synapse Connect**
Utah

**Author:** La Palma, California

10. 7/6/2005
10:28:00
AM

Synapse Connect ripoff- can't get human to cancel- always

Telemarketers : **Synapse Connect**
Utah

**Author:** Duluth, Georgia

11. 11/30/2004
8:53:14 PM
**REBUTTAL**

Chadwicks Lerner Roamans Brylane Brands submits customer
info to ripoff magazine co Synapse Connect victimized many
consumers Indianapolis Indiana

*UPDATE Ex-Employee responds ..Magazine Subscriptions

Specialty Stores : **Chadwicks, Lerner,
Roamans, Brylane Brands**
Indiana

**Author:** Hoover, Alabama

12. 9/16/2004
4:57:00 AM

Synapse Connect, Inc. Magazines Never Cancel !! Salt Lake City
Utah

Corrupt Companies : **Synapse Connect,
Inc.**
Utah

**Author:** Kennesaw, Georgia

13. 9/9/2004
2:02:00 PM

Synapse Connect, Charged for cancelled magazines and will not
refund-Can't talk to a human! Salt Lake City Utah

Telemarketers : **Synapse Connect**
Utah

**Author:** Houston, Texas

14. 4/27/2004
7:28:00 AM

Synapse Connect; Nss Cont. Serv; Magazine Processing Center
ripoff. These companies don't want to refund my money of
$39.97 Salt Lake City Utah; Stamford Connecticut

Book & Magazine Publishers : **Synapse
Connect, . ; Nss Cont. Serv. ; Magazine
Processing Center**
Utah

**Author:** Bethany, Oklahoma

15. 3/26/2004
3:53:00 PM

Synapse Connect, NSS, Drugstore.com ripoff! Dishonest
fraudulent billing. Salt Lake City Utah

On-Line Stores : **Synapse Connect - NSS
- Drugstore.com**
Utah

**Author:** APO, California

Approximately 22 Reports Found
Showing 1 - 15 | **Showing Page 1 of approximately 2**

Next >>

1

- MatureRx
- Coventry AdvantraRx
- Humana



what
Mortgage
Brokers

injured and
whether you are
eligible to be a
member of a class
action to recover
your losses please
contact classaction
@earthlaw.com
Passport
Problems?

The federal
government didn't
live up to its
promise to deliver
the expedited
passports within
14 days.

Do you live in
AZ, CO, NM, TN,
or TX?

If the federal
government $60 to
expedite your
passport and
failed to do your
passport on time
you might be
entitled to your
money back.
Call 561-921-9532 or email
classaction@
EarthLaw.com
Join Class Action
Now!

Prescription
Ripoffs?

Are you a member
of a prescription
drug plan or do
you have a
prescription drug
card through any
organization, such
as:

- SaveRx





**Ripoff Report**

| Thank You! | Donate | Link | Past Featured Reports | Consumer Resources | About Us | Want to sue Ripoff Report? |

Copyright © 1999-2007, Ripoff Report

| Privacy Policy | Terms of Service | FAQ | Ed Magedson - Ripoff Report Founder | Contact Us |

... by consumers, for consumers



Don't let them get away with it.™

# Search Results: magazineoutlet.com

You searched for:    Legend

NEW New    UPDATE Updated    REBUTTAL Rebuttal    PHOTOS Photos

**magazineoutlet.com**
Approximately **6** Reports Found
Showing 1 - 6

| Date | Title | City, State |
|------|-------|-------------|
| 1. 5/26/2007 7:21:00 AM NEW | Magazineoutlet.com ripoff unauthorized use of credit and debit card Jackson Nevada *EDitor's Suggestions on how to get your money back into your bank account! <br><br> On-Line Business : **Magazineoutlet.com** <br> Internet | **Author:** Blossvale, New York |
| 2. 4/7/2007 5:06:00 PM | TWX Magazines NSS Magazine, TWX, Magazineoutlet.com they stole money out of my bank account on 3 different times Stamford Connecticut *EDitor's Suggestions on how to get your money back into your bank account that was wrongfully taken from you! <br><br> Internet Fraud : **NSS Magazine, TWX, Magazineoutlet.com** <br> Connecticut | **Author:** Brooklyn, New York |
| 3. 3/15/2006 2:16:00 PM | Synapse Group, Inc., Magazine Service Group, Freebizmag.com, Magazineoutlet.com Rebill credit card each year, don't send magazine! Stamford Internet <br><br> Mail Order Services : **Synapse Group, Inc., Magazine Service Group** <br> Internet | **Author:** Fairfax, California |
| 4. 12/14/2004 6:33:00 PM | NSS Magazine, TWX, Magazineoutlet.com ripoff deducting from Paypal fraudulently Stamford Connecticut <br><br> Telemarketers : **NSS Magazine, TWX, Magazineoutlet.com** <br> Connecticut | **Author:** New Kensington, Pennsylvania |
| 5. 1/15/2003 8:46:25 AM | New Sub Magazines Synapse Group MagazineOutlet.com ripoff dishonest, fraudulent billing, renews without my permission even when I have cancelled numerous times ripoff business from hell Stamford Connecticut <br><br> Corrupt Companies : **New Sub Magazine Services, Synapse Group(subscription service), MagazineOutlet.com** <br> Connecticut | **Author:** Sterling Heights, Michigan |
| 6. 5/5/2002 12:00:00 AM REBUTTAL | NSS aka MagazineOutlet.com Unauthorized magazine subxriction renewal fraudulent ripoff business Stamford Internet <br><br> *Consumer Suggestion ..It's easy to get your money back...it happened to me twice <br><br> On-Line Business : **NSS** | **Author:** Owings Mills, md |

Internet

Approximately **6** Reports Found
Showing 1 - 6 | **Showing Page 1 of approximately 1**

- MatureRx
- Coventry AdvantraRx
- Humana



injured and whether you are eligible to be a member of a class action to recover your losses please contact classaction @earthlaw.com

*Ripoff Report Legal Ads*

Passport Problems?

The federal government didn't live up to its promise to deliver your expedited passports within 14 days.

Do you live in AZ, you may the federal government $60 to expedite your passport. Fax 602-522-7953 or email classaction@ your HUD 1 form immediately to see if you qualify.

Prescription Drugs?

*Advertisers above have met our strict standards of business conduct.*

Are you a member of a prescription drug plan or do you have a prescription drug card through any organization, such as:

- SaveRx

Ripoff Report Search Results - magazine outloob.com
Case 3:06-cv-05072-mhp-CCC Document 104-3    Filed 12/31/09    Page 20 of 35 PageID: 5782
Page 4 of 4





## Ripoff Report

| Thank You! | Donate | Link | Past Featured Reports | Consumer Resources | About Us | Want to sue Ripoff Report? |

Copyright © 1999-2007, Ripoff Report

| Privacy Policy | Terms of Service | FAQ | Ed Magedson - Ripoff Report Founder | Contact Us |

# Search Results: nss

You searched for:           Legend
**nss**                    [NEW] New        [UPDATE] Updated      [REBUTTAL] Rebuttal      [PHOTOS] Photos
Approximately **338**
Reports Found
Showing 1 - 15

| Date | Title | City, State |
|---|---|---|
| 1. 6/19/2007 7:32:00 PM [NEW] | Synapse NSS TWX Owned By Time, Inc!! Magazine Rip-off by Synapse, NSS, TWX, of the multiple names of this company owned by Time, Inc. Stamford Connecticut | |
| | Telemarketers : **Synapse NSS TWX All Names For The Same Rip-off Company; Owned By Time, Inc!!** Connecticut | **Author:** baltimore, Maryland |
| 2. 6/4/2007 12:05:00 AM [NEW] | Synapse - NSS - TWX names different but the same scam ripoff Stanford Connecticut | |
| | Book & Magazine Publishers : **Synapse - NSS - TWX** Connecticut | **Author:** Springfield, Oregon |
| 3. 5/26/2007 1:58:00 PM | NSS CONT SERV Fraudulent Billing, Dishonest Service, Unreasonable Ripoff Stamford Connecticut | |
| | Book & Magazine Publishers : **NSS CONT SERV** Connecticut | **Author:** Boulder, Colorado |
| 4. 5/23/2007 12:24:02 PM [REBUTTAL] | 800-9279578 TWX Magazines Magazeoutlet - USNEWSDIGIT - NSS Magazine Outlet ripoff Internet  *Consumer Suggestion ..Do not order through TWX Magazines! | |
| | Internet Marketing Companies : **TWX Magazines Magazeoutlet USNEWSDIGIT NSS Magazine Outlet** Internet | **Author:** Santa Ana, California |
| 5. 5/4/2007 7:14:00 AM | TWX NSS Magazine Subscriptions Unwanted Magazines ripoff Nationwide | |
| | Corrupt Companies : **TWX NSS Magazine Subscriptions** Nationwide | **Author:** Derby, Kansas |
| 6. 5/1/2007 7:48:48 PM [REBUTTAL] | TWX NSS Magazine Subscriptions Ripoff! Automatic Billing, No Notice Subsciption Renewal Nationwide  *Consumer Comment ..they were nice to me | |
| | Corrupt Companies : **TWX NSS Magazine Subscriptions** Nationwide | **Author:** Evansville, Indiana |
| 7. 4/7/2007 5:06:00 PM | TWX Magazines NSS Magazine, TWX, Magazineoutlet.com they stole money out of my bank account on 3 different times | |



- MatureRx
- Coventry AdvantraRx
- Humana

Stamford Connecticut *EDitor's Suggestions on how to get your money back into your bank account that was wrongfully taken from you!

Internet Fraud : **NSS Magazine, TWX, Magazineoutlet.com**
Connecticut

**Author:** Brooklyn, New York

8. 2/5/2007 2:45:11 PM
REBUTTAL

NSS Magazine Service Center fradulant billing, illegal use of debit card Ripoff Stamford Connecticut

*Consumer Suggestion ..Do Not Accept 'free' Magazine Trials

Credit Card Fraud : **NSS Magazine Service Center**
Connecticut

**Author:** warwick, New York

9. 1/15/2007 11:50:18 PM
REBUTTAL

NSS Magazine unauthorized charges, fraudulent billing, deceptive advertising Connecticut

*Consumer Comment ..Learn How to Read the fine print

Book Publishers : **NSS Magazine**
Connecticut

**Author:** Rochester, NY

10. 1/15/2007 10:03:00 AM

TWX - NSS Magazine Subscriptions Unauthorized billing Internet Nationwide

On-Line Business : **TWX- NSS Magazine Subscriptions**
Nationwide

**Author:** Chicago, Illinois

11. 12/28/2006 10:14:57 AM
REBUTTAL

TWX MAGAZINE - NSS Magazine Subscriptions ripoff dishonest fraudulent billing for unwanted magazines Nationwide

*Consumer Comment ..Happened to me also!

Book & Magazine Publishers : **TWX - NSS Magazine Subscriptions**
Nationwide

**Author:** Tampa, Florida

12. 12/27/2006 7:26:00 AM

NSS Magazines charged me for magazines I didn't order Connecticut

Book & Magazine Publishers : **NSS Magazines**
Connecticut

**Author:** peru, New York

13. 11/25/2006 11:21:00 AM

New Subscription Service NSS RIPE OFF SERVICE !WHY ARE THEY STILL AROUND Ripoff New Jersey New Jersey

Credit Card Fraud : **New Subscription Service**
New Jersey

**Author:** monroe, Washington

14. 7/19/2006 4:05:02 AM
UPDATE

TWX MAGAZINE - NSS Magazine Subscriptions - Synapse Group ripoff Fraudulent Billing To Debit Card Stamford Connecticut

*UPDATE *UPDATE ..An Apology To Synapse, TWx, NSS Magazines

Consumer Services : **TWX MAGAZINE - NSS Magazine Subscriptions - Synapse**

**Author:** Somewhere, Alabama

injured and whether you are eligible be a member a class action to recover your losses please contact classaction @earthlaw.com

Passport Problems?

The federal government didn't live up to its promise to deliver your passport within 14 days. Do you live in RI, KY, MA, TN, or TX? The federal government $60 to $80 if you might be entitled to your passport late. Call 786-871-7952 or email classaction@ joinclassaction New! HUD 1 form immediately to see if you qualify.

Prescription Ripoffs?

Advertisers above have met our strict standards for business conduct.

Are you a member of a prescription drug plan or do you have a prescription drug card through any organization, such as:

- SaveRx

**Group**
Connecticut

15. 6/23/2006    <u>TWX Magazines Magazeoutlet USNEWSDIGIT NSS Magazine</u>
10:40:07      <u>Outlet ripoff fast, return slow New York New York</u>
AM


\*REBUTTAL Employee ..Wrong.

Internet Marketing Companies : **TWX**   **Author:** St Simons Isl, Georgia
**Magazines Magazeoutlet USNEWSDIGIT**
**NSS Magazine Outlet**
New York

Approximately **338** Reports Found
Showing 1 - 15 | **Showing Page 1 of approximately 23**        <u>Next >></u>

1



**Ripoff Report**

| Thank You! | Donate | Link | Past Featured Reports | Consumer Resources | About Us | Want to sue Ripoff Report? |

Copyright © 1999-2007, Ripoff Report

| Privacy Policy | Terms of Service | FAQ | Ed Magedson - Ripoff Report Founder | Contact Us |

Report: #255590

# Report: Synapse NSS TWX All Names For The Same Rip-off Company; Owned By Time, Inc!!

Category: <u>Telemarketers</u>

Synapse NSS TWX Owned By Time, Inc!! Magazine Rip-off by Synapse, NSS, TWX, of the multiple names of this company owned by Time, Inc. Stamford Connecticut

Synapse NSS TWX All Names For The Same Rip-off Company; Owned By Time, Inc!!
225 High Ridge Road, East

Phone:  203-595-8255
Fax:

**Respond to this report!**

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company?

[ File a Rebuttal ]

**Victim of this person/company?**

Are you also a victim of the same company or person? Want Justice? File a Ripoff Report and don´t let them get away with it!

[ File a Report ]

 

Building
Stamford,
Connecticut,
06905
U.S.A.

 Carole
baltimore,
Maryland

Submitted: 6/19/2007 7:31:47 PM
Modified: 6/19/2007 7:32:00 PM



After filling out a report on



AdvantraRx
● Humana

injured and whether you are eligible to be a member of a class action to recover your losses please contact classaction @earthlaw.com

Passport Problems?

You may be overcharged! Did you refinance your home or pass port within 14 days?

Do you live in AZ, you pay the federal government $60 to expedite the delivery to your passport and still get it later?

You deserve action Now!

Bizrate.com, I was offered a 'free magazine offer' in April, 2002. It was to be for 3 magazines, then to be renewed if I did not cancel. I planned on canceling, and did prior to the three months being up. I find that they have been charging my credit card since then yearly to renew the magazines! I called 2 months ago to cancel one of the magazines which I found on my statement...was told of the scam and asked if I was being charged for any others. The representative told me that it was the only one, apologized, and told me I would get the full refund. I was very unhappy, but thought I would leave it at that. I now see on my statement that I am also being charged for 2 other magazines...I call again, and the rep, Gary B_____ (will keep his name confidential) answers the phone. He first tells me there was no report of my speaking to a rep last time I called, and asked for her name which I did not have. Great start being told you are wrong because you do not have the details (which I took down this time!). Also told that I did not get the full refund on the last magazine, but this could not be changed. He stated he would cancel the other two and refund the amounts for this past renewal only. He stated that they send out a renewal notice yearly to notify that they will be charging for the magazines....definitely not done. Also, despite speaking with them now 3 times, they have 'no record' of this, and therefore there is no cancellation made....

This appears to be credit card fraud as they are charging without my consent. I see many reports on the internet, in retrospect as I did not know I was a 'costumer' of theirs.

I hope something can be done to stop this kind of fraud. I find it even more outrageous that a large company such as Time, Inc can own Synapse and not take responsibility for its actions.

Carole
baltimore, Maryland

The federal government thinks!

Prescription Drug Card Rip-Off?

Are you a member of a prescription drug plan or do you have a prescription drug card through any organization, such as:

  ● SaveRx
  ● MatureRx
  ● Coventry

Advertisers above have met our standards for business conduct.

**Report: #167649**

# Report: Synapse Connect
Category: <u>Credit Card Fraud</u>

## Synapse Connect Free magazine subscriptions, become difficult to cancel automatically renewing charged subscriptions. RIPOFF Salt Lake City Utah *EDitor's Suggestions on how to get your money back into your bank account!

*REBUTTAL Employee ..People need to read

Synapse Connect
PO Box 30477 Salt Lake City, Utah, 84103 U.S.A.

Phone:  800-927-9351
Fax:

Jesse
Boulder, Colorado

Submitted: 12/12/2005 11:03:28 AM
Modified: 4/27/2007 7:24:32 AM

### Respond to this report!

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company?

[ File a Rebuttal ]

### Victim of this person/company?

Are you also a victim of the same company or person? Want Justice? File a Ripoff Report and don´t let them get away with it!

[ File a Report ]

When I



 

purchased an Apple iMac les than a year ago, Apple included a registration card for free magazine subscriptions. I filled it out and chose four. Synapse Connect sent me a postcard that looks like a solicitation. I almost threw it out without looking at it. I didn't recognize the company name and it didn't occur to me that I had a business relationship with them.

When I read the fine print that they will automatically

renew the subscriptions and charge my credit card unless I called there 1-800 number I was really unhappy. The automatic phone directory is a nightmare. The third time I called I got around it by making a series of unintelligible grunts. The system announced another number to call: 800-601-1958. The automated system came up again, I made more unintelligible grunts. A live operator came on. I was able to communicate a non-renewal on all the subscriptions.

Whether or not they actually stop the subscriptions and NOT charge my credit card remains to be seen.

Apple should be ashamed of associating itself with such a rip-off company that surepticiously steals from people's credit cards. I've never had a magazine or newspaper subscription I did not have to overtly and consciously renew. The post card is tricky. The phone system is disgusting. They maintain a false front PO Box in Salt Lake City, but the folks who answer the phone at 800-601-1958 are in Lewiston, Maine. synapseconnect.com isn't a registered web site. Google doesn't turn up a web site, just the rip-off reports here.

Honest companies don't behave like this. I hope these morons rot in hell.

Jesse
Boulder, Colorado
U.S.A.

# EDitor's Suggestions on how to get your money back!

## HERE IS WHAT RIP-OFF REPORT SUGGESTS YOU DO:

Go to your bank within 60 days of the charge, or as soon as you know about the charge, don't delay, and tell them that there has been fraudulent activity within your account. Explain that you wish to file a dispute, and demand that they assist you in accordance with Federal Regulation E.

According to the majority of victims interviewed by Rip-off Report, those who immediately called their banks to dispute the charges did not get very far. Many victims got the following responses from their banks: "we could not do anything for you" or "you waited too long; it has been more than 60 days".

If the bank is says that you have waited too long, explain to them how you called their 800 number as soon as the charges were found, and were told by the

AdvantraRx
• Humana



injured and whether you are eligible to be a member of a class action to recover your losses please contact classaction @earthlaw.com

Passport Problems?

The federal government didn't live up to its promise to deliver your expedited passport within 14 days.

Do you live in AZ, CO, PA, TX, FL?

If so, you might be entitled to your refund. Fax 002 passport and you can get it later or email classaction@ Join Class Action Now!

Prescription Drug Card Rip-Off

Advertisers above have their own standards for business conduct.

Are you a member of a prescription drug plan or do you have a prescription drug card through any organization, such as:

• SaveRx
• MatureRx
• Coventry

# Search Results: Synapse Group

You searched for:
**Synapse Group**
Approximately **34**
Reports Found
Showing 1 - 15

Legend

[NEW] New    [UPDATE] Updated    [REBUTTAL] Rebuttal    [PHOTOS] Photos

| Date | Title | City, State |
|---|---|---|
| 1. 6/19/2007 10:44:59 PM [NEW] [REBUTTAL] | Synapse Group Obtained $39 for magazine subscription from bank account without authorization ripoff Stamford Connecticut *EDitor's Suggestions on how to get your money back into your bank account!<br><br>*Consumer Suggestion ..Contact the VP of Synapse Bill Wade regarding your dispute<br><br>Book & Magazine Publishers : **Synapse Group** Connecticut | **Author:** Duncanville, Texas |
| 2. 2/27/2007 10:43:00 PM | Synapse Group - TWX MAGAZINE Bank charges for subscription from TWX*MAGAZINE ORDER? ripoff Stamford Connecticut *EDitor's Suggestions on how to get your money back into your bank account!<br><br>Corrupt Companies : **Synapse Group - TWX MAGAZINE** Connecticut | **Author:** Centralia, Washington |
| 3. 1/16/2007 11:57:00 PM | Synapse Group NewSub Magazine Services Unauthorized magazine subscription and charge to my credit card. ripoff Stamford Connecticut *EDitor's Suggestions on how to get your money back into your bank account!<br><br>Credit Card Fraud : **Synapse Group - NewSub Magazine Services** Connecticut | **Author:** San Marcos, California |
| 4. 9/29/2006 9:20:00 AM | Synapse Group, - NewSub Magazine Services Newsub Magazine Services EXTRA Charge for supposedly FREE issues: The Magazine Ripoff Based In Stamford Connecticut<br><br>Sales People : **Synapse Group, NewSub Magazine Services** Connecticut | **Author:** Davis, California |
| 5. 7/19/2006 4:05:02 AM [UPDATE] | TWX MAGAZINE - NSS Magazine Subscriptions - Synapse Group ripoff Fraudulent Billing To Debit Card Stamford Connecticut<br><br>*UPDATE *UPDATE ..An Apology To Synapse, TWx, NSS Magazines<br><br>Consumer Services : **TWX MAGAZINE - NSS Magazine Subscriptions - Synapse Group** Connecticut | **Author:** Somewhere, Alabama |
| 6. 5/3/2006 | TWX NSS Synapse Group, Ripoff Magazine Subscription | |



5:13:00 PM    Automatic Renewal on Credit Card Don't Know Internet

Consumer Services : **TWX NSS Synapse Group**
Nationwide                                        | **Author:** Friendsville, Pennsylvania

7. 3/15/2006
2:16:00 PM    Synapse Group, Inc., Magazine Service Group, Freebizmag.com, Magazineoutlet.com Rebill credit card each year, don't send magazine! Stamford Connecticut

Mail Order Services : **Synapse Group, Inc., Magazine Service Group**
Internet                                          | **Author:** Fairfax, California

8. 6/7/2005
3:38:00 PM    American Airlines, Synapse Group (CAP Systems) American Airlines, Synapse Group, CAP SystemsSynapse Group, CAP Systems ripoff, dishonest fraudulent billing rude Stamford Connecticut

Corrupt Companies : **Synapse Group, CAP Systems**
Connecticut                                       | **Author:** Sunnyside, New York

9. 10/25/2004
12:39:00 PM    NSS Synapse Group Magazine Subscription ripoff Stamford Connecticut *EDitor's Suggestions on how to get your money back into your bank account!

Book & Magazine Publishers : **NSS Synapse Group**
Connecticut                                       | **Author:** Beaver Dam, Kentucky

10. 7/26/2004
3:47:00 PM    NSS Magazine Services Center - Synapse Group Charged account called and they said they would cancel it continues to charge my account Stanford Connecticut

Corrupt Companies : **NSS Magazine Services Center - Synapse Group, Inc.**
Connecticut                                       | **Author:** Knoxville, Tennessee

11. 2/18/2004
12:01:00 PM    Synapse Group - Also Gift Center - Gift Program Unrequested

Credit Card Fraud : **Synapse Group Inc.**
Connecticut                                       | **Author:** Marietta, Georgia

12. 7/17/2003
7:31:21 AM    Magazine Service Center, AKA, Synapse Group Credit Card/Consumer fraud ripoff!! Beware!You sign up for 6 months free then they continue to charge your credit card yearly

Corrupt Companies : **Magazine Service Center - AKA, Synapse Group**
Connecticut                                       | **Author:** Mableton, Georgia

13. 6/12/2003
9:47:15 PM    Nss Magazine Service Synapse Group Inc ripoff Endless magazine subscription can't cancel victimized many consumers ripoff business from hell Stanford Connecticut

*Consumer Suggestion ..The way to fix this! It worked for me ..contacting these rip off guru's

Telemarketers : **Nss Magazine ServiceSynapse Group, Inc.**                                | **Author:** Galveston, Texas

- MatureRx
- Coventry AdvantraRx
- Humana

what Mortgage Brokers

injured and whether you are eligible to be a member of a class action to recover your losses please contact classaction @earthlaw.com

Passport Problems?

The federal government didn't live up to its promise to deliver your expedited passports within 14 days.

Do you live in AZ, CO, NM, TX, or CA? The federal government $60 to expedite your passport and it might be entitled to your passport and 600H 522-7953? or email classaction@ Join Class Action Now!

Prescription Ripoffs?

Are you a member of a prescription drug plan or do you have a prescription drug card through any organization, such as:

- SaveRx

Connecticut

14. 5/7/2003
11:50:27
PM
*UPDATE
*REBUTTAL*

**NSS Magazines, Synapse Group Credit card fraud rip-off Stamford Connecticut**

*UPDATE Ex-Employee responds ..I must say, without an ounce of doubt, their is no illegal or immoral behavior taking place

Corrupt Companies : **NSS Magazines, Synapse Group Inc.**
Connecticut

**Author:** Madison, Wisconsin



15. 4/21/2003
11:55:48
PM

NSS-SYNAPSE GROUP INC, NMS MAGAZINE PROCESSING CENTER ripoff--I DID NOT AUTHORIZE ANY SUBSCRIPTION TO THE

Mail Order Services : **NSS-SYNAPSE GROUP INC, NMS MAGAZINE PROCESSING CENTER**
Nationwide

**Author:** FAYETTEVILLE, Tennessee

Approximately **34** Reports Found
Showing 1 - 15 | **Showing Page 1 of approximately 3**

Next >>

1

**Ripoff Report**

| Thank You! | Donate | Link | Past Featured Reports | Consumer Resources | About Us | Want to sue Ripoff Report? |

Copyright © 1999-2007, Ripoff Report

| Privacy Policy | Terms of Service | FAQ | Ed Magedson - Ripoff Report Founder | Contact Us |

Report: #252300

# Report: Synapse Group

Category: <u>Book & Magazine Publishers</u>

## Synapse Group Obtained $39 for magazine subscription from bank account without authorization ripoff Stamford Connecticut *EDitor's Suggestions on how to get your money back into your bank account!

*Consumer Suggestion ..Contact the VP of Synapse Bill Wade regarding your dispute

Synapse Group
225
High
Ridge
Rd

Phone:  203-5958255
Fax:

**Respond to this report!**

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company?

[ File a Rebuttal ]

**Victim of this person/company?**

Are you also a victim of the same company or person? Want Justice? File a Ripoff Report and don´t let them get away with it!

[ File a Report ]

 

Stamford,
Connecticut,
06905
U.S.A.

 Karl
Duncanville,
Texas

Submitted: 6/4/2007 6:58:42 PM
Modified: 6/19/2007 10:44:59 PM

On June 4, 2007, upon examining our bank account

Rip Off Group - Synapse group. Obtained $39 for magazine subscription from bank account without auth — Page 3 of 7

Case 2:06-cv-05072-JLL-CCC Document 104-3 Filed 12/31/09 Page 32 of 35 PageID: 5174

I





AdvantraRx
• Humana
• ...

noticed a debit of $39 by Synapse Group Inc. for 'magazine subscription'. This was unauthorized and I have written to the bank about it. In the meantime I looked up the company on Internet and saw that they have had numerous complaints for this kind of practice.

We have never subscribed for magazines although at one time we received Time magazine and I noticed that they have used this company and been involved in complaints.

Karl
Duncanville, Texas
U.S.A.

# EDitor's Suggestions on how to get your money back!

## HERE IS WHAT RIP-OFF REPORT SUGGESTS YOU DO:

Go to your bank within 60 days of the charge, or as soon as you know about the charge, don't delay, and tell them that there has been fraudulent activity within your account. Explain that you wish to file a dispute, and demand that they assist you in accordance with Federal Regulation E.

According to the majority of victims interviewed by Rip-off Report, those who immediately called their banks to dispute the charges did not get very far. Many victims got the following responses from their banks: "we could not do anything for you" or "you waited too long; it has been more than 60 days".

If the bank is says that you have waited too long, explain to them how you called their 800 number as soon as the charges were found, and were told by the

injured and whether you are eligible to be a member of a class action to recover your losses please contact classaction @earthlaw.com

Passport Problems?
You may be DUE A REFUND!
The federal government didn't live up to its promise to deliver the expedited passports within 30 days.
Did you refinance your home in the last 3 years?
Do you live in AZ, CO, WA, TN or TX?
Did you pay the federal government $60 for service, might be entitled to a refund.
If so, you passport and email classaction@ careylaw.com
Join the action Now!
File your HUD 1 form immediately to see if you qualify.

Prescription have met our strict standards for business conduct.
Rip-Off?

Are you a member of a prescription drug plan or do you have a prescription drug card through any organization, such as:

• SaveRx
• MatureRx
• Coventry

- Report: #210546

.

# Report: Synapse Connect

Category: <u>Corrupt Companies</u>

## Synapse Connect ripoff, deceptive practices,cancellation ignored, automated phone system Stamford Connecticut

**Respond to this report!**

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company?

**Victim of this person/company?**

Are you also a victim of the same company or person? Want Justice? File a Ripoff Report and don´t let them get away with it!

 

**Synapse Connect**

Phone:  203-595-8255
Fax:

225 High Ridge Road East Building
Stamford, Connecticut, 06905
U.S.A.

**Submitted: 9/12/2006 8:22:53 AM**
Modified: 9/12/2006 8:23:00 AM



**Kathleen**
Chicago, Illinois



This is a third party magazine subscription service. As a thank-you for responding to a survey related to a purchase in November 2005, I was offered up to 4 magazines for one year for $2.00 each. I chose two. I did receive them as advertised. This was on magazine-outlet.com.

On August 1, 2006, I received two postcards from Synapse Connect that looked like junk mail, but were for magazine renewal. In very tiny fine print on the back of the card it said the magazines would be automatically renewed on my debit card unless I called to cancel by Sept 10. I called.

I got an automated voice-response phone system that was maddening to use. There was no way to reach a person. I eventually was able to cancel both subscriptions and received confirmation numbers. I was also informed that they would continue the magazines until Sept. 10, even though the expiration on the magazines was Nov. 6.

After searching their name and reading the many complaints about this company, I contacted my bank right away and asked to have Synapse Connect blocked from charging my account. I was told I would have to either change my card number or pay $30.00 to stop payment. I felt these were both very inconvenient options.

Sure enough, on Sept 12 I noted two charges on my card to 'TWX magazines', for the renewal charges, totalling over $78.00. (which by the way is higher than if I renewed directly through the magazines). I called the number on the charge, got the automated system again. I first chose the option 'explain a charge'. Then I tried to cancel again, but the choice to cancel and get a refund also included a 'special' for $5.95 for 11 more issues. Of course I said no, which apparently also said no to the cancellation. Very slick. I kept pressing 'zero', the machine said it would be a long wait and tried to talk me out of it. Pressed zero again.

Ten seconds later I got a human. She of course didn't know what had happened to the first cancellation, and said I had not cancelled today. (surprise!). She said she would cancel the charge and refund me in 1 to 2 'statement cycles'. I questioned what a statement cycle was, since I didn't get statements from them. She said, 'Oh, you mean a bank charge?' What else do they have??

She never answered clearly how long it would be for the refund to appear at my bank, and continually tried to rush the conversation. She clearly did not want to

answer any questions. I have her name, for whatever good it may do.

I have filed a dispute on the charges at my bank. I also notified the two magazines directly about the situation. Now we wait.

Kathie
Chicago, Illinois
U.S.A.

- Report: #197543

- # Report: Synapse Connect - - NEWSUB Magazine Services

Category: <u>Corrupt Companies</u>

## Synapse Connect AKA NEWSUB Magazine Services Magazine auto-reneral ripoff, very difficult to cancell subscription Stamford Louisville, Kentucky

**Respond to this report!**

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company?

**Victim of this person/company?**

Are you also a victim of the same company or person? Want Justice? File a Ripoff Report and don´t let them get away with it!

 

**Synapse Connect - - NEWSUB Magazine Services**

Phone:  800-3216247
Fax:  845-5666157

4 High Ridge Park
Stamford, Connecticut, 06905
U.S.A.

**Submitted: 6/22/2006 2:41:14 AM**
Modified: 6/22/2006 2:50:00 AM



**Billie**
shepherdsville, Kentucky