# Exhibit B

# Part II



Like so many other people, I somehow got an offer of Free magazine subscriptions, and took the offer, planning to cancell when I received renewal notices. I never received anything other than the non-descript, plain-looking postcard in the mail. I didn't even know who it was from, had never heard of the company before, and thought about tossing it to the side, but now I'm glad I didn't. 'if you do not wish to continue, call 800-927-9351 by (this date) and you wil not receive your automatic renewal.

The phone line is an automated system, and I managed to get through to it on the 5th attempt, but it mentioned charging me a fee for cancelling early, but could refund the charges if I waited to cancell. They didn't mention how much the charges would be, or how much longer I would have to wait to cancell.

I have read on here that you can not speak into the phone and you will be put through to an operator, and you can press '0' also.

I contacted time magazine about unsubscribing, and they wrote me an email back saying I had to cancell through NewSub. They provided me with the above information, and on the website listed above, I found an email-form where you can request to cancel your subscription.
You can find it yourself if you go to the home page, and select HELP at the very bottom of the page, beside where it says synapse connect on the bottom of the page.
This will open a new window.
Click or scroll down to the 'Contact us' section.
Click on Customer service.
Now fill out the form and select 'cancell subscriptions/renewals' in the subject box.

I sent them a message asking them to cancell my subscription and gave them my subscription ID# that was on the white postacrd they sent. I still have yet to hear back from them, but I will write a comment to this when I get this settled with them.

Billie
Shepherdsville, Kentucky
U.S.A.

- •

- Report: #256186

# Report: Twx Magazine

Category: Book & Magazine Publishers

## Twx Magazine ripoff, fradulant billing, unauthorized subscription renewal,obsene prices. Warren Michigan

**Respond to this report!**

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company?

**Victim of this person/company?**

Are you also a victim of the same company or person? Want Justice? File a Ripoff Report and don´t let them get away with it!

 

**Twx Magazine**

Phone:  800-586-5305
Fax:

Wannren, Michigan, 48088
U.S.A.

**Submitted: 6/22/2007 10:19:39 AM**
Modified: 6/22/2007 10:20:00 AM



**Adam**
warren, Michigan

- Report: #255866

# Report: TWX MAGAZINE GROUP

Category: Book & Magazine Publishers

## TWX MAGAZINE GROUP Ripoff unauthorized transaction/charge to my bank account Rincon Georgia

**Respond to this report!**

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company?

**Victim of this person/company?**

Are you also a victim of the same company or person? Want Justice? File a Ripoff Report and don´t let them get away with it!

 

## TWX MAGAZINE GROUP

Phone:
Fax:

Rincon, Georgia, 31326
U.S.A.

Submitted: 6/21/2007 4:03:00 AM
Modified: 6/21/2007 4:03:00 AM

**Yelena**
Rincon, Georgia





I always check through my account to view transactions made at least three times a week. This particular day happened to be the day a total of three consecutive days. I remember telling my husband, 'We are cutting it close this week, do not make any more transactions', the day before. Anyone should know it is difficult to make ends meet when you are on a temporary substitute teaching salary AND a college student. Upon viewing my transactions on June 21, 2007 I realized an unfamiliar transaction on my account. I obtained the 800 number from my bank transactions report and I called them. Only to be greeted by a automated system informing me of a website which was accessible. I entered the website in the URL and google popped up with an address guiding me to the RIPOFF REPORT regarding the TWX MAGAZINE GROUP. I immediately called my husband and inquired with him about it (knowing full well that he would not do anything like this after being warned not to make any further transactions on the account). My husband was oblivious to the situation until I informed him of actions that I had already taken to persue the origin of the

transaction. He said what I did not want to hear, 'That is identity theft'. He further
advised that I immediately get dressed to go to the bank to try to resolve the ordeal.


Yelena
Rincon, Georgia
U.S.A.


- Report: #255694

# Report: Twx Magazine Marketing

Category: Corrupt Companies

## TWX MAGAZINE DIRECT MARKETING Oprah would not approve if she knew her mag was being used by twxmagazine. Internet

### Respond to this report!

Are you an owner, employee or ex-employee with either negative or positive information about the
company or can you provide "insider information" on this company?

### Victim of this person/company?

Are you also a victim of the same company or person? Want Justice? File a Ripoff Report and don´t
let them get away with it!

 

**Twx Magazine Marketing**

Phone:  800-9279578
Fax:

twxmagazinemarking.com
Internet,
U.S.A.

**Submitted: 6/20/2007 10:02:47 AM**
Modified: 6/20/2007 10:03:00 AM

**Lupe m**
moreno valley, California



Oprah would not approve if she knew her mag was being used by twx magazine to attempt to deduct charges from bank accounts without consumers permission.

heather white from twx magz states there is statement that states your bank account will be charged a re-newal fee. so she says, i never saw that statement. and would not have approved a 30.00 charge for oprah's mag. i love her mag but not for 30.00, i can't afford that price.

i called the 800 number and spoke to a representative (heather white) from twx. she promised to stop a 30.00 charge from my checking account.

THESE PEOPLE SHOULD NOT HAVE A LICENSE TO SELL ANYTHING!

Lupe

- Report: #253151

# Report: TWX Magazines

- 

Category: Corrupt Companies

## TWX Magazines And Other TWX Offers Automatic billing, no renewal charge notices, clever wording in automated menus ripoff Stanford Connecticut

**Respond to this report!**

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company?

**Victim of this person/company?**

Are you also a victim of the same company or person? Want Justice? File a Ripoff Report and don´t let them get away with it!

 

**TWX Magazines**

Phone:  800-9279578
Fax:

225 High Ridge Road
Stanford, Connecticut, 06905
U.S.A.

**Submitted: 6/8/2007 7:23:00 AM**
Modified: 6/8/2007 7:23:00 AM



**Christopher**
West Valley City, Utah



So I got this internet offer over a year ago as a result of completing a survey compliments of Columbia House DVD club. The offer was to pay $2.95 per subscription for up to four subscriptions for one full year of each. So to me I was thinking yeah well I don't read magazines that much but for that value that sounds great and I can call and cancel before I'm charged renewal fees at the end of the year! Okay cool i'll order a few magazines to lay around the house - I'm a bachelor so whatever right? Well it gets time to call and cancel and I do... or so I thought I did.

Then all of a sudden today i'm checking my online banking so that I can balance my checking account and low and behold to my surprise is a pending charge from TWX Magazine Offers for $24.98. WHAT? I say to myself angrily! What is this all about? So I call the toll free number (Phone: 800-927-9578,) that I wrote down over a year ago and used in April and go through the automated menus. This time I pay really really scrutinizing close attention to the wording of all the
options and push my way through four cleverly disguised 'cancellation' offers and get to the point where I actually get a cancellation confirmation number.

Well I then move on to the next magazine and guess what? Same cancellation confirmation number for this magazine as well. And the same for the other two

magazine subscriptions. I have to admit that I'm a little unnerved by the same cancellation confirmation number for four different subscriptions. So I decide that I want 'Human' confirmation that I'm going to get my money back stat and that no other charges will be charged to my account and no 'Screwey Louie' tactics are being used to set me up with another bewildering
renewal of magazines that I really can do quite well without.

Well, I talked to Gina (didn't have an employee id# all she could give me was the same cancellation conf#117037956) on 06/08/2007 @ 0741.
She told me that she could confirm that all four magazines had been cancelled as of today and that no other charges should show up on my account and that the charge for $24.98 should be reversed back to my
account as early as 24 hrs and no later than 72 hrs. The charge was for renewal of Reader's Digest! Due to one of their 'offers' that are disguised with clever wording as a cancellation and money refund option. Unbelievable.

Here I thought I had cancelled all four magazines back in April and somehow I had signed up and authorized full
year subscriptions to all four magazines! How the heck is that not unethical!?! >.<

The only thing that I can say is positive about this company is that Gina was very friendly and not rude or put out by my call. So that is actually more a positive credit to Gina then to TWX. So Gina thank you for your help. TWX no thank you for your seemingly unethical business practices, (regardless of how legal they may be!) They are very rotten and not very forthcoming. Something that should be quite simple, that has been made quite complex and confusing even to some of the most intellectually intelligent people - I have an IQ of 131, not terribly awesome like a 160 but is still considered gifted - tell me that surprising people with charges and trying to sneak them past people who do not monitor their accounts actively and with vigilant consistency is not your intent and I shall only respond with a laugh of disbelief and contention!

Well we will see what happens now! Keeping my fingers crossed that I get my money back to my account before I go in the red, (actually i'm going to put some extra money in to make sure I don't get in the red.
I'm lucky enough to have caught this while the charges are still pending and my balance is high enough.)

I highly advise anyone that has ordered with TWX Magazines or any other TWX service/offers to cancel immediately or be prepared for the consequences of charges to your account without notice!
And to any magazine company that allows TWX to be an outlet for subscriptions to your product, I think you should be considering getting into 'bed' with someone less controversial, to say the least.

Sincerely,

Christopher

- Report: #246982

- # Report: TWX AOL

Category: <u>Internet Service Providers</u>

# TWX AOL Fraudulent Billing, charged my credit card for AOL Music Now and I never signed up for it! ripoff Smithville Missouri

## Respond to this report!

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company?

## Victim of this person/company?

Are you also a victim of the same company or person? Want Justice? File a Ripoff Report and don´t let them get away with it!

 

**TWX AOL**

Phone:
Fax:

AOL.com
Nationwide,
U.S.A.

Submitted: 5/4/2007 11:57:29 PM
Modified: 5/4/2007 11:58:00 PM



**Brenda**
Smithville, Missouri





AOL charged my husband's credit card for AOL Music Now begining June 22nd until April 24th when I caught it. Part husband's fault for not checking his credit card statement closely. In March, Aol sold Nabster their Aol Music Now accounts.

My husband did notice Nabster on the billing statement. Called them and found out they aquired all the accounts from Aol Music Now. I cancelled with Nabster immediately then called Aol to find out how this happened. They claimed we must have hit yes on a pop up ad and then filled out 5 pages of information including credit card info.

I argued with them and told them this didn't happen on our end. I told them to look and they could see we have never used it because for one, we didn't know we had the service since we were not the ones to sign up for it. They credited us 2 months but said according to their policy it is to late for us to receive the other months. That is somewhat our fault for not looking closer to charges on our credit card. But they did fradulently charge my credit card without authorzation.

I have been tring to get my money back since April 24th. I was told by employee named Elaine that she would send report to a committee who would make the dicision as to weather or not to refund my money and that they would email me with their decision with in 24 to 48 hours from that point (April 24) and if they decided to credit my card back that it would take 7 to 10 business days. When I didn't get an email, I called back and spoke to Betty on April 27. She said my dispute was approved and they should credit my card with in a few days.

I waited until May 2nd, and it still wasn't credited back. So I called again on May 2, talked to Michael and he confirmed dispute was approved, and said it should be in my account by May 3rd or 4th. I also received an email this time stating as follows:

Ticket - 267989 has been updated.

Dear rislen,

The refund you requested is being processed. Please allow seven to ten day for the refund to appear on your records. Your AOL Music Now account was transferred to Napster on Mar. 15, 2007. Please contact Napster to cancel your service. I am sorry, but AOL is not able to help with technical issues with the Napster music service. If you have an issue with your password,
you may call AOL Member Services at 1-800-827-6364. For other issues, please go to http://www.napster.com for service.

Best regards,
William
AOL Premium Services Customer Service
https://tickettracker.netscape.com/tickettracker/externaluserticketedit?ticketid=267
989I

I waited and kept checking my credit card account and it is still not there. I called again May 4th, and was transfered to several different people and I called several different numbers tring to get to someone that knew about this.

I talked to 8 different people before I found one that would help me. She said the report was never filed and that she would do so but didn't know if they will credit my card or not. She said it will take 7 to 10 business days yet again. I asked why I have to wait longer. She said so they could investigate to see if I used the service. I told her they have had plenty of time to do that already.

But I guess I will have to wait till probably the 18th of May to see what happens. I'm guessing either nothing will happen or they will decide not to refund money they charged me for a service I didn't authorize.

Brenda
Smithville, Missouri
U.S.A.

Click here to read other Rip Off Reports on AOL



i purchased my girlfriend a cd at FYE and the cashier asked me if i wanted to get 3 magazines for free, like a free trial. so i did and i got sports illustrated and TIME magaine. about a month and a half after i had first signed up, a person called me asking if i would like to continue my subscription and end my free trial. i said that i would like to end my trial and no longer recieve the magazine.

a week after that i checked my web banking and found two charges on my statement. one for 25 dollars and another for 8. i called the number and it was only an automated system(there is no way of acutally talking to a real person) there is no way to get your money back and the voice asks you if you would like them to remove all charges and cancel your subscription. if you say 'yes' it says ok, it will take 1-2 business days for the transaction to show on your statement, or it may take 1-2 billing cycles.' billing cycles??? it is supposed to cancel the magazine. so that is another way of getting you to stay on their system.

it also says 'im happy to inform you that your magazine has been selected from a list of titles where we can send you any magazine for free for two months. after the two months ends, youre subscription will automatically renew itself for one year.' just say yes to wanting to cancel, and no to the magazines. but its tricky how they word it so call back and make sure it has been canceled. i really dont think there is a way to get back your money. this sucks.

Adam

warren, Michigan
U.S.A.

Report: #100639

# Report: NSS Magazine Services Center - Synapse Group, Inc.

Category: <u>Corrupt Companies</u>

## NSS Magazine Services Center - Synapse Group Charged account called and they said they would cancel it continues to charge my account Stanford Connecticut

**Respond to this report!**

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company?

**Victim of this person/company?**

Are you also a victim of the same company or person? Want Justice? File a Ripoff Report and don´t let them get away with it!

 

**NSS Magazine Services Center - Synapse Group, Inc.**

Phone:  800-205 1918
Fax:

4 High Ridge Park
Stanford, Connecticut, 06905
U.S.A.

Submitted: 7/26/2004 3:46:41 PM
Modified: 7/26/2004 3:47:00 PM



**Jason**
Knoxville, Tennessee



A company that blatantly ignores the consumer. I have no idea how to get my money back and they charge year after year. I cancel every year but they do not refund my money and then charge the next year. Please help.

Jason
Knoxville, Tennessee
U.S.A.

Click here to read other Rip Off Reports on NSS Magazines BUY.com

- Report: #32744
- # Report: NSS Magazine Services Center, Synapse Group, Inc.

Category: Media

## NSS Magazine Services Center, Synapse Group Inc ripoff unauthorized debit Stanford Connecticut

**Respond to this report!**

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company?

**Victim of this person/company?**

Are you also a victim of the same company or person? Want Justice? File a Ripoff Report and don´t let them get away with it!

 

**NSS Magazine Services Center, Synapse Group, Inc.**

Phone:  800-205-9198
Fax:

4 High Ridge Park
Stanford, Connecticut, 06905
U.S.A.

**Submitted: 10/16/2002 4:29:50 PM**
Modified: 10/16/2002 4:29:50 PM



**Kimberly**
Union City, CA



NSS Magazine Services Center

Synapse Group, Inc.
4 High Ridge Park
Stanford Connecticut 06905
U.S.A.

800-205-9198
800-920-3667

I had six unauthorized debits and only two cancellations from this company. I have recently recieved Wired Magazine from this company also. I never ordered it. On top of that, I continued to recieve Honey Magazine for months after I cancelled it.

The two differing phone numbers (Billing Inquiry Line) listed beside each debit to my account are each linked to the Magazine Service Center which is an automated service which does not allow you to speak with a real person at any time. That option is not even avaiable. A six digit number is requested when I 'SAY' the option to cnacel. That six digit number is not located beside any of the FOUR debits that were taken from my account after the first TWO magazines were cancelled and refunded to my account.

This mysterious company has caused my bank to charge me overdraft fees to the point that today (10/16/2002) my bank account has been closed. That means that I

will probably not be able to be refunded any money that I have lost as a result and it might be reported to credit agencies.

These are the transactions that have taken place.

05/29/2002 NSS*TRVLAMERICA#8R 800-920-3667 -23.94

06/14/2002 NSS*TRVLAMERICA#8R 800-920-3667 -23.94

06/19/2002 NSS*SHAPE MAG#8RNL 800-920-3667 -19.97

09/30/2002 NSS*GLAMOUR MAG#8NW 800-205-9198 -16.00


624103C - Confirmation number for cancellation of Honey.
624102C - Confirmation number for cancellation of Psychology Today.

I not only want the monies that were debited from my account refunded to me, I would also like to have the overdraft fees covered and refunded to me being that the transactions from this company cause the overdraft fees in the first place as well as any future negative marks on my credit to be erased.

I encourage ANYONE who has been a victim of this company to report them and the please make a Ripoff Report on ripoff.com as well.

Kimberly
Union City, California

- Report: #28625
- 

# Report: Synapse Group, Inc.

Category: Corrupt Companies

# NSS Magazine Services Center ripoff I thought it was just me! Good thing I found this site! Stanford Connecticut

**Respond to this report!**

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company?

**Victim of this person/company?**

Are you also a victim of the same company or person? Want Justice? File a Ripoff Report and don´t let them get away with it!

 

## Synapse Group, Inc.

Phone:  800-2059198
Fax:

4 High Ridge Park
Stanford, Connecticut, 06905
U.S.A.

**Submitted: 8/31/2002 1:36:29 PM**
Modified: 8/31/2002 1:36:29 PM



**Rollalyn**
Pensacola, FL



I got my credit card bill today, and I noticed there were two charges for magazines (one $24.00 and one $14.97) with NSS at the beginning. I didn't know what NSS was, but I did receive those magazines from a free offer / trial-type thing (it's been such a long time that I don't even know how I got them!).

The thing that bothered me most was that I had cancelled those magazines about 3-5 months ago. In fact, I got the last issues of the magazines in June (it's September now).

I know I had cancelled those magazines, because I had received other magazine issues and I had cancelled those also. When you call to cancel the magazines, they list all the magazines on your account and you just say the name of the magazine and they get cancelled. Well, the automated voice message said that there were no more magazines on my account, which means that I had cancelled every one of them.

I was furious when I got my bill so I decided to call the number that was next to charges. (I also noticed there were two different numbers for the same company 800-205-9198 and 800-973-2664)

It was useless because I wanted to talk to a live human. So I went to the internet. I had forgotten exactly what the name of the website was, so I just typed 'Magazine Service Center' in the search engine.

I didn't find their website, but I did find this site. And it honestly surprised me when I found out other people had been ripped off by this company. So it wasn't MY fault, I thought when I read the reports. I was more furious than ever!

Is there a number where I can actually talk to a person about this, because I am NOT paying for something that was supposed to be free.

RRR
Pensacola, Florida

- Report: #22825

- # Report: nss magazine service center

Category: <u>Book Publishers</u>

## nss magazine service center ripoff, dishonest fraudulent billing newburgh New York

### *Consumer Suggestion ...please fill complains*

**Respond to this report!**

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company?

**Victim of this person/company?**

Are you also a victim of the same company or person? Want Justice? File a Ripoff Report and don´t let them get away with it!

 

**nss magazine service center**

Phone: 800-927-9578
Fax:

PO Box 670
newburgh, New York, 12551
U.S.A.

**Submitted: 6/16/2002 12:11:41 PM**
Modified: 6/17/2002 12:00:00 AM



**Iris**
memphis, tn



A year ago, I received an ad for a free magazine subscription when I ordered music from buy.com. It said that because I had purchased something from their company as a gift, I could get free trial issues on magazines of my choice. It did not say that I would be charged, and it did not say I needed to cancel it.

Now a month later, I checked my checking account and saw that 95.00 was debited from my account for magazine subscriptions I didn't order. On my bank statement, it gave the name and the phone number of the company. Well, I called the company and all I got was an recording. I couldn't get a human being on the phone to talk to about this. So I went to my bank and filed a complaint of unauthorized charges on my debit card, My bank told me I had to call NSS Magazine and work it out with them. So in frustration, I gave up.

Now the company has done it again! On 6-16-02, I checked my account. There were 2 charges: one for $52.00 and one for $23.00, making it a total of 75.00 and it was from this same magazine company.

I called the company and I got the same bull as before. It gave me an option to cancel my subscription and I did, however, it didn't indicate to me that my money will be credited back to my checking account. Folks I have been royally ripped-off!

iris
memphis, Tennessee

- Report: #218187

- # Report: Synapse Connect, Inc.

Category: <u>Media</u>

# Synapse Connect, Inc. Unauthorized Debit Card Charge after Automated Cancellation Stamford Connecticut

## *UPDATE *UPDATE ..Adding Web URL

**Respond to this report!**

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company?

**Victim of this person/company?**

Are you also a victim of the same company or person? Want Justice? File a Ripoff Report and don´t let them get away with it!

 

### Synapse Connect, Inc.

Phone:  203-595-8255
Fax:

225 High Ridge Road, East Building
Stamford, Connecticut, 06905
U.S.A.

**Submitted: 10/29/2006 8:59:04 AM**
Modified: 10/30/2006 3:33:42 AM



**Matthew**
Lewistown, Missouri



I received a postal card indicating that I was coming upon a renewal window that would allow me to continue my subscription without missing any issues.

It was mailed from 'Synapse Connect, Inc., C/O Processing Center, P.O. Box 30468, Salt Lake City, UT 84130'. The postage was paid by a mailer of the name 'NSS LLC'.

I had already decided before this notice that I would not want to continue my subscription.

Using the phone number listed on the card, 800-927-9351, I contacted their

automated voice system and successfully canceled my subscription. I even got a confirmation number from the system of the transaction.

The card stated 'If you do not wish to continue, call 800 927 9351 by Apr 12 and no charge will appear.... If you believe you may have given us a debit card for your service read this:.... However, if you provided a debit card, please sign and return the attached card. By doing so, you authorize Synapse Connect, Inc. to debit the amount(s) shown above from your account for the stated term and future terms as described on our renewal notices to you, which you will always receive before your account is debited. You can cancel at any time for a refund of unserved issues. Please keep this card for your records.'

I never signed and returned the attached card authorizing Synapse to debit the card. I left the subscription card on my desk as a reminder back in March.

I decided to wade through my bank records today and found a charge that occurred on 7/14/06 for $19.95 [the amount stated on the renewal notice] that posted to my account on 7/17. The transaction note ends with 'Stamford NY'.

My magazine mailing labels *still show the same expiration date* of JUN07 now as it did in the July 2005 issue (issue 107). I've now received the November 2006 issue (issue 123).

Allowing a 4-6 week processing time during which the publisher should have been contacted, this means that from calendar May through October, (issues June through November) should be credited to me and the charge reversed.

There are 7 issues (Dec. 06 through Jun. 07) remaining before the subscription expiration date on the mailing label.

Synapse charged my debit card without my authorization *according to their own statement on the notice*, after I had canceled my subscription and was given a confirmation number of the cancellation. In other words, blatant stealing of my money.

I have yet to contact anyone (Synapse, the magazine publisher, the magazine's 'Billing and Renewal Manager', or my bank) about this. I doubt the bank will reverse the charge considering it posted to the account over 90 days ago.

I doubt the magazine was contacted by Synapse in order that it might cancel or extend my subscription. As such, I don't hold them responsible.

Synapse Media, Inc. is a division of Synapse Group, Inc. The phone number, Web address, and postal address listed is that of Synapse Group.

Matthew
Lewistown, Missouri
U.S.A.

- Report: #108659

# · Report: Synapse Connect, Inc.

Category: Corrupt Companies

## Synapse Connect, Inc. Magazines Never Cancel !! Salt Lake City Utah

**Respond to this report!**

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company?

**Victim of this person/company?**

Are you also a victim of the same company or person? Want Justice? File a Ripoff Report and don´t let them get away with it!

 

**Synapse Connect, Inc.**

Phone:  800-927-9351
Fax:

PO Box 30468
Salt Lake City, Utah, 84130
U.S.A.

**Submitted: 9/16/2004 4:57:04 AM**
Modified: 9/16/2004 4:57:00 AM



**Virginia**
Kennesaw, Georgia



I have cancelled two magazines - Shape and Family Handyman and have Cancellation Confirmation numbers. There is no way to contact these people to get a HUMAN, and the address is surely just a PO box for a reason . . . There must be a way to stop these people.

Virginia

- Report: #35348
- 

# Report: Synapse Connect, Inc.

Category: Internet Marketing Companies

## Synapse Connect Inc ripoff I can't cancel Newburgh New York

**Respond to this report!**

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company?

**Victim of this person/company?**

Are you also a victim of the same company or person? Want Justice? File a Rip-off Report and don´t let them get away with it!

 

**Submitted: 11/16/2002 7:19:18 AM**
Modified: 11/16/2002 7:19:18 AM

**Gerald**
Dolores, CO



Two years ago I subscribed to Playboy and a landscaping magazine based on the first year being free and the second year charged to my credit card.

Yesterday I received a postcard telling me to call an 800 number if I wanted to cancel my subscription. I called the number and talked to a machine.

It asked for my I.D. number which it couldn't find in it's records. I then entered the number using the keypad. It still couldn't find it and asked for my credit card number.

Aside from my reluctance to supply this machine with my number, I don't remember which card I used. I have no phone number or valid address where I can talk to a human. The postcard says that if I don't cancel they will charge my card forever.

Gerald
Dolores, Colorado

Click here to read other Rip Off Reports on JD ByRider

## Synapse Connect, Inc.

PO Box 670
Newburgh, New York, 12551
U.S.A.
Phone:  800-586 5091
Fax:

- Report: #30279
- 

# Report: Synapse Connect Inc

Category: Corrupt Companies

## Synapse Connect Inc ripoff offered free trial to 3 magazines Stamford Connecticut

### Respond to this report!

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company?

### Victim of this person/company?

Are you also a victim of the same company or person? Want Justice? File a Ripoff Report and don´t let them get away with it!

 

**Synapse Connect Inc**

Phone: 8007733195
Fax:

Five High Ridge Park
Stamford, Connecticut, 06905
U.S.A.

**Submitted: 9/17/2002 2:12:58 PM**
Modified: 9/17/2002 2:12:58 PM



**Lara**
Sunrise, FL



About a year and a half ago I ordered a video from buy.com and was offered, after my order was completed, to recieve 3 free magazines for a free trial. I chose Maxim, GQ, and Computer Shopper. I continue to this day to receive all 3 and am billed without my permission through my debit card in which I used at buy.com. I was never sent a bill in the mail to tell me of this. Had I, I would have surely cancelled.

Thank goodness there is the internet because I found their real name Synapse Connect Inc at buy.com. On my billing statement they go by the name 'NSS.' So I searced for NSS magazines on the web and found you and it learned that so many others have the same problem.

I found a number for them at GQ.com and called that number and it referred me to an agency number 18007733195 and they said they could not cancel my subscription at the time because their system was being updated and to call after 6 standard eastern time. I will call later. I email them at custsvc@magazineoutlet.com and told them I wished to cancel my subscriptions and that is where I stand at the moment. Nothing officially resolved.

Lara
Sunrise, Florida

Click here to read other Rip Off Reports on NSS Magazines BUY.com