# Exhibit B

# Part III

- Report: #255590

- # Report: Synapse NSS TWX All Names For The Same Rip-off Company; Owned By Time, Inc!!

Category: <u>Telemarketers</u>

## Synapse NSS TWX Owned By Time, Inc!! Magazine Rip-off by Synapse, NSS, TWX, of the multiple names of this company owned by Time, Inc. Stamford Connecticut

### Respond to this report!

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company?

### Victim of this person/company?

Are you also a victim of the same company or person? Want Justice? File a Ripoff Report and don´t let them get away with it!

 

## Synapse NSS TWX All Names For The Same Rip-off Company; Owned By Time, Inc!!

Phone:  203-595-8255
Fax:

225 High Ridge Road, East Building
Stamford, Connecticut, 06905
U.S.A.

**Submitted: 6/19/2007 7:31:47 PM**
Modified: 6/19/2007 7:32:00 PM



**Carole**
baltimore, Maryland



After filling out a report on Bizrate.com, I was offered a 'free magazine offer' in April, 2002. It was to be for 3 magazines, then to be renewed if I did not cancel. I planned on canceling, and did prior to the three months being up. I find that they have been charging my credit card since then yearly to renew the magazines! I called 2 months ago to cancel one of the magazines which I found on my statement...was told of the scam and asked if I was being charged for any others. The representative told me that it was the only one, apologized, and told me I would get the full refund. I was very unhappy, but thought I would leave it at that. I now see on my statement that I am also being charged for 2 other magazines...I call again, and the rep, Gary B_____(will keep his name confidential) answers the phone. He first tells me there was no report of my speaking to a rep last time I called, and asked for her name which I did not have. Great start being told you are wrong because you do not have the details (which I took down this time!). Also told that I did not get the full refund on the last magazine, but this could not be changed. He stated he would cancel the other two and refund the amounts for this past renewal only. He stated that they send out a renewal notice yearly to notify that they will be charging for the magazines....definitely not done. Also, despite speaking with them now 3 times, they have 'no record' of this, and therefore there is no cancellation made....

This appears to be credit card fraud as they are charging without my consent. I see many reports on the internet, in retrospect as I did not know I was a 'costumer' of theirs.

I hope something can be done to stop this kind of fraud. I find it even more outrageous that a large company such as Time, Inc can own Synapse and not take responsibility for its actions.

Carole
baltimore, Maryland

- Report: #250566

# Report: NSS CONT SERV

- 

Category: Book & Magazine Publishers

# NSS CONT SERV Fraudulent Billing, Dishonest Service, Unreasonable Ripoff Stamford Connecticut

## Respond to this report!

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company?

## Victim of this person/company?

Are you also a victim of the same company or person? Want Justice? File a Ripoff Report and don´t let them get away with it!

 

## NSS CONT SERV

Phone:  888-321 6247
Fax:

EAST BUILDING 225 High Ridge Park
Stamford, Connecticut, 06905
U.S.A.

**Submitted: 5/26/2007 1:58:00 PM**
Modified: 5/26/2007 1:58:00 PM



**Mike**
Boulder, Colorado




I have been trying to cancel my subscription to Car and Driver for about a year. I was only supposed to receive a free trial subscription and somehow was billed for another years service. I wrote and asked to cancel my subscription and never once re-newed my subscription but was still charged and still receive magazines.

I also have contacted Car and Driver and they told me that only the 'NSS CONT SERV' company can cancel my subscription. I've contacted them and they have yet

to cancel my subscription. I think this is ridiculous, I don't care about any refunds, I just want to get out of their system. I think it is a complete fraud and am also upset at the company For Your Entertainment (FYE) because they were offering the supposedly free magazine trials that lead to all this trouble.

Mike
Boulder, Colorado
U.S.A.

Click here to read other Rip Off Reports on NSS Magazines BUY.com

- Report: #137571

.

# Report: TWX Magazines Magazeoutlet USNEWSDIGIT NSS Magazine Outlet

Category: Internet Marketing Companies

## 800-9279578 TWX Magazines Magazeoutlet - USNEWSDIGIT - NSS Magazine Outlet ripoff Internet

### *Consumer Suggestion ..Do not order through TWX Magazines!*

**Respond to this report!**

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company?

**Victim of this person/company?**

Are you also a victim of the same company or person? Want Justice? File a Ripoff Report and don´t let them get away with it!

 

**TWX Magazines Magazeoutlet USNEWSDIGIT NSS Magazine Outlet**
Phone:  800-9279578
Fax:

Internet,
U.S.A.

**Submitted: 4/4/2005 9:57:45 PM**
Modified: 5/23/2007 12:24:02 PM



**Sharon**
Santa Ana, California



I purchased a plane ticket online last May 2004 and as a token of appreciation, I was given three free magazine subscription of my choice. Nowhere was there an indication that there would be an automatic renewal without my consent, let alone with ridiculous price for magazine subscription. There is no human contact for this number. The transaction numbers that I have provided were the only proof of cancellation. Since this is an internet based company, there is no way of getting written evidence from the merchant confirming the cancellation.

I found out later that this internet website operates on a predatory basis luring unsuspecting readers to sign up with their company by asking consumers to provide an active credit card number and then charging them upon renewal without so much as contacting their supposed subscribers.

Sharon
Santa Ana, California
U.S.A.

Click here to read other Rip Off Reports on NSS Magazines BUY.com

**Search for additional reports**

If you would like to see more Rip-off Reports on this company/individual, please use the search box below:

| TWX Magazines Magazeoutlet USNEWSDIGIT N |

# In order to assure the best results in your search:

- Keep the name short & simple, and try different variations of the name.
- Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.
- Use only the first/main part of a name to get best results.
- Only search one name at a time if Company has many AKA's.

Call 800-927-9578 (should also work with 800-773-3142 and 888-321-6247) and respond with any rubbish answer (or some sound) to all the automated voice questions. The automated voice says 'I don't understand' a couple of times and then re-directs to a human customer service representative.

## Consumer Comment

Submitted: 2/10/2007 2:59:05 PM
Modified: 2/10/2007 7:19:26 PM



**Dannie**
Greenville, North Carolina
U.S.A.

### TWX Magazines Magazeoutlet

I was also caught in this snare and only avoided an overdraft due to overdraft protection. Contrary to the insinuation of the 'employee', I was not trying to get 'something for nothing'. I expect those to have a catch. What I was doing was supporting local school and scout activities by buying subscriptions from children in my neighborhood and those of co-workers. I try to buy one item from each child selling. It is sad that due to unethical companies that exploit innocent children and their unsuspecting and well-meaning customers, I will no longer be willing to help fund cummunity activities in this way.

'Employee' seems to be unable or unwilling to differentiate between illegal and unethical. I don't debate the legality of what this company is doing. I do say it is highly unethical for a company to attempt to trick people into eternal open-ended contracts, where years after they make a purchase they can be surprised by unexpected, seemingly unauthorized charges to their bank cards.

The irony is that both magazines I cancelled this week are magazines I enjoy. I have subscribed to Reader's Digest all my adult life, and read it since I was a teen. Since I have a daughter living in the Caribbean, Caribbean Travel was of great interest to me. Had I been properly notified that my two-year subscriptions were due for renewal, I would have happily continued my subscriptions and updated my address, since I am a traveling nurse and it changes frequently. Instead, I shall have to do without.

What I have done is cancel both subscriptions, and I am contacting the actual publishers of the magazines to inform them that I have cancelled and WHY I have cancelled. I am sorry that two good magazines have allowed their good names to be sullied by association with TWX, but until they terminate that association, I cannot in good conscience support them with my patronage. I advise all who have been deceived into renewals without their active consent to do the same.

While it is true I would not 'buy a house without reading every word of the contract', I do not expect to have to exercise the same caution when I am merely attempting to help local children and community groups. How sad that that is no longer the case.

Dannie
Californian in NC
# Consumer Comment

Submitted: 2/10/2007 3:03:46 PM
Modified: 2/10/2007 7:19:56 PM



**Dannie**
Greenville, North Carolina
U.S.A.
## TWX Magazines Magazeoutlet (addendum)
BTW: Thank you to the poster who gave the advice on bypassing the annoying automated happy voice. It did get me past, but unfortunately, not to a human. Instead I got a message that my call was being forwarded to a representative. This message repeated for 15 minutes, then hung up on me.

Dannie
# Consumer Suggestion

Submitted: 3/20/2007 2:07:09 PM
Modified: 3/20/2007 5:44:58 PM



**Rob**
Laurel, Maryland
U.S.A.
## It worked
Thanks to the guy that provided the solution, it worked!
# Consumer Suggestion

Submitted: 5/23/2007 11:34:32 AM
Modified: 5/23/2007 12:24:01 PM



**Lola**
Raleigh, North Carolina
U.S.A.
## Do not order through TWX Magazines!
I recently was offered three free months for three magazines. After which the subscriptions would continue if I decided not to cancel. The day after I agreed to the offer a pre-authorization charge was posted to my bank account. This resulted in another item being returned do to insufficient funds. I called the company, which told me that the pre-authorization should be lifted within 24 hours. They lied. It is now at 48 hours and the pre-authorization still exist. I called back to cancel the subscription to all three of the magazines. I was not offered a confirmation number for the cancellation, but after requesting one, one was provided. If other charges surface I will seek legal action. With all of this said, please do not order any publications through TWX Magazines.



All of a sudden I began receiving 3 magazines. Not only did I not subscribe to them, my last name was not even spelled correctly. The best part is that I cannot even find a charge for any of them on any of my cards. This is one of the most bizarre things. The real complaint I have is not being able to talk to someone other than an automated system. They want your credit card number on the front end of the call and this is something I'm not giving them (for one, it hasn't really been charged...yet) but eventually I think I got the subscription cancelled. Time will tell.

Glenda
Derby, Kansas
U.S.A.

- Report: #140267
- # Report: TWX NSS Magazine Subscriptions

Category: Corrupt Companies

## TWX NSS Magazine Subscriptions Ripoff! Automatic Billing, No Notice Subsciption Renewal Nationwide

### *Consumer Comment ..they were nice to me*

**Respond to this report!**

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company?

**Victim of this person/company?**

Are you also a victim of the same company or person? Want Justice? File a Ripoff Report and don´t let them get away with it!

# Do-it-          guide          Ripoff Repo

## Employee

Submitted: 8/7/2006 6:51:37 AM
Modified: 8/7/2006 6:51:37 AM



**Lisa**
Canton, Maine
U.S.A.

### UNWANTED Magazines, Rip Off, Fraudulant Billing

We listen to Customers all day long tell us about their 'Fraudulant' charges, or 'Unauthorized' Charges. Give me a break!

I would have to say that some of the people who call, should not be allowed to have a credit card to begin with. Maybe you have so much money that you don't bother looking at your credit card bill?

We hear every excuse in the book. 'These charges are unauthorized' are the most common. I have 3 words for you all, 'TERMS OF SERVICE' READ IT!!! 'I don't remember ordering, or I never ordered' We have so many customers that have been recieving mags for 5-10 years, have been billed every year for them, they go to the THEIR address that they just verified, and they call and say that someone stole their credit card and has been charging mags to their account...Ha!

So, someone stole your credit card, charged a bunch of mags, and they SENT THEM TO YOU?? HUH, Amazingly nice thieves I'd say!! Yes, once in a while we get a customer that truely had their credit card stolen, when we come across this, we CANCEL everything under that credit card number and refund ALL charges.

## Consumer Comment

Submitted: 8/23/2006 12:13:47 PM
Modified: 8/23/2006 12:13:47 PM



**Bill**
Anywhere, VA, Virginia
U.S.A.

### TWX is quite shifty, Lisa please STFU.

'Lisa' Way to represent your company, and treat your customers.

Try this on for size:

1) My wife bought a product at an online vendor, and as part of the promo they offered a 6-month TRIAL subscription to Metropolitan Home magazine for $2.00.

Wow, not a bad deal. So my wife of course jumped on it.

2) In the 6 month timeframe, 2 issues showed up, both about 4 months time difference from each mailing. We have lived in the same address for 5 years.

3) My wife still thought that a couple of issues for only $2.00 was a deal, so she let it go.

4) All of a sudden at the end of the 6 months, her credit card was charged for $29.95 from TWX for a full subscription. This was done WITHOUT her knowledge or approval. So we got on the phone and talked to someone, and sure enough they admitted to the error.

They offered a one year subscription for $5.00 right then and there on the phone. We thought 'wow, people make mistakes. And TWX isn't just saying sorry, they are DOING something about it.'. So they refunded us $24.95 back to the creidt card, minus the $5.95 for the discounted yearly subscription. We were quite happy.

5) 3 months go by, not a single issue shows up. 6 months go by, not a single issue shows up. WTF?!!

6) We contact TWX at least 6 times through the automated cancellation session (nice looping phone tree that you can never escape BTW), and still nothing. No refund, and still no issues arriving. They changed their phone tree so there is no longer an option to get out of the loop and talk to an actual human representative.

7) One full year goes by, and just last month TWX RENEWS THE SUBSCRIPTION ON THEIR OWN. AGAIN. Yup Lisa, WITHOUT authorization OR approval. Or even COMMUNICATION to the customer. And FYI dipshit, there never was a 'term of service' agreement sent to us ever. The 2 issues that we got from the trial did not come in any wrapping, nor was there anything attached to the magazines. We still have them.

8) So we have paid for 2 full years of subscription to a magazine that has not arrived once. That's 24 issues, and we have recieved not a single issue (outside of the 2 issues from the failed 6 month trial bullshit).

9) We have lost all patience with trying to communicate with TWX, as they have changed their phone tree options so that you can never get into touch with an actual human. This type of action is purposely done to 'wear down' the customer and frustrate them into simply hanging up in disgust. Problem solved on their end.

Or is it?

How about posting a phone number to an actual human over there at TWX Lisa? If you care so much about your customers, why do you consistently run and hide behind a phone tree and empty online rebuttals?

Tell you what, email us back with a number for a human (((ROR REDACTED EMAIL FOR SECURITY PURPOSES)))

'Make it right', you and your company are CLEARLY in the wrong. Negligence aside, this is borderline consumer fraud. I give you two weeks, then we escalate it on our

end.

Regards,

Bill
Richmond, VA

CLICK here to see why Rip-off Report, as a matter of policy, deleted either a phone number, link or e-mail address from this Report.

## Employee

**Submitted: 9/11/2006 6:15:16 AM**
Modified: 9/11/2006 6:15:16 AM

**Lisa**
Canton, Maine
U.S.A.

### Internet Offers

1. First of all, I need to know the name of the online company that made this offer? I'd like to see where it has no terms of service. After seeing this offer, I will respond to that part of the complaint.

2. Our company has 'automatic renewal' for most magazine subscriptions. All of our internet offers have the terms of service. Online you have to check the box saying your read them. They don't send the terms of service to you.

3. We recieve orders and send it to 'the publishers'. We do not send the magazines to you. If you have a problem with the delivery of a magazine and call us, we fill out a CSA (customer service action) form, letting the publisher know about your problem. If there is something incorrect with name or your address, we can fix it. If there is no problem with name or address, we contact the publisher for you to try to resolve the issue.

4. When you call to cancel, we do offer a deal for you.

5. When you call and reach our automated system...and she asks you the first question, press 0, when she asks you the second question press 0 again, and there you are to a live agent. Call us and we can help you with anything you need to do. 1-800-321-mags(6247).

## Consumer Comment

**Submitted: 12/28/2006 8:26:48 AM**
Modified: 12/28/2006 10:14:57 AM

**Maryann**
Houston, Texas
U.S.A.

### Happened to me also!

I was also charged against my consent with TMX Mags... 2 differnet times. My thing is that the electronic voice doesn't tell you how to talk to an operator. Y'all should really fix that because it is very frustrating for the consumer. I would have never known to push 0 twice, if I hadn't seen this.

- Report: #222153

# Report: New Subscription Service

Category: Credit Card Fraud

## New Subscription Service NSS RIPE OFF SERVICE !WHY ARE THEY STILL AROUND Ripoff New Jersey New Jersey

**Respond to this report!**

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company?

**Victim of this person/company?**

Are you also a victim of the same company or person? Want Justice? File a Ripoff Report and don´t let them get away with it!

 

**New Subscription Service**

Phone:
Fax:

23254 4th Street
New Jersey, New Jersey,
U.S.A.

Submitted: 11/25/2006 11:21:10 AM
Modified: 11/25/2006 11:21:00 AM



**Tuesday**
monroe, Washington



I had just recently checked my banking account statment and on there was a charge of $114 for a order i did not make. I Called the number listed on my checking account and it came from a company called New subscription service. They had charged my account with out my authorization, and when i did call them to get refunded i got a recording which takes about ten minutes just to get through and then you wait on hold for hours to accturally talk to some one and i am still trying to get my money back. Why they are still doing this after all the complaints i dont know, but always check your statemnts and dont do any of those free magazines for three months gimmicks. THERE A SCAM AND NEW SUBSCRIBTION SERVICE IS TOO!!!!!!!!!

Tuesday
monroe, Washington
U.S.A.

Click here to read other Rip Off Reports on NSS Magazines BUY.com

- Report: #182910
- # Report: TWX Magazines Magazeoutlet USNEWSDIGIT NSS Magazine Outlet

Category: Internet Marketing Companies

## TWX Magazines Magazeoutlet USNEWSDIGIT NSS Magazine Outlet ripoff fast, return slow New York New York

### *REBUTTAL Employee ..Wrong.

**Respond to this report!**

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company?

## Victim of this person/company?

Are you also a victim of the same company or person? Want Justice? File a Ripoff Report and don´t let them get away with it!

 

### TWX Magazines Magazeoutlet USNEWSDIGIT NSS Magazine Outlet

Phone:  800-607-9869
Fax:

New York, New York,
U.S.A.

Submitted: 3/23/2006 12:22:33 PM
Modified: 6/23/2006 10:40:07 AM



**Mark**
St Simons Isl, Georgia



My wife and mother-in-law ordered a Majic Bullet off the TV and were told it came with some free magazines about 3 1/2 months ago. Two weeks ago, an $18 charge showed up from TWX. Again yesterday, a charge showed up for $114. Both charges caused an overdraft in my bank account. Neither my wife of my mother-in-law had a clue who TWX was and had not ordered any magazines.

I finally had some time to get to the bank and ask about it, and they gave me a phone number. After about 2 hours of trying to find a way through their automated garble, I tried pressing 0. It worked.

I told the company operator that the charge was unauthorized and she told me that she would cancel the subscription and refund the money. Then she tells me it will take two months to return the money to my account. It only too 2 weeks to put me $200 in the hole. I was already mad and asked about what would be done with the

overdraft fees of $70. I was told I had to send bank statements to that fact and they would refund it within 'two billing periods' once they got the paperwork.

They probably hope people like me just won't bother. I don't make enough not to bother.

Mark
St Simons Isl, Georgia
U.S.A.

- Report: #189866
- 

# Report: TWX NSS Synapse Group

Category: Consumer Services

## TWX NSS Synapse Group, Ripoff Magazine Subscription Automatic Renewal on Credit Card Don't Know Internet

### Respond to this report!

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company?

### Victim of this person/company?

Are you also a victim of the same company or person? Want Justice? File a Ripoff Report and don´t let them get away with it!

 

**TWX NSS Synapse Group**

Phone: 800-205-9198
Fax:

Nationwide,
U.S.A.

**Submitted: 5/3/2006 5:12:55 PM**
Modified: 5/3/2006 5:13:00 PM

**Renee**
Friendsville, Pennsylvania



I called this company after looking at a credit card that I no longer use and realizing I had a renewal for HOME magazine, but I had not renewed anything. I do not use the card, have even cut it up, but am still paying on the balance. Anyway, I got this long drawn out automated system and after having to pound on the '0' for an operator quickly got one. She gave me th company name but could supply no address. Also, she said I had signed up for the HOME magazine in 2002. She said I was told at that time that there was an automatic renewal, but in years since then I have never received info that says I may cancel. I did cancel it and am watching to see if it really happens.

TWX*6NSUU4*HOME MAG 800-205-9198 VA

Renee
Friendsville, Pennsylvania
U.S.A.

- Report: #115609
- # Report: Synapse Magazine - NSS Group

Category: Book & Magazine Publishers

## Synapse Magazine - NSS Group ripoff poor customer service Stanford Connecticut

**Respond to this report!**

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company?

**Victim of this person/company?**

Are you also a victim of the same company or person? Want Justice? File a Ripoff Report and don´t let them get away with it!

 

**Synapse Magazine - NSS Group**

Phone:  203-595-8255
Fax:

4 High Ridge Park, Stanford, CT 06905
Stanford, Connecticut, 06905
U.S.A.

**Submitted: 11/1/2004 3:23:22 PM**
Modified: 11/1/2004 3:23:00 PM



**Benjamin**
Knoxville, Tennessee



- Participated in a survey, and was offered the free years subscription to the magazines, with the understanding that, after a year, I would be offered the chance to renew or cancel my subscription. I was not, however, offered the chance to cancel my subscription, instead, a month before my subscriptions ended, they charged my credit card. I noticed the charges, contacted them, and they refunded the monies charged to my account, however, when I expressed discontent, I was told it was my fault. I asked to speak to some one in charge, and was transferred to the floor supervisor, Tom Chan, who still insisted that there was no one else i could speak with to lodge a complaint.

  After further insisting that I wanted to speak to someone else, he gave me an
  : #6853

- # Report: NSS Magazines

Category: Mail Order Services

# NSS Magazines Free Magazines Rip-off

## *Consumer Comment ..RIP-OFF your chargin me again and thats not what i want

**Respond to this report!**

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company?

**Victim of this person/company?**

Are you also a victim of the same company or person? Want Justice? File a Ripoff Report and don´t let them get away with it!

 

**NSS Magazines**

Phone:
Fax:

PO Box 670
Newburgh, New York, 12551
U.S.A.

**Submitted: 9/27/2001 12:00:00 AM**
Modified: 9/20/2004 11:46:35 PM



**Al**



On the internet I received an offer for two free issues of three magazines. I selected three, and received a bill for $57.

I called the number given to me and only contacted a mechanized voice -- I couldn't talk to any human. I am told I will not be billed again, and my subscriptions will end in June 2002.

I want to cancel my present subscriptions, and get a refund on magazines not

received.

Is there any way to cancel the subscriptions now and receive money for undelivered issues?
Al
- Report: #122881

- # Report: NSS Magazine, TWX, Magazineoutlet.com

Category: Telemarketers

## NSS Magazine, TWX, Magazineoutlet.com ripoff deducting from Paypal fraudulently Stamford Connecticut

**Respond to this report!**

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company?

**Victim of this person/company?**

Are you also a victim of the same company or person? Want Justice? File a Ripoff Report and don´t let them get away with it!

 

**NSS Magazine, TWX, Magazineoutlet.com**

Phone:
Fax:

4 HighRich Park
Stamford, Connecticut, 06905
U.S.A.

**Submitted: 12/14/2004 6:33:05 PM**
Modified: 12/14/2004 6:33:00 PM



**Martin**
New Kensington, Pennsylvania



Found and reported a couple of $1.00 charges in mid summer on my Paypal account, during a time when there was little activity. Disputed them and the money was returned in Nov.

Dec. 11th, TWX tried to deduct $40.00 which Paypal denied because there were no funds. The phone no. attached to that attemp,(800-773-3142)led me through a Google Search to an internet site for Magazineoutlet.com.

Dec. 13th, there was money in the account and they did successfully deduct $40.00 with a phone no. of 800 927-9578. A person at that number gave me the physical address in Stamford, CT, although the deductions say VA.

I started investigating & found numerous deductions from my account in Jan. & Feb., while I was away. I called that number, disputed all the charges, and they said they will return the money within 72 hrs. That reamins to be seen.

I typed the 800 numbers in Google and found this site - hence this report. The business apparently morphs from one name to the next, probably to discourage the gathering of information like this. Please consider adding the other two names to the list of companies (TWX and Magazineoutlet.com) which have been accused of this type of activity.

Martin
New Kensington, Pennsylvania
U.S.A.

- Report: #163897

- 

# Report: NSS Or Buy.com

Category: <u>Computer Fraud</u>

## NSS Or Buy.com ripoff magazine renewal New York New York

**Respond to this report!**

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company?

**Victim of this person/company?**

Are you also a victim of the same company or person? Want Justice? File a Ripoff Report and don´t let them get away with it!

 

## NSS Or Buy.com

Phone:  800-205-9198
Fax:

New York
Nationwide,
U.S.A.

**Submitted: 11/9/2005 9:24:46 AM**
Modified: 11/9/2005 9:25:00 AM

**Sue**
oshkosh, Wisconsin





Somehow this company took my account (credit card) information from Architectural Digest and automatically renewed my subscription at a higher rate. Now it appears on my credit card and I will have to go through my card company to dispute it.

When you call the 800-205-9198 number you talk to a voice activated machine that virtually gives you no information. When I googled the 800 number it came up with all kinds of reports for fraudulant credit card charges. I can't believe this company is still in operation.

Sue
oshkosh, Wisconsin
U.S.A.

- Report: #114485



About 4 years I signed up to receive Travel and Leisure Magazine. After 6 months I cancelled my subscription. I received a bill for the full amount of $43. I ended up paying. 2001. I received a card in the mail stating if you wish to cancel call the 1-800 number. I did. They said that the subscription had been cancelled.

With in the next few months I received my credt card bill. A charge of $43 from Travel and Leisure was on there. 2002. I received the same card in the mail. I called the number they said they didn't have a record of me.

Next few months I received my bill a charge of $43. So I contacted Travel and Leisure. They said they were sorry and I wouldn't be charged anymore. 2003. I received a bill for $43 once again. This time I contacted the Better Buisness Bureau they still havn't contacted me. I ended up paying them once again the $43.

I am out a total of $129. I want a refund for the full amount and I also want to be removed permently from their mailing list.

Shannon
Beaver Dam, Kentucky
U.S.A.

- Report: #114485

- Report: #115609

- 

# Report: Synapse Magazine - NSS Group

Category: <u>Book & Magazine Publishers</u>

## Synapse Magazine - NSS Group ripoff poor customer service Stanford Connecticut

**Respond to this report!**

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company?

## Victim of this person/company?

Are you also a victim of the same company or person? Want Justice? File a Ripoff Report and don´t let them get away with it!

 

## Synapse Magazine - NSS Group

Phone:  203-595-8255
Fax:

4 High Ridge Park, Stanford, CT 06905
Stanford, Connecticut, 06905
U.S.A.

**Submitted: 11/1/2004 3:23:22 PM**
Modified: 11/1/2004 3:23:00 PM



**Benjamin**
Knoxville, Tennessee





Participated in a survey, and was offered the free years subscription to the magazines, with the understanding that, after a year, I would be offered the chance to renew or cancel my subscription. I was not, however, offered the chance to cancel my subscription, instead, a month before my subscriptions ended, they charged my credit card. I noticed the charges, contacted them, and they refunded the monies charged to my account, however, when I expressed discontent, I was told it was my fault. I asked to speak to some one in charge, and was transferred to the floor supervisor, Tom Chan, who still insisted that there was no one else i could speak with to lodge a complaint.

After further insisting that I wanted to speak to someone else, he gave me an address to **contact Julia Brennan**, When i insisted on a phone number, he informed me that he couldn't release that information to me, because it was againts company policy. I thought it a little odd that you can't release information to the public about

your company, but after some investigation on the internet, i was able to locate the number.
I then filed a complaint, ONLINE with the BBB in CT, and would STRONGLY urge anyone else that has this occur to them, to do the same.

Benjamin
Knoxville, Tennessee
U.S.A.

Full Throttle V6   PCMFORLESS.COM   Give your car a PERFOR

FullThrottleV6.com -- The V6 Tech Source > Community Forums > General Discussion
📁 **TWX Magazine ???**

User Name: User Name   ☐ Remember M
Password: [          ]   [ Log in ]

| Register | FAQ | Members List | Timeslips | Today's Posts | Shop FTV6 | Search |

[ Post Reply ]

Sponsors

---

📄 04-02-2006, 06:44 PM | #1

**Razor789**
Flower Power!



Join Date: Mar 2006
Location: Charlotte,Florida
Posts: 1,683
iTrader: (**0**)

🖥 View My FQuick Garage

---

❓ **TWX Magazine ???**

Does anybody know what it is. Im being billed 20$ for it and i dont recall ordering it. It just poped up in my statment today.😞 I havent gotten any confomation mail saying that i accept the charges.

[ Quote ]

---

📄 04-02-2006, 06:46 PM | #2

**Baltimore Bad Boy**
Full Throttle

Join Date: Feb 2006
Location: Moving to Murrells Inlet, S.C. April/May '06
Posts: 829
iTrader: (**0**)

Call your credit card company and dispute the charge. That will stop it dead in its tracks. Sounds like someone may have gotten your card#. This happened to me 2 years ago.

[ Quote ]

---

📄 04-02-2006, 06:51 PM | #3

**Razor789**
Flower Power!

I did and since it's still on my check card hold they cant do anyyhing untill it post.

I checked around on the net. Im not the only one this company has charged with out consent. Found info on Rippoffreport.com

VIEW THE FTV
SPONSOR LIST

HERRON
PERFORMANCE

PCM
FORLESS.com

Afterthought
Auto
Performance With St

Tropi-Care
Car Care
Products

UMI
Suspension System

Texas
SPEED & PERFORMANCE

PERFORMABILT
TRANSMISSIONS

abbot
RACING HEADS

SWAN
Racing

THUNDER
Racing

PFYC

HP
YOUR TUNING SOURC

FQuick
fquick.com





Join Date: Mar 2006
Location: Charlotte,Florida
Posts: 1,683
iTrader: (**0**)

 View My FQuick Garage





« Previous Thread | Next Thread »

**Posting Rules**

You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

Forum Jump
General Discussion

Contact Us - FullThrottleV6 Message Forum - Archive - T

Powered by vBulletin Version 3.6.0
Copyright ©2000 - 2007, Jelsoft Enterprises Ltd.
2005-2006 Full Throttle V6

December **11**, 2001

Office of the Secretary
Federal Trade Commission
Room 159
600 Pennsylvania Ave. NW
Washington, D.C. **20580**

Dear Sir:

I am writing to inform you of a scam that is taking place.

In late summer I placed an order for clothes through Chadwick's
Catalog.  The sales clerk on the phone offered me two months
'of three magazines for free.  I specifically asked her if I
would be charged €or these and she assured me **"no"** and stated
these **companies** would **notify me after two** months to see if I
wanted to continue. But I was never notified and my DISCOVER
Credit card account was charged by The Synapse Group (I don't
even know who these people are:).

I never really wanted these magazines and in fact gave them
away.  I am very upset that Chadwick's would give out my
credit card number without my permission and that these
companies would enter into this scam.

Please let me know what  you can do about this.  I don't want
other people to be cheated'like this.

Also, inregard to the "Proposed National 'Do Not Call'
Registry" I am all for it.  The number of calls I get on
any given day is outrageous.  I also have people knocking
on my **door** soliciting often at night when it is dark.  **This**
is truly an invasion of my privacy.

Thank you **for** your attention to these matters.

Sincerely,

*Patricia A. Helwig*
Patricia A. Helwig

███████████████  VA ███

cc:  Chadwick's
      ████████████████████
        ███████, MA ██████████

cc:  DISCOVER
      ████████████████, UT █████████

**432**