# Exhibit B

# Part IV

 

## BBB Reliability Report

## The Better Business Bureau® Serving Connecticut
94 South Turnpike Road
Wallingford, CT 06492
(203) 269-2700
www.connecticut.bbb.org
www.ctbbb.org

## Synapse Group, Inc.
225 High Ridge Rd
Stamford, CT  06905-3000
Telephone: (203) 595-8255
Fax: (203) 391-0824
www.magazineoutlet.com
www.magcustomerservice.com
www.321mags.com

*The BBB reports on members and non-members. If a company is a member of the BBB, it is stated in this **report**.*

**Original Business Start Date:** March 1991
**Principal:** Ms. Janine White
**Customer Contact:** Ms. Janine White - (203) 391-0768
**TOB Classification:** Magazine Sales
**BBB Membership:** This company is a member.

## Additional DBA Names

NSS Magazine Subscription
Synapse Connect Inc
Synapse Center

CAP Systems
Magazine Service Center

## BBB Membership Status

This company has been a member of this Better Business Bureau since September 1997. This means it supports the Bureau's services to the public and meets our membership standards.

## Program Participation

This company has agreed to use special procedures including **arbitration**, if necessary, to resolve disputes through their participation in the following programs: **Membership Identification**, **BBBOnLine**.

## Nature Of Business

This company offers magazine subscriptions and gifts.

## Customer Experience

When considering complaint information, please take into account the company's size and volume of transactions, and understand that the nature of complaints and a firm's responses to them are often more important than the number of complaints.

The Bureau processed a total of 238 complaints about this company in the last 36 months, our standard reporting period. Of the total of 238 complaints closed in 36 months, 96 were closed in the last year.

### Advertising Issues
**Resolved**
- 3 - Company **resolved** the complaint issues. The consumer acknowledged acceptance to the BBB.
- 12 - Company addressed the complaint issues. The consumer failed to acknowledge acceptance to the BBB.

### Contract Issues
**Resolved**
- 1 - Company **resolved** the complaint issues. The consumer acknowledged acceptance to the BBB.
- 3 - Company addressed the complaint issues. The consumer failed to acknowledge acceptance to the BBB.

### Billing or Collection Issues
**Resolved**
- 30 - Company **resolved** the complaint issues. The consumer acknowledged acceptance to the BBB.
- 1 - Company offered a partial (less than 100%) settlement which the consumer accepted.

74 - Company addressed the complaint issues. The consumer failed to acknowledge acceptance to the BBB.

**Administratively Closed**

5 - BBB determined the company made a reasonable offer to resolve the issues, but the consumer did not accept the offer.

1 - BBB determined that despite the company's reasonable effort to address complaint issues, the consumer remained dissatisfied.

**Unpursuable**

1 - Company cannot be located.

### Sales Practice Issues

**Resolved**

8 - Company **resolved** the complaint issues. The consumer acknowledged acceptance to the BBB.

17 - Company addressed the complaint issues. The consumer failed to acknowledge acceptance to the BBB.

**Administratively Closed**

1 - BBB determined the company made a reasonable offer to resolve the issues, but the consumer did not accept the offer.

1 - BBB determined that despite the company's reasonable effort to address complaint issues, the consumer remained dissatisfied.

**Unpursuable**

1 - Company cannot be located.

### Delivery Issues

**Resolved**

14 - Company **resolved** the complaint issues. The consumer acknowledged acceptance to the BBB.

1 - Company offered a partial (less than 100%) settlement which the consumer accepted.

13 - Company addressed the complaint issues. The consumer failed to acknowledge acceptance to the BBB.

**Administratively Closed**

1 -

2 - BBB determined the company made a reasonable offer to resolve the issues, but the consumer did not accept the offer.

### Service Issues

**Resolved**

2 - Company **resolved** the complaint issues. The consumer acknowledged acceptance to the BBB.

2 - Company addressed the complaint issues. The consumer failed to acknowledge acceptance to the BBB.

### Customer Service Issues

**Resolved**

1 - Company offered a partial (less than 100%) settlement which the consumer accepted.

3 - Company **resolved** the complaint issues. The consumer acknowledged acceptance to the BBB.

4 - Company addressed the complaint issues. The consumer failed to acknowledge acceptance to the BBB.

### Guarantee or Warranty Issues
**Resolved**

2 - Company **resolved** the complaint issues. The consumer acknowledged acceptance to the BBB.

### Refund or Exchange Issues
**Resolved**

12 - Company **resolved** the complaint issues. The consumer acknowledged acceptance to the BBB.

14 - Company addressed the complaint issues. The consumer failed to acknowledge acceptance to the BBB.

### Issue Not Defined
**Resolved**

4 - Company **resolved** the complaint issues. The consumer acknowledged acceptance to the BBB.

4 - Company addressed the complaint issues. The consumer failed to acknowledge acceptance to the BBB.

## Additional DBA's, and Telephone Numbers

**Additional DBA Names**
magazineoutlet.com
Gift Services LLC
NewSub Services

**Additional Phone Numbers**
Tel: (800) 321-6247
Tel: (800) 944-0448
Tel: (800) 607-9869
Tel: (800) 773-3142
Tel: (888) 595-8255
Tel: (203) 391-0768
Tel: (203) 391-0612

## Industry Tips

Magazine Subscription Solicitations

---

Report as of August 2, 2007
Copyright© 2007 Better Business Bureau®, Inc.

*If you choose to do business with this member company, please let the company know*

*that you contacted the Better Business Bureau for a report.*

*BBB reports may not be reproduced for sales or promotional purposes.*

*The information in this report has either been provided by the company or has been compiled by the Bureau from other reliable sources.*

*As a matter of policy, the Better Business Bureau does not endorse any product, service or company. BBB reports generally cover a three-year reporting period, and are provided solely to assist you in exercising your own best judgment. Information contained in this report is believed reliable but not guaranteed as to accuracy. Reports are subject to change at any time.*

**TWX MAGAZINE SUBSCRIPTIONS**
1271 6th Avenue
New York , NY 10020
View Location Map

**Phone Number:** (888) 321-6247

*This business recently came to our attention. We are attempting to gather information on the business. Please check back in four to six weeks.*

**Report as of:** 8/2/2007

Copyright © 2007 BBB of Metropolitan New York, Inc.

As a matter of policy, the Better Business Bureau does not endorse any product, service, or company. BBB reports generally cover a three-year reporting period, and are provided solely to assist you in exercising your own best judgment. Information contained in this report is believed reliable but not guaranteed as to accuracy. Reports are subject to change at any time.

The Better Business Bureau reports on members and non-members. Membership in the BBB is voluntary, and members must meet and maintain BBB standards. If a company is a member of the BBB, it is stated in this report.



# BBB Reliability Report

## The Better Business Bureau® Serving Utah
5673 South Redwood Road #22
Salt Lake City, UT 84123
(801) 892-6009
www.utah.bbb.org

## Newsub Magazine Services LLC
Five High Ridge Park
Stamford, CT 06905
Telephone: (203) 595-8173
Fax: (203) 595-8249
www.WholesaleMagazineShop.com

*The BBB reports on members and non-members. If a company is a member of the BBB, it is stated in this **report**.*

| | |
|---|---|
| **Principal:** | Ms. Julia W. Brennan, Manager of Cust. Service |
| **Customer Contact:** | Ms. Julia W. Brennan, Manager of Cust. Service - (203) 595-8173 |
| **File Open Date:** | June 2000 |
| **TOB Classification:** | Magazine Sales, Billing Service, Book/Record/Tape Club, Collection Agencies, Magazines-Subscription Agents, Product Sales - General |
| **BBB Membership:** | This company is not a member. |

The Bureau has requested basic information from this company but has not received a response. As a result, the Bureau may not have current information about the company

## Additional DBA Names

TWX Magazines (New Subcription Services)
Wholesale Magazine.Com
Synapse Group
Synapse Solutions
Processing Center

## Customer Experience

The Better Business Bureau Serving Utah does not process any complaints against this company. Any complaints are directed to the BBB serving Wallingford, CT for processing.

For a full report contact the BBB located in Wallingford at (203) 269-2700 or www.connecticut.bbb.org.

Complaints are forwarded to the Better Business Bureau in Connecticut, (www.connecticut.bbb.org) where the company is located. Consumers may wish to contact the BBB in Connecticut for their current **report**.

Prior to August 23, 2006 this company's complaints were handled locally. The following data represents complaints processed by this BBB prior to August 23, 2006.

The Better Business Bureau Serving Utah no longer processes complaints against this company. Any complaints are directed to the BBB serving Wallingford, CT for processing.

For a full report contact the BBB located in Wallingford at (203) 269-2700 or www.connecticut.bbb.org.

## Company Management

Additional company management personnel include:

Jeffrey Watson - Customer Care Specialist
Ms. Julia Brennan - Manager, Customer Service

## Additional DBA's, Addresses, and Telephone Numbers

**Additional DBA Names**
Synapse Group Inc
Magazine Direct
Magazine Processing Center
Synapse Connect, Inc.
Magazine Direct Inc
Customer Service Center

**Additional Addresses**
PO Box 30470
Salt Lake City, UT  84130

PO Box 30486
Salt Lake City, UT  84130

225 High Ridge Road, East Building
Stamford, CT  06905

PO Box 30489
Salt Lake City, UT  84130

PO Box 670
Newburgh, NY  12551

PO Box 30474
Salt Lake City, UT  84130

PO Box 30477
Salt Lake City, UT  84130

PO Box 30468
Salt Lake City, UT  84130

PO Box 30468
Salt Lake City, UT  84130

**Additional Phone Numbers**
Tel: (801) 800-6019
Tel: (888) 883-3958
Tel: (866) 560-9273
Tel: (800) 586-9637
Tel: (800) 586-5831
Tel: (800) 773-3142
Tel: (866) 560-7592

# Industry Tips

Magazine Subscription Solicitations

---

Report as of August 2, 2007
Copyright© 2007 Better Business Bureau®, Inc.

*If you choose to do business with this company, please let the company know that you contacted the Better Business Bureau for a report.*

*BBB reports may not be reproduced for sales or promotional purposes.*

*The information in this report has either been provided by the company or has been compiled by the Bureau from other reliable sources.*

*As a matter of policy, the Better Business Bureau does not endorse any product, service or company. BBB reports generally cover a three-year reporting period, and are provided solely to assist you in exercising your own best judgment. Information contained in this report is believed reliable but not guaranteed as to accuracy. Reports are subject to change at any time.*

**For more information about BBB reports, click here**

December 11, 2001

Office of the Secretary
Federal Trade Commission
Room 159
600 Pennsylvania Ave. NW
Washington, D.C. 20580

Dear Sir:

I am writing to inform you of a scam that is taking place.

In late summer I placed an order for clothes through Chadwick's Catalog. The sales clerk on the phone offered me two months of three magazines for free. I specifically asked her if I would be charged for these and she assured me "no" and stated these companies would notify me after two months to see if I wanted to continue. But I was never notified and my DISCOVER Credit card account was charged by The Synapse Group (I don't even know who these people are:).

I never really wanted these magazines and in fact gave them away. I am very upset that Chadwick's would give out my credit card number without my permission and that these companies would enter into this scam.

Please let me know what you can do about this. I don't want other people to be cheated like this.

Also, in regard to the "Proposed National 'Do Not Call' Registry" I am all for it. The number of calls I get on any given day is outrageous. I also have people knocking on my door soliciting often at night when it is dark. This is truly an invasion of my privacy.

Thank you for your attention to these matters.

Sincerely,

*[signature]*
Patricia A. Helwig

███████████, VA ███

cc: Chadwick's
    ███████████, MA ███

cc: DISCOVER
    ███████████, UT ███

432