|  |  |  |
|---|---|---|
| **MCNAIR** | : | UNITED STATES DISTRICT COURT |
|  | : | DISTRICT OF NEW JERSEY |
| **Plaintiff(s)** | : |  |
|  | : | Hon. Jose L. Linares |
| -vs- | : | Civil Action No. 06-5072   (JLL) |
|  | : |  |
| **SYNAPSE GROUP INC.** | : | **ORDER ON ORAL MOTION** |
|  | : | **SCHEDULING CONFERENCE** |
| **Defendant(s)** | : |  |

**THIS MATTER** having been brought before the Court for a conference on April 30, 2010; and for good cause shown:

**IT IS** on this 13th day of May, 2010

**ORDERED THAT:**

1. By **May 30, 2010**, defendant shall produce "save and cancellation rate data" regarding the latest postcard.

2. Plaintiffs renewed motion for class certification shall be filed by **June 18, 2010.**

3. Defendant's opposition shall be by filed by **July 19, 2010.**

4. Plaintiff's reply shall be filed by **August 18, 2010.**

5. There shall be a telephone status/settlement conference before the Undersigned on **October 6, 2010 at 11:00 a.m.**  Plaintiff shall initiate the telephone call.

                                         *s/ Claire C. Cecchi*
                                         **HON. CLAIRE C. CECCHI**
                                         **United States Magistrate Judge**

Clerk of the Court
File