LAW OFFICES
# KANTROWITZ, GOLDHAMER & GRAIFMAN

210 SUMMIT AVE.
MONTVALE, NEW JERSEY 07645
P.C.

(201) 391-7000

FAX # (201) 307-1086

PAUL B. GOLDHAMER*
BARRY S. KANTROWITZ*_
GARY S. GRAIFMAN*
RANDY J. PERLMUTTER*

CHESTNUT RIDGE, NEW YORK 10977-6216
WILLIAM T. SCHIFFMAN*
REGINALD H. RUTISHAUSER*
JOHN M. CHAKAN*
MICHAEL L. BRAUNSTEIN*
  OF COUNSEL
SHARON M. KANTROWITZ*
STEVEN B. ROTHSCHILD**

* N.Y. & N.J. BAR
_ N.Y. & FLA. BAR
** N.Y. BAR ONLY

AFFILIATE
KANTROWITZ, GOLDHAMER & GRAIFMAN,
ROCKLAND COUNTY
747 CHESTNUT RIDGE ROAD
SUITE 200

(845) 356-2570
FAX # (845) 356-4335

June 18, 2010

**Via ECF Filing and Regular Mail**

Honorable Jose L. Linares
United States District Court for
the District of New Jersey
Martin Luther King, Jr. Federal Building & Cthse
50 Walnut Street, Room 50544
P.O. Box 999
Newark, New Jersey 07101-0999

**Re: McNair, et al., v. Synapse Group, Inc.**
**Civil Action No. 06-5072 (JLL)**

Dear Judge Linares:

I write with respect to the renewed class certification motion in the above matter which is being filed today and, specifically, write to respectfully request an enlargement of the page limitation to 40 pages in Times New Roman 12 point font. We request the additional space in order to lay out carefully and clearly for the Court the history and prior material submitted without having to refer back to prior filed documents. Defendant's counsel has consented to this request. I have confirmed with the Court's Chambers that this request was being made as well.

Respectfully submitted,

C:\USERS\MICHAEL\APPDATA\LOCAL\MICROSOFT\WINDOWS\TEMPORARY INTERNET FILES\CONTENT.OUTLOOK\3EU1E2Y1\LTR TO JUDGE LINARES RE PAGE LIMITATIONS 6 18 10.WPD

                                          s/ Gary S. Graifman
                                          GARY S. GRAIFMAN

GSG:bm

cc:   Thomas E. Gilbertsen, Esq. (by fax)
       Michael S. Green, Esq. (by fax)
       Paul Diamond, Esq. (by fax)