Geoffrey W. Castello
Lauri A. Mazzuchetti
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900

Thomas E. Gilbertsen (admitted *pro hac vice*)
Joanna Baden-Mayer (admitted *pro hac vice*)
KELLEY DRYE & WARREN LLP
3050 K Street N.W.
Washington, D.C. 20007
(202) 342-8400

Attorneys for Defendant
Synapse Group, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHARLES T. MCNAIR, THEODORE AUSTIN, DANIELLE DEMETRIOU, USHMA DESAI and JULIE DYNKO,<br><br>Plaintiffs,<br><br>v.<br><br>SYNAPSE GROUP, INC.,<br><br>Defendant. | CIVIL ACTION NO. 2:06-cv-05072 (JLL) (CCC)<br><br>**DEFENDANT'S NOTICE OF MOTION TO STIKE OR EXCLUDE THE REPORTS OF DR. WARREN J. KEEGAN** |

To:   Gary S. Graifman, Esq.
      Kantrowitz, Goldhamer & Graifman, Esqs.
      210 Summit Avenue
      Montvale, New Jersey 07645

| | |
|---|---|
| Paul Diamond, Esq. | Michael Scott Green, Esq. |
| Diamond Law Office, LLC | Green & Pagano, LLP |
| 1605 John Street, Suite 102 | 522 Route 18, P.O. Box 428 |
| Fort Lee, New Jersey 07024 | East Brunswick New Jersey 08816 |

PLEASE TAKE NOTICE that on August 16, 2010, the undersigned attorneys for defendant Synapse Group, Inc. shall move before the Honorable Jose L. Linares, U.S.D.J., United States District Court for the District of New Jersey, at the Martin Luther King Jr. Federal Building & U.S. Courthouse, Newark, New Jersey, pursuant to Fed. R. Evid. 402, 702 and Fed. R. Civ. P. 12(f), for the entry of an Order striking or excluding the reports of Dr. Warren J. Keegan that plaintiffs submit in support of their pending motion for class certification;

PLEASE TAKE FURTHER NOTICE that in support of this motion, Defendant shall rely upon Defendant Synapse Group, Inc.'s Memorandum of Law in Support of Motion to Strike or Exclude the Reports of Dr. Warren J. Keegan, dated July 19, 2010, which is submitted herewith; and

PLEASE TAKE FURTHER NOTICE that at that time and place aforesaid, Defendant will request that the proposed form of Order submitted herewith, in accordance with Local Civ. R. 7.1, be entered by the Court.

Date: July 19, 2010                    KELLEY DRYE & WARREN LLP

By   /s/ *Geoffrey W. Castello*
  Geoffrey W. Castello
Lauri A. Mazzuchetti
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900

KELLEY DRYE & WARREN LLP
Thomas E. Gilbertsen
(admitted *pro hac vice)*
Joanna Baden-Mayer
(admitted *pro hac vice*)
3050 K Street N.W.
Washington, D.C. 20007
(202) 342-8400

OF COUNSEL:

Gary A. Greene
Chief Corporate Counsel
Synapse Group, Inc.
225 High Ridge Road, East Building
Stamford, CT  06905
Telephone:  (203) 391-0594
Facsimile:  (212) 467-2395

Attorneys for Defendant
Synapse Group, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, a true copy of Defendant Synapse Group, Inc.'s Notice of Motion to Strike or Exclude the Reports of Dr. Warren J. Keegan; Defendant Synapse Group, Inc.'s Memorandum of Law in Support of Motion to Strike or Exclude the Reports of Dr. Warren J. Keegan; and a proposed form of Order were served upon the attorneys for plaintiffs listed below via ECF and e-mail transmission.

> Michael S. Green, Esq.
> Green & Pagano, LLP
> 522 Route 18, P.O. Box 428
> East Brunswick, NJ  08816
> Telephone (732) 390-0480
> green@lawgp.com
>
> Gary Graifman, Esq.
> Kantrowitz, Goldhammer & Graifman
> 210 Summit Avenue
> Montvale, NJ  07645
> Telephone (201) 391-7000
> ggraifman@kgglaw.com
>
> Paul Diamond, Esq.
> Diamond Law Office, LLC
> 1605 John Street, Suite 102
> Fort Lee, NJ  07024
> Telephone (201) 242-1110
> pdiamond@innovationequity.com

Dated:  July 19, 2010                                      */s/ Geoffrey W. Castello*
                                                                                                                Geoffrey W. Castello