UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CHARLES T. MCNAIR, | ) | |
| THEODORE AUSTIN; | ) | |
| DANIELLE DEMETRIOU; | ) | |
| USHMA DESAI; and | ) | |
| JULIE DYNKO, | ) | |
| on behalf of themselves and all | ) | |
| others similarly situated, | ) | |
| | ) | |
| Plaintiffs, | ) | Civ. Action No. 06-cv-5072 (JLL)(CCC) |
| | ) | |
| v. | ) | |
| | ) | |
| SYNAPSE GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DECLARATION OF BRYAN FARRELL

Comes now Bryan Farrell, being of lawful age, and hereby declares as follows:

1.      My name is Bryan Farrell, and I am employed by Synapse Group, Inc. ("Synapse") currently as Director of Strategic Marketing, a position I assumed on June 2, 2008. Prior to that date, I was Director of Marketing Operations. In my prior position, my responsibilities included designing, drafting and testing postcards for pre-bill and renewal notifications to Synapse customers. I have been assisting counsel during discovery for this litigation, and I have testified by deposition in this litigation. I have personal knowledge of the facts stated herein and I am otherwise competent to testify. I submit this declaration in support of Synapse's Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification.

2.      As is disclosed to customers in its initial magazine subscription offers, Synapse's customers receive a notice of their initial subscription charge prior to the initial billing event and all renewal charges. When required, such pre-bill and renewal notices remind the customer of

the terms that were explained in the initial offer, provide advance notice of any upcoming charge that will be charged for each magazine and the date the charge(s) will occur, and provide a toll-free number that the customer may call to cancel.

      3.      Synapse aims to deliver notices "in home," or to the customer, (i) as soon as possible for new orders and (ii) between 45 to 15 days prior to the billing event for renewals, to provide customers with sufficient time to decide whether or not to keep their magazine subscription(s) and to cancel if they choose to do so.

      4.      Synapse's pre-bill and renewal notices are sent via First Class Mail in the form of a "double postcard," meaning a postcard with four sides that can be folded-closed for the privacy of customer information.  Once folded, the front-exterior of the postcard contains the customer/return addresses and first class postage.  The back-exterior is divided into two sections — on the left is a "Special Customer Communication," and on the right is a moving truck image and the question "Moving?."  The "Special Customer Communication" reminds the customer of the terms and benefits of their continuous service magazine subscription, with bolded headings including **"We guarantee a hassle-free subscription," "We guarantee to send you advance notice every year about your next continuous-service subscription period and rates,"** and **"we guarantee you uninterrupted service."**  The "Moving?" section, headed with a moving truck graphic, asks:

> "Moving?  Not a problem. We'll make sure you don't miss a single issue of your favorite magazines.  It's one of the benefits of being a subscriber."

This is accompanied by a space for the customer to fill in and return any updated address information.  For many, but not all notices, **"SEE INSIDE FOR DETAILS"** appears in bold, uppercase letters on the bottom of the back-exterior of the postcard.

5.      The inside of the postcard provides all important details regarding the customer's upcoming charge, including the title of the magazine(s) the customer ordered, the term of the upcoming subscription(s), the amount that will be charged for the magazine(s), the account that will be charged, and a toll-free telephone number that the customer may call to cancel. The notice also reiterates the terms of the continuous service feature. For example, the following appeared on the interior of the double postcard that Plaintiff McNair received prior to being billed:

Thank you for being a valued customer. We hope you have been enjoying your service, as your complete satisfaction is our ultimate goal.

For your convenience, we will continue to ensure that you don't receive extra unwanted mail - the multiple renewal notices and bills that normally come with a subscription. The order you previously placed through a leading internet site to receive magazines will continue for the next term of issues using the credit card you previously provided for your selections and will be charged annually for National Geographic Traveler, at $17.95 for 8 issues, annually for Time, at $54 for 56 issues, annually for PC World, at $24.95 for 12 issues, annually for National Geographic Adventure, at $14.95 for 10 issues. If you do not wish to continue, call 800 927 9351 by Jun 29 and no charge will appear. As long as you are satisfied, your selections will continue through our open-ended, customer-friendly subscription method - continuous service. Of course, we will always send you a courtesy reminder before you are ever billed to ensure your satisfaction. See reverse side for details and important guarantees. Remember, you can always look for the expiration date on your magazine label. You may cancel anytime and receive a refund of unserved issues. If a title ceases, it will be replaced with one of equal or greater value. We hope you enjoy your selections and look forward to serving you in the future.

Do you have suggestions or comments? The space provided on the response card is for you to tell us how we might improve our service. If you have no comments today, please recycle this card. Thank you again.

*See* Notice Postcard Sent to Plaintiff Charles McNair (Exhibit "A"). Also appearing on the inside of the notice is business reply mail allowing the customer to send in comments.

6.     Synapse has used other versions of the pre-bill notice since October 2000. Prior to 2003, the typical Synapse pre-bill notice had an "upsell," or offer for more magazines, on the postcard exterior where the "Moving?" section now resides. Because some Synapse marketing clients did not allow such upsells on notices to their customers, upsells did not appear on all pre-2003 pre-bill notices. Marketing clients excluding upsells included Household, Victoria's Secret and Cheaper than Dirt.

7.     For a period of time after Synapse stopped sending the "upsell" postcards described above, it sent another variation of the postcard, reflected in SYN-0115711-712 (Exhibit "B"). This postcard, instead of having the "Moving?" section, had an image of various magazines sold by Synapse next to the "Special Customer Communication" language. The Special Customer Communication bore the following additional text:

> "**We guarantee your right to cancel anytime.** You'll receive a full refund for all unserved issues. As long as you're 100% satisfied, do nothing. Your subscription will continue as described."

*See id.* For a time before these notices read "Special Customer Communication," they instead read "Magazine Subscription Saving Report," and listed, on the inside of the postcard, the cost to the customer versus the newsstand prices. *See* SYN-0039954-55 (Exhibit "C").

8.     Several marketing clients have negotiated their own pre-bill notice requirements. Pre-bill notices to Chevron customers differ in that, under the return address on the front of the notice, they read "**Information regarding your current subscription service is enclosed.**" *See* SYN-0115709 (Exhibit "D"). Further, the "Special Customer Communication" section has an additional section, reading:

> **We guarantee your right to cancel anytime.** Just call 800 586 2209. That's all there is to it. You'll receive a full refund for all unserved issues. As long as you're 100% satisfied, do nothing. Your subscription will continue as described.

*See id.*

9.    Pre-bill notices to American Express customers differ in several respects. First, the return address bears the American Express logo instead of the name of the Synapse division that sold the magazine, and the inside of the notice opens with "Thank you for being a valued American Express VIP Subscriber" rather than "Thank you for being a valued customer." *See* SYN-0115699-700 (Exhibit "E"). Second, the "Special Customer Communication" section has the additional language also appearing in the Chevron postcard, reading:

> **We guarantee your right to cancel anytime.** Just call 888 844 3560. That's all there is to it. You'll receive a full refund for all unserved issues. As long as you're 100% satisfied, do nothing. Your subscription will continue as described.

*Id.* Third, the bottom of the back-exterior of the notice reads "**SEE INSIDE FOR DETAILS REGARDING YOUR MAGAZINE SUBSCRIPTION**" rather than "**SEE INSIDE FOR DETAILS.**" *Id.*

10.    Other notices that have been used by Synapse have a special message for those who have paid by debit card, as opposed to credit card. *See* Postcard Sent to Plaintiff Ushma Desai, SYN-0140738 – 739 (stating, on the interior of the postcard, "If you believe you may have given us a debit card for your service, read this...") (Exhibit "F"). These cards enable customers who have paid by debit card rather than a credit card to sign and return an attached authorization.

11.    Millions of customers call the number provided on the postcard each year.   For example, in 2006, there were 909,730 calls received in response to the pre-bill notice.  In 2007, there were 746,973 calls received in response to the pre-bill notice.

12.    Synapse keeps careful records with respect to when notices are sent, to be sure that each customer receives their notice in a timely manner.  Synapse records show that each ⟨illegible⟩ magazine subscriptions.  A true and correct copy of a spreadsheet reflecting each named plaintiff's order and the date that pre-bill notices were mailed for each order is attached hereto as Exhibit "G."

13.    Despite our best efforts, there have been several isolated instances in which Synapse has failed to send pre-bill notices to customers responding to certain promotions.  These instances were promptly identified and addressed - customers affected were notified and given or offered a full refund.  Examples of communications sent to customers who were not sent a pre-bill notice are attached hereto as Exhibit "H."


I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated:  9/3/08                                   _____
                                                          Bryan Farrell

# **<u>Farrell Exhibit A</u>**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
SYN-000045

## Special Customer Communication

**We guarantee a hassle-free subscription.** You'll never miss an issue. No bills, reminders, publisher renewal notices and no telemarketing calls. We do the work for you by automatically extending your subscription each year for as long as you want your selections.

**We guarantee to send you advance notice every year about your next continuous-service subscription period and rates.** We will send a notice that spells out: your rate, your number of issues and when your credit card will be charged. If you don't wish to continue, you can simply cancel before your new term begins.

**We guarantee you uninterrupted service.** As a Valued Subscriber, we guarantee you outstanding customer service.

 **Moving?**

Not a problem. We'll make sure you don't miss a single issue of your favorite magazines. It's one of the benefits of being a subscriber. Just complete and return the form below:

Name _____

New Address _____

_____

City _____    State/Zip _____

**SEE INSIDE FOR DETAILS.**

02V11

A 0115 65817 V11 0035045    RN 05100S-93275-18751

Charles McNair
17 Pinkneyville Rd.
Sparta, NJ 07871-4005

PRESORTED
First Class Mail
U.S. Postage
**PAID**
NSS LLC

Synapse Connect, Inc.
C/O Processing Center
PO Box 30468
Salt Lake City, UT 84130

Thank you for being a valued customer. We hope you have been enjoying your service, as your complete satisfaction is our ultimate goal.

For your convenience, we will continue to ensure that you don't receive extra unwanted mail – the multiple renewal notices and bills that normally come with a subscription. The order you previously placed through a leading internet site to receive magazines will continue for the next term of issues using the credit card you previously provided for your selections and will be charged annually for National Geographic Traveler, at $17.95 for 8 issues, annually for Time, at $54 for 56 issues, annually for PC World, at $24.95 for 12 issues, annually for National Geographic Adventure, at $14.95 for 10 issues. If you do not wish to continue, call 800 927 9351 by Jun 29 and no charge will appear. As long as you are satisfied, your selections will continue through our open-ended, customer-friendly subscription method – continuous service. Of course, we will always send you a courtesy reminder before you are ever billed to ensure your satisfaction. See reverse side for details and important guarantees. Remember, you can always look for the expiration date on your magazine label. You may cancel anytime and receive a refund of unserved issues. If a title ceases, it will be replaced with one of equal or greater value. We hope you enjoy your selections and look forward to serving you in the future.

Do you have suggestions or comments? The space provided on the response card is for you to tell us how we might improve our service. If you have no comments today, please recycle this card. Thank you again.

Subscription ID: # 0330-541-095-3          ▼ Detach and return by mail ▼          Q3RNV7

|||""||"||'|'||'|'||||''||'|'|'|'|''||||

BUSINESS REPLY MAIL

FIRST-CLASS MAIL    PERMIT NO. 9920    SALT LAKE CITY, UT

POSTAGE WILL BE PAID BY ADDRESSEE

PROCESSING CENTER
P.O. Box 30477
Salt Lake City, UT 84130-9806

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

Your comments on how we can improve:
(Otherwise please recycle this card.)

Customer ID 0003-243-580-30

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
SYN-0000046

# Farrell Exhibit B

CONFIDENTIAL

SYN-0115711

# Special Customer Communication



**We guarantee a hassle-free subscription.** You'll never miss an issue. No bills, reminders or publisher renewal notices, and no telemarketing calls. We do the work for you by automatically extending your subscription each year for as long as you want your selections.

**We guarantee to send you advance notice every year about your next subscription period and rates.** We will send a notice that spells out: what your rate is, your number of issues and when

your credit card will be charged. If you don't wish to continue, you can simply cancel before your new term begins.

**We guarantee you uninterrupted service.** As a Valued Subscriber, we guarantee you outstanding customer communication.

**We guarantee your right to cancel anytime.** You'll receive a full refund for all unserved issues. As long as you're 100% satisfied, do nothing. Your subscription will continue as described.

**SEE INSIDE FOR DETAILS.**

02V7

A 0071 74103 V11 9000004   RN 012908-6804-TR6

John Q. Sample
123 Any Street
Anytown, US 01234-5678

PRESORTED
First Class Mail
U.S. Postage
**PAID**
NSS LLC

NewSub Magazine Services LLC
C/O Processing Center
PO Box 30468
Salt Lake City, UT 84130

Thank you for being a valued customer. We hope you have been enjoying your service, as your complete satisfaction is our ultimate goal.

For your convenience, Magazine Direct will continue to ensure that you don't receive extra unwanted mail – the multiple renewal notices and bills that normally come with a subscription. The order you previously placed through Cheaper Than Dirt to receive magazines will continue for the next term of issues using the credit card you previously provided for your selections and will be charged for U.S. News & World Report, at $48 for 53 issues, for Money, at $40 for 12 issues. If you do not wish to continue, call 800 586 2209 by Mar 15 and no charge will appear. As long as you are satisfied, your selections will continue through our open-ended, customer-friendly subscription method - continuous service. Of course, we will always send you a courtesy reminder before you are ever billed to ensure your satisfaction. See reverse side for details and important guarantees. Remember, you can always look for the expiration date on your magazine label. You may cancel anytime and receive a refund for unserved issues. If a title ceases, it will be replaced with one of equal or greater value. We hope you enjoy your selections and look forward to serving you in the future.

Do you have suggestions or comments? The space provided on the response card is for you to tell us how we might improve our service. If you have no comments today, please recycle this card. Thank you again.

74103 V11 9000004

Subscription ID: # 9999-999-999-9          ▼  Detach and return by mail  ▼          Q3RNV10

||||""||""||'|||'|||'||'||'|''||'''|'''||



Salt Lake City, UT 84130-9806
P.O. Box 30477
PROCESSING CENTER

POSTAGE WILL BE PAID BY ADDRESSEE

FIRST-CLASS MAIL    PERMIT NO. 9920    SALT LAKE CITY, UT

**BUSINESS REPLY MAIL**

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

(Otherwise please recycle this card.)
Your comments on how we can improve:

Customer ID 9999-999-999-99

# **Farrell Exhibit C**

Customer ID 9399-999-999-99
Your comments on how we can improve:
(Otherwise discard this card)

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL PERMIT NO. 10053 SALT LAKE CITY UT

POSTAGE WILL BE PAID BY ADDRESSEE

**MAGAZINE PROCESSING CENTER**
**PO BOX 30477**
**SALT LAKE CITY UT 84130-9806**

Subscription ID: # 9999-899-999-0 Q3RWV1

**Magazine Subscription Savings Report**

| Magazine Title | No. of Issues | Cover Price | Your Price |
|---|---|---|---|
| PC World | 12 | $83.88 | $15.00 |

Welcome to our Magazine Program. It's our pleasure to bring you valuable subscription opportunities and promotions.

You recently placed an order through JCPenney Catalog where you accepted our offer to receive magazines which includes two months FREE. If they have not arrived already, you will receive you magazines shortly. For the next term of issues the credit card you previously provided for your selections will be charged annually for PC World, at $15 for 12 issues. If you wish to discontinue, call by Jan 22 and no charge will appear. As long as you are satisfied, your selections will continue through our open-ended, customer-friendly subscription method - continuous service. Of course, we will always send you a courtesy reminder before you are ever billed to ensure your satisfaction. See reverse side for details and important guarantees. We hope you enjoy your selections and look forward to serving you this coming year.

Do you have suggestions or comments? The space provided on the response card is for you to tell us how we might improve our service. If you have no comments today, please recycle this card. Thank you again.

## Magazine Subscription Savings Report



**1. We guarantee a hassle-free subscription.** You'll never miss an issue. No bills, reminders, or publisher renewal notices, and no telemarketing calls. We do the work for you, by automatically extending your subscription each year for as long as you want your selections.

**2. We guarantee to send you advance notice every year** about your next subscription period and rates. We will send a notice that spells out: what your guaranteed low rate is, your number of issues, and when your credit card will be charged. If you

don't wish to continue, you can simply cancel before your new term begins.

**3. We guarantee you outstanding savings.** As a Valued Subscriber, we guarantee you substantial savings off the cover price.

**4. We guarantee your right to cancel at anytime.** Just call 800 641 3404. That's all there is to it. You'll receive a full refund for all unserved issues. As long as you're 100% satisfied, do nothing. Your subscription will continue as described.

**SEE INSIDE FOR DETAILS.**

02Y1

Kelly Thompson
Synapse Group, Inc.
Four High Ridge Park
Stamford, CT 06905-1325

PRESORTED
First-Class Mail
U.S. Postage
**PAID**
NSS LLC

Magazine Direct, Inc.
C/O Magazine Processing Center
P.O. Box 30468
Salt Lake City, UT 84130

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
D 0038731

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

SYN-0039955

# **<u>Farrell Exhibit D</u>**

SYN-0115709

CONFIDENTIAL

## Special Customer Communication

**We guarantee a hassle-free subscription.** You'll never miss an issue. No additional bills or reminders. We do the work for you by automatically extending your subscription each year for as long as you want your selections.

**We guarantee to send you advance notice every year about your next continuous-service subscription period and rates.** We will send a notice that spells out: your rate, your number of issues and when your credit card will be charged. If you don't wish to continue, you can simply cancel before your new term begins.

**We guarantee you uninterrupted service.** As a Valued Subscriber, we guarantee you outstanding customer service.

**We guarantee your right to cancel anytime.** Just call 800 586 2209. That's all there is to it. You'll receive a refund for all unserved issues. As long as you're 100% satisfied, do nothing. Your subscription will continue as described.

Q2V12

 Moving?

Not a problem. We'll make sure you don't miss a single issue of your favorite magazines. It's one of the benefits of being a subscriber. Just complete and return the form below:

_____
Name

_____
New Address

_____

_____
City                          State/Zip

**SEE INSIDE FOR DETAILS.**

A 0071 74109 V11 9000003   RN 012808-8804-TRG.

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
John Q. Sample
123 Any Street
Anytown, US 01234-5678

**Information regarding your current subscription service is enclosed.**

NewSub Magazine Services LLC
C/O Processing Center
PO Box 30468
Salt Lake City, UT 84130

PRESORTED
First Class Mail
U.S. Postage
**PAID**
NSS LLC

# **<u>Farrell Exhibit E</u>**

SYN-0115699
CONFIDENTIAL

## Special Customer Communication

**We guarantee a hassle-free subscription.** You'll never miss an issue. No bills, multiple reminders, publisher renewal notices and no telemarketing calls. We do the work for you by automatically extending your subscription period each year for as long as you want your selections.

**We guarantee to send you advance notice every year about your next subscription period and rates.** We will send a notice that spells out: your rate, your number of issues and when your American Express® Card will be charged. If you don't wish to continue, you can simply cancel before your new term begins.

**We guarantee you uninterrupted service.** As a valued subscriber, we guarantee you outstanding customer service.

**We guarantee your right to cancel anytime.** Just call 888 644 3560. That's all there is to it. You'll receive a full refund for all unserved issues. As long as you're 100% satisfied, do nothing. Your subscription period will continue as described.

Q2V13   **SEE INSIDE FOR DETAILS REGARDING YOUR MAGAZINE SUBSCRIPTION.**



## Moving?

Not a problem. We'll make sure you don't miss a single issue of your favorite magazines. It's one of the benefits of being a subscriber. Just complete and return the form below:

Name

New Address

City                        State/Zip

A 0006 64403 V01 9000133 AM FN 122205-1212S-4696

ɪʰɪ'ıʰɪʰɪʰɪɪ'ʰɪɪʰɪʰɪɪ'ʰɪɪʰɪɪʰɪɪʰɪɪʰɪɪʰɪɪʰɪɪ'ʰɪ

John Q. Sample
123 Any Street
Anytown, US 01234-5678

P.O. Box 30468
Salt Lake City, UT 84130



PRESORTED
First Class Mail
U.S. Postage
PAID
NSS LLC

SYN-011570O

CONFIDENTIAL

Thank you for being a valued American Express VIP Subscriber. We hope you have been enjoying your service, as your complete satisfaction is our ultimate goal.

The offer you previously accepted through American Express to receive magazines will continue for the next term of issues using the credit card you previously provided for your selections and will be charged annually for SmartMoney, at $28 for 12 issues. If despite our efforts you should find a better price, please notify us during your subscription period and we'll promptly credit your account the difference between the amount you paid and the amount at which the subscription is available to the general public. If you do not wish to continue, call 888 844 3560 by Feb 10 and no charge will appear. As long as you are satisfied, your selections will continue through our open-ended, customer-friendly subscription method – continuous service, automatically billed to your American Express® Card. Of course, we will always send you a courtesy reminder before you are ever billed to ensure your satisfaction. For your convenience, we will continue to ensure that you don't receive extra unwanted mail – the multiple renewal notices and bills that normally come with a subscription period. See reverse side for details and important guarantees. Remember, you can always look for the expiration date on your magazine label. You may cancel anytime and receive a refund for unserved issues. We hope you enjoy your selections and look forward to serving you in the future.

Do you have suggestions or comments? The space provided below is for you to tell us how we might improve our service. If you have no comments today, please recycle this card. Thank you again.

Subscription ID: # 9999-999-999-9        ▼ Detach and return by mail ▼        Q3RNV13

BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 10053    SALT LAKE CITY, UT

POSTAGE WILL BE PAID BY ADDRESSEE

PROCESSING CENTER
P.O. Box 30477
Salt Lake City, UT 84130-9806

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

Customer ID 9999-999-999-99

Your comments on how we can improve
(Otherwise please recycle this card.)



# Farrell Exhibit F

Synapse Retail Ventures, Inc.
C/O Processing Center
PO Box 30468
Salt Lake City, UT 84130

PRESORTED
First Class Mail
U.S. Postage
**PAID**
NSS LLC

Ushma DeSai
Apt. 72B
109 Mountain Lake Rd.
Belvidere, NJ  07823-2543

A 0148 68928 V11 0042738   RN 072307-51229-23497

02414

**SEE INSIDE FOR DETAILS.**

We guarantee you outstanding customer service.
Subscriber. We guarantee you uninterrupted service. As a Valued

new term begins.
you don't wish to continue, you can simply cancel before your
your number of issues and when your card will be charged. If
and rates. We will send a notice that spells out: your rate,
about your next continuous-service subscription period
We guarantee to send you advance notice every year

long as you want your selections.
automatically extending your subscription each year for as
no telemarketing calls. We do the work for you by
an issue. No bills, reminders, publisher renewal notices and
We guarantee a hassle-free subscription. You'll never miss

# Special Customer Communication

complete and return the form below.
one of the benefits of being a subscriber. Just
a single issue of your favorite magazines. It's
Not a problem. We'll make sure you don't miss

# Moving?



Name

New Address

City                                          State/Zip

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Thank you for being a valued customer. We hope you have been enjoying your service, as your complete satisfaction is our ultimate goal.

For your convenience, we will continue to ensure that you don't receive extra unwanted mail -- the multiple renewal notices and bills that normally come with a subscription. The offer you previously accepted through F.Y.E. to receive magazines will continue for the next term of issues using the card you previously provided for your selections. It will be charged on the date below and for ESPN the Magazine, at $24 for 26 issues, for Spin, at $20 for 12 issues, for Maxim, at $24 for 12 issues. If you do not wish to continue, call 866 560 9273 by Sep 10 and no charge will appear. As long as you are satisfied, your selections will continue through our open-ended, customer-friendly subscription method – continuous service. Of course, we will always send you a courtesy reminder before you are ever charged to ensure your satisfaction. See reverse side for details and important guarantees. Remember, you can always look for the expiration date on your magazine label. You may cancel anytime and receive a refund of unserved issues. If a title ceases, it will be replaced with one of equal or greater value. We hope you enjoy your selections and look forward to serving you in the future.

If you believe you may have given us a debit card for your service, read this: Our records show that at the time you accepted your magazine offer, you provided a credit card ending in 8028. If our records are correct, no action is necessary and you will continue to receive all of your continuous service benefits. However, if you provided a debit card, please sign and return the attached card. By doing so, you authorize Synapse Retail Ventures, Inc. to debit the amount(s) shown above from your account for the stated term and future terms as described on our renewal notices to you, which you will always receive before your account is debited. You can cancel at any time for a refund of unserved issues. Please keep this card for your records.

Subscription ID: # 0363-517-810-5          ▼ Detach and return by mail ▼          Q3RNV12

||ı||ıı||ıl||ııı|ı|ıı||ıl|ıl||ıı||ıl|l|ıl|

SALT LAKE CITY UT 84130-9928
P.O. BOX 30465
PROCESSING CENTER
POSTAGE WILL BE PAID BY ADDRESSEE

FIRST-CLASS MAIL   PERMIT NO. 9920   SALT LAKE CITY, UT

# BUSINESS REPLY MAIL

Q4V2



X
Signature required.

By signing and returning this card, I authorize
Synapse Retail Ventures, Inc. to charge the debit
card indicated below the rate(s) shown above, for the
annual renewal term and future terms as described on
annual notices that will be sent to me before any
account is debited until I tell you to stop. I can
cancel at any time for a refund of unserved issues.

Order ID 0363-517-810-5

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

SYN-0140739

# **Farrell Exhibit G**

| ORDER_ID | LINE_ITEM | PROD_DESC | SENT TO LETTERSHOP DATE |
|---|---|---|---|
| 192953630 | 1 | SKATEBOARDER | 2/6/2002 |
| 192953630 | 2 | CONSUMER REPORTS | 2/6/2002 |
| 192953630 | 3 | PRESCHOOL PLAYROOM | 2/6/2002 |
| 271969175 | 3 | PRESCHOOL PLAYROOM | 11/24/2004 |
| 281615140 | 1 | SKATEBOARDER | 11/24/2004 |
| 354194330 | 1 | MAXIM | 3/22/2006 |
| 354194330 | 2 | ESPN THE MAGAZINE | 3/22/2006 |
| 356905015 | 1 | NATIONAL GEOGRAPHIC MAGAZINE | 4/19/2006 |
| 356972625 | 1 | NATIONAL GEOGRAPHIC MAGAZINE | 4/19/2006 |
| 357969470 | 1 | ROLLING STONE | 4/26/2006 |
| 357969470 | 2 | NEWSWEEK | 4/26/2006 |
| 357969470 | 3 | TEEN PEOPLE | 4/26/2006 |
| 363517810 | 1 | ESPN THE MAGAZINE | 6/21/2006 |
| 363517810 | 2 | SPIN | 6/21/2006 |
| 363517810 | 3 | MAXIM | 6/21/2006 |
| 364554110 | 1 | VIBE | 6/28/2006 |
| 399494435 | 1 | HER SPORTS + FITNESS | 3/21/2007 |
| 399494435 | 2 | SHAPE | 3/21/2007 |
| 399494435 | 3 | FITNESS | 3/21/2007 |
| 409164260 | 1 | KIPLINGER'S PERSONAL FINANCE MAGAZINE | 6/27/2007 |
| 409164260 | 2 | BUSINESSWEEK | 6/27/2007 |
| 409164260 | 3 | NEWSWEEK | 6/27/2007 |
| 409164260 | 4 | WEEKLY WORLD NEWS | 6/27/2007 |
| 409164260 | 5 | U.S. NEWS & WORLD REPORT | 6/27/2007 |
| 409164260 | 6 | TIME | 6/27/2007 |
| 107721015 | 1 | SESAME STREET | 2/21/2001 |
| 107721015 | 2 | FAMILY CIRCLE | 2/21/2001 |
| 107721015 | 2 | FAMILY CIRCLE | 2/6/2002 |
| 107721015 | 2 | FAMILY CIRCLE | 3/5/2003 |
| 107721015 | 2 | FAMILY CIRCLE | 3/3/2004 |
| 107721015 | 2 | FAMILY CIRCLE | 5/4/2005 |
| 107721015 | 2 | FAMILY CIRCLE | 5/3/2006 |
| 107721015 | 3 | FAMILY MONEY | 2/21/2001 |
| 107721015 | 4 | FAMILYPC | 2/21/2001 |
| 192953630 | 1 | SKATEBOARDER | 12/18/2002 |
| 192953630 | 1 | SKATEBOARDER | 12/3/2003 |
| 192953630 | 2 | CONSUMER REPORTS | 12/18/2002 |
| 192953630 | 2 | CONSUMER REPORTS | 12/3/2003 |
| 192953630 | 3 | PRESCHOOL PLAYROOM | 12/18/2002 |
| 192953630 | 3 | PRESCHOOL PLAYROOM | 12/3/2003 |
| 232192515 | 1 | ELECTRONIC GAMING MONTHLY | 8/20/2003 |
| 232192515 | 1 | ELECTRONIC GAMING MONTHLY | 8/18/2004 |
| 232192515 | 2 | PRESCHOOL PLAYROOM | 8/20/2003 |
| 232192515 | 2 | PRESCHOOL PLAYROOM | 8/18/2004 |
| 232192515 | 3 | BUDGET LIVING | 8/20/2003 |
| 232192515 | 3 | BUDGET LIVING | 8/18/2004 |
| 236902825 | 1 | PRESCHOOL PLAYROOM | 9/24/2003 |
| 236902825 | 1 | PRESCHOOL PLAYROOM | 9/29/2004 |
| 281615140 | 1 | SKATEBOARDER | 11/30/2005 |
| 281615140 | 1 | SKATEBOARDER | 11/29/2006 |
| 281615140 | 1 | SKATEBOARDER | 11/28/2007 |
| 312140660 | 1 | PRESCHOOL PLAYROOM | 6/8/2005 |
| 312140660 | 1 | PRESCHOOL PLAYROOM | 8/9/2006 |
| 326854340 | 1 | READER'S DIGEST | 3/15/2006 |
| 326854340 | 1 | READER'S DIGEST | 5/16/2007 |
| 326854340 | 3 | FAMILY CIRCLE | 3/15/2006 |

CONFIDENTIAL

| | | |
|---|---|---|
| 326854340 | 3 FAMILY CIRCLE | 5/16/2007 |
| 326854340 | 4 ELECTRONIC HOUSE | 3/15/2006 |
| 326854340 | 4 ELECTRONIC HOUSE | 5/16/2007 |
| 326854345 | 1 GOURMET | 3/15/2006 |
| 326854345 | 1 GOURMET | 5/16/2007 |
| 326854345 | 2 SELF | 3/15/2006 |
| 326854345 | 2 SELF | 5/16/2007 |
| 354194330 | 1 MAXIM | 4/11/2007 |
| 354194330 | 2 ESPN THE MAGAZINE | 4/11/2007 |
| 356905015 | 1 NATIONAL GEOGRAPHIC MAGAZINE | 5/16/2007 |
| 363517810 | 1 ESPN THE MAGAZINE | 7/11/2007 |
| 363517810 | 2 SPIN | 7/11/2007 |
| 363517810 | 3 MAXIM | 7/11/2007 |
| 364554110 | 1 VIBE | 7/25/2007 |
| 365981420 | 1 STUFF | 5/9/2007 |
| 365981420 | 2 NATIONAL GEOGRAPHIC ADVENTURE | 5/9/2007 |
| 365981420 | 3 TIME | 5/9/2007 |
| 368868230 | 1 POPULAR MECHANICS | 5/30/2007 |

CONFIDENTIAL

| Mail Date | Bill Date | LAST_NAME | FIRST_NAME | LETTER |
|-----------|-----------|-----------|------------|--------|
| 2/19/2002 | 4/23/2002 | SILVER | JULIE | ORDER ACK |
| 2/19/2002 | 4/23/2002 | SILVER | JULIE | ORDER ACK |
| 2/19/2002 | 4/23/2002 | SILVER | JULIE | ORDER ACK |
| 12/20/2004 | 12/26/2004 | SILVER | JULIE | ORDER ACK |
| 12/20/2004 | 2/1/2005 | SILVER | JULIE | ORDER ACK |
| 4/16/2006 | 6/14/2006 | AUSTIN | THEODORE | ORDER ACK |
| 4/16/2006 | 6/14/2006 | AUSTIN | THEODORE | ORDER ACK |
| 5/12/2006 | 7/10/2006 | AUSTIN | THEODORE | ORDER ACK |
| 5/12/2006 | 7/11/2006 | AUSTIN | THEODORE | ORDER ACK |
| 5/19/2006 | 7/22/2006 | DYNKO | JULIE | ORDER ACK |
| 5/19/2006 | 7/22/2006 | DYNKO | JULIE | ORDER ACK |
| 5/19/2006 | 7/22/2006 | DYNKO | JULIE | ORDER ACK |
| 7/7/2006 | 9/15/2006 | DESAI | USHMA | ORDER ACK |
| 7/7/2006 | 9/15/2006 | DESAI | USHMA | ORDER ACK |
| 7/7/2006 | 9/15/2006 | DESAI | USHMA | ORDER ACK |
| 7/18/2006 | 9/24/2006 | DESAI | USHMA | ORDER ACK |
| 4/3/2007 | 6/12/2007 | DEMETRIOU | DANIELLE | ORDER ACK |
| 4/3/2007 | 6/12/2007 | DEMETRIOU | DANIELLE | ORDER ACK |
| 4/3/2007 | 6/12/2007 | DEMETRIOU | DANIELLE | ORDER ACK |
| Wrap Record - OC Amex | | NOVAK | STEVE | ORDER ACK |
| Wrap Record - OC Amex | | NOVAK | STEVE | ORDER ACK |
| Wrap Record - OC Amex | | NOVAK | STEVE | ORDER ACK |
| Wrap Record - OC Amex | | NOVAK | STEVE | ORDER ACK |
| Wrap Record - OC Amex | | NOVAK | STEVE | ORDER ACK |
| Wrap Record - OC Amex | | NOVAK | STEVE | ORDER ACK |
| | *Redacted* | | | |
| 3/19/2002 | 4/5/2002 | SILVER | JULIE | RENEWALS |
| 3/25/2003 | 5/5/2003 | SILVER | JULIE | RENEWALS |
| 3/22/2004 | 5/4/2004 | SILVER | JULIE | RENEWALS |
| 5/16/2005 | 7/3/2005 | SILVER | JULIE | RENEWALS |
| 5/17/2006 | 7/3/2006 | SILVER | JULIE | RENEWALS |
| | *Redacted* | | | |
| 1/7/2003 | 2/17/2003 | SILVER | JULIE | RENEWALS |
| 12/19/2003 | 2/2/2004 | SILVER | JULIE | RENEWALS |
| 1/7/2003 | 2/17/2003 | SILVER | JULIE | RENEWALS |
| 12/19/2003 | 2/2/2004 | SILVER | JULIE | RENEWALS |
| 1/7/2003 | 2/17/2003 | SILVER | JULIE | RENEWALS |
| 12/19/2003 | 2/2/2004 | SILVER | JULIE | RENEWALS |
| 9/11/2003 | 10/20/2003 | DYNKO | JULIE | RENEWALS |
| 9/2/2004 | 10/19/2004 | DYNKO | JULIE | RENEWALS |
| 9/11/2003 | 10/20/2003 | DYNKO | JULIE | RENEWALS |
| 9/2/2004 | 10/19/2004 | DYNKO | JULIE | RENEWALS |
| 9/11/2003 | 10/20/2003 | DYNKO | JULIE | RENEWALS |
| 9/2/2004 | 10/19/2004 | DYNKO | JULIE | RENEWALS |
| 10/9/2003 | 11/28/2003 | DYNKO | JULIE | RENEWALS |
| 10/14/2004 | 11/27/2004 | DYNKO | JULIE | RENEWALS |
| 12/15/2005 | 2/1/2006 | SILVER | JULIE | RENEWALS |
| 12/13/2006 | 2/1/2007 | SILVER | JULIE | RENEWALS |
| 12/13/2007 | 2/1/2008 | SILVER | JULIE | RENEWALS |
| 6/24/2005 | 8/11/2005 | SILVER | JULIE | RENEWALS |
| 8/23/2006 | 10/10/2006 | SILVER | JULIE | RENEWALS |
| 3/30/2006 | 5/17/2006 | NOVAK | STEVE | RENEWALS |
| 5/29/2007 | 7/16/2007 | NOVAK | STEVEN | RENEWALS |
| 3/30/2006 | 5/17/2006 | NOVAK | STEVEN | RENEWALS |

CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| 5/29/2007 | 7/16/2007 | NOVAK | STEVEN | RENEWALS |
| 3/30/2006 | 5/17/2006 | NOVAK | STEVEN | RENEWALS |
| 5/29/2007 | 7/16/2007 | NOVAK | STEVEN | RENEWALS |
| 3/30/2006 | 5/17/2006 | NOVAK | STEVEN | RENEWALS |
| 5/29/2007 | 7/16/2007 | NOVAK | STEVEN | RENEWALS |
| 3/30/2006 | 5/17/2006 | NOVAK | STEVEN | RENEWALS |
| 5/29/2007 | 7/16/2007 | NOVAK | STEVEN | RENEWALS |
| 4/23/2007 | 6/9/2007 | AUSTIN | THEODORE | RENEWALS |
| 4/23/2007 | 6/9/2007 | AUSTIN | THEODORE | RENEWALS |
| 5/26/2007 | 7/14/2007 | AUSTIN | THEODORE | RENEWALS |
| 7/23/2007 | 9/10/2007 | DESAI | USHMA | RENEWALS |
| 7/23/2007 | 9/10/2007 | DESAI | USHMA | RENEWALS |
| 7/23/2007 | 9/10/2007 | DESAI | USHMA | RENEWALS |
| 8/9/2007 | 9/26/2007 | DESAI | USHMA | RENEWALS |
| 5/22/2007 | 7/7/2007 | BARE | ROD | RENEWALS |
| 5/22/2007 | 7/7/2007 | BARE | ROD | RENEWALS |
| 5/22/2007 | 7/7/2007 | BARE | ROD | RENEWALS |
| 6/8/2007 | 7/28/2007 | BARE | ROD | RENEWALS |

CONFIDENTIAL

# Farrell Exhibit H

Welcome to our Magazine Program. It's our pleasure to bring you valuable subscription opportunities and promotions.

You recently accepted an offer through Citgo Petroleum Corp to receive magazines which includes two months FREE. If they have not arrived already, you will receive your magazines shortly. The credit card you previously provided for your selections was charged for Men's Health, at $25 for 10 issues, for Better Homes and Gardens, at $22 for 12 issues, for This Old House, at $20 for 10 issues. Unfortunately, due to a processing error, the above charge(s) were processed prior to our notifying you. If you wish to discontinue, call 800-586-5294 by Apr 7 for a full refund. Otherwise, your selections will continue through our open-ended, customer-friendly subscription method – continuous service. We hope you enjoy your selections and look forward to serving you this coming year.

Subscription ID: # 0382-115-015-2

Q3RWV4A

**BUSINESS REPLY MAIL**

FIRST-CLASS MAIL    PERMIT NO. 9920    SALT LAKE CITY, UT

POSTAGE WILL BE PAID BY ADDRESSEE

PROCESSING CENTER
P.O. Box 30477
Salt Lake City, UT 84130-9806

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

Your comments on how we can improve:
(Otherwise please recycle this card.)

Customer ID 0003-719-941-90

Received 6/10/07



CONFIDENTIAL

SYN-0090188

**Synapse Group, Inc.**
225 High Ridge Road, East Building
Stamford, CT 06905

David B Dombrowski
1130 Cambridge Rd
Berkley, MI 48072 1936

Dear Mr Dombrowski,

Our records show that you responded to a magazine offer that was included in a grocery purchase last year. This offer provided you the opportunity to receive a full year of up to 4 magazines for no additional charge.

Subsequent to your acceptance of our magazine offer, our records show you chose to participate in our automatic renewal program, by responding to a letter we sent you and paying a small processing fee. This program allowed you to automatically continue receiving your selections after the first year using the account supplied for your processing fee unless you cancelled.

Prior to the end of your first year, you were supposed to have received a notice from us informing you of the amount and date of the first renewal charge. Unfortunately, due to a processing error, this notice was not sent. As a result, you were charged for the first magazine renewal in your original subscription order, PSYCHOLOGY TODAY, $21.00 on 3/9/2006.

Upon learning of this error, we immediately processed a credit to your account for this charge. For your convenience, we have rescheduled the charge for this selection, as well as those for your other magazine selections, as described below. Should you wish to cancel any of these upcoming renewals, please follow the stated directions. Otherwise, your selections will continue each year as previously agreed. If you incurred any fees from your bank as a result of the charge referenced above, please send us a copy of this letter and a copy of your bank statement showing the charge and the fees to Synapse Group, Inc., Att: Customer Service, 225 High Ridge Road, East Building, Stamford, CT 06905, or by facsimile to 954-623-4621.

The new renewal charge schedule for your next term is as follows:

| Magazine | Billing Date | Amount |
|---|---|---|
| PSYCHOLOGY TODAY | June 2, 2006 | $21.00 |
| TEEN PEOPLE | April 27, 2006 | $20.00 |
| WOMAN'S DAY | May 4, 2006 | $20.00 |
| SMITHSONIAN | May 11, 2006 | $36.00 |

If you wish to cancel any or all of these titles call 1-877-238-8477 before the charge date(s) above and our customer service center will be happy to assist you.

We apologize for any inconvenience we have caused and hope you will remain a customer of ours.

Sincerely,

*Customer Service*

CONFIDENTIAL

SYN-0090335