Geoffrey W. Castello (GC 1509)
Lauri A. Mazzuchetti (LM 8035)
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900
Attorneys for Defendant
Synapse Group, Inc

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CHARLES T. MCNAIR, | ) | |
| THEODORE AUSTIN; | ) | |
| DANIELLE DEMETRIOU; | ) | |
| USHMA DESAI; and | ) | |
| JULIE DYNKO, | ) | |
| on behalf of themselves and all | ) | |
| others similarly situated, | ) | |
| | ) | |
| Plaintiffs, | ) | Civ. Action No. 06-cv-5072 (JLL)(CCC) |
| | ) | |
| v. | ) | |
| | ) | |
| SYNAPSE GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DECLARATION OF CHRISTOPHER M. TYLER

Comes now Christopher M. Tyler, being of lawful age, and hereby declares as follows:

1.      My name is Christopher M. Tyler and I am employed by Synapse Group, Inc. ("Synapse") as Director of Retention Marketing. In this position, my responsibilities include the creation and implementation of Synapse's retention marketing programs, *i.e.*, programs focused on developing communications with existing customers in an effort to retain their business, through both Synapse's live operator call centers and its automated telephone system, or interactive voice recognition telephone system ("IVR"), and through the internet. I have been

assisting counsel during discovery for this litigation, and I have testified by deposition in this litigation. I have reviewed plaintiffs' brief and exhibits in support of class certification, and respectfully submit this declaration in support of Synapse's Opposition to Plaintiffs' Motion for Class Certification. I am over the age of twenty-one (21), and submit this declaration based on my personal knowledge, information and belief.

2.      Originally founded in 1991, Synapse is a leading independent provider of customer management and acquisition services for magazine publishers of consumer magazines in the United States. Synapse markets over 800 consumer magazine titles, including most of the 100 largest titles and over 200 business and trade publications. Synapse markets these magazine subscriptions through various marketing clients, including credit card issuers, catalogers, retailers, airlines, and internet companies. Although our marketing promotions take various forms, the principle aim of the business is to bring magazine publishers and potential subscribers together by promoting trial offers that might evolve into long-term subscriptions that Synapse manages under contracts with publishers and subscribers.

3.      Synapse is a wholly-owned subsidiary of Time Inc.. Based in Stamford, Connecticut, Synapse has approximately 250 full-time employees. Synapse was named a Best Medium Size Company to Work for in America by the Great Place to Work Institute and the Society for Human Resource Management in 2004 and 2005. In 2005, Synapse received the Corporate Leadership Award for its community involvement and a Stevie Award from the American Business Association.

4.      Most, although not all, of Synapse-generated magazine subscriptions are offered under a "continuous service" plan, that is a magazine subscription model on which Synapse obtained a United States patent in 1999. Similar in some ways to standard newspaper, cable and

2

other media subscriptions, a "continuous service" magazine subscription is one that does not expire at the conclusion of an applicable subscription term but is ongoing until the customer cancels it. Unless the customer cancels the subscription, it is renewed and Synapse bills an account that the customer provided with her initial magazine order. While Synapse provides advance notice of upcoming renewal charges so that customers may cancel, customers remain free to cancel subscriptions after renewal charges have been paid, at any time, for a complete or pro-rated refund. Whether a total or pro-rated refund is given depends on the promotion at issue or timing of cancellation request.

5.    The Synapse continuous service model is a form of "Advance Consent Marketing" – defined by the Magazine Publishers Association ("MPA") as "any type of arrangement whereby the consumer consents in advance to receive and pay for goods or services in the future. The primary forms of advance consent marketing are free trial offers, continuity programs and automatic renewals." *See* MPA's "Free, Free Trial Risk Free and Other Advanced Consent Marketing Techniques," Oct. 2004 (attached hereto as Exhibit "A"). This type of plan has been recognized as a way to build long-term relationships with subscribers. As noted by the MPA, properly administered advance consent marketing programs provide "many benefits to subscribers including simple convenient renewals, fewer notices, desirable pricing, and uninterrupted delivery of the magazine." *See* FTC Negative Option Workshop Comment P064204 (attached to Plaintiff's Brief as Pl's Ex. "1").

6.    To market magazine titles in this manner, Synapse obtains publisher authorizations on a periodic basis to promote certain titles for a specified time period, under specified conditions and at specified prices. Publishers authorizing Synapse to market their magazines do so through written agreements specifying the terms of the authorization, including

the program/promotion through which the magazine(s) will be offered and the agreed upon "remit percentage," or rate at which Synapse pays the publisher as a percentage of the promoted offer price. Each authorization is separately negotiated and, in sum, the agreements dictate what magazines Synapse is authorized to sell and various parameters for the types of promotional offers Synapse is authorized to make.

7.     Once Synapse has obtained publisher authorizations to market particular titles during a specified time, Synapse works with marketing clients in a variety of distribution channels to present promotional magazine offers directly to consumers. These marketing clients include a variety of businesses, including (a) retailers presenting Synapse offers in store, online, direct mail, or telephone environments; (b) credit card companies presenting offer brochures with monthly billing statements or other promotional mailings; (c) airlines or other companies with customer rewards programs that offer promotional subscriptions as part of those programs (e.g., "Miles for Magazines"); and (d) other ecommerce and on-line marketers -- like Bizrate.com, Adteractive and Active.com -- that offer Synapse promotions as part of different post-sale surveys and rewards programs for their on-line retailer clients.

8.     Separate arrangements between Synapse and these marketers often dictate the types of promotions and services that Synapse provides to the marketers' customers. Synapse marketing clients usually negotiate or retain right of prior approval for the presentation of promotional and fulfillment materials, including renewal postcards, and sometimes require certain functionality, including response times, for their customers calling into the Synapse interactive voice response ("IVR") telephone system or live operator customer service centers.

9.     The interaction of Synapse's various publisher and marketing arrangements determines the type of magazine offer presented to a particular customer during a particular

promotion. For example, a customer purchasing in a retail store such as F.Y.E. will be presented with a Synapse promotional offer by a store clerk trained to provide promotional literature detailing the offer and disclosing continuous service aspects of the offer, while an on-line consumer presented with a Synapse offer will be presented with a "click-through" screen detailing the Synapse offer and continuous service terms. *See, e.g.,* F.Y.E. Promotional Brochure (Exhibit "B"); Active.com offer presented to Plaintiff Demetriou ( Exhibit "C").

10.    How a Synapse promotional offer is accepted also can differ from customer to customer, depending on promotion parameters and the marketing channel at issue. For example, customers who accept offers on the internet will usually be required to affirmatively check a box confirming their acceptance of the terms of the offer and their credit card account information. Customers responding to in-statement offers may be directed to mail in acceptance forms or be directed to an internet website or toll-free telephone number. Offers accepted in-store are typically processed by the attending store clerk and confirmed by signature on a receipt or other form detailing the offer terms. In every case, the continuous service system is explained in the offer. Customers are informed that at the end of the trial/promotional period, they will be sent a notice with an option to cancel and instruction that if they do not cancel, their magazine subscription will renew and their credit card will be charged at the rate specified in the notice.

11.    Upon acceptance of an on-line Synapse magazine promotional offer, an order confirmation email is usually sent to the customer which confirms her order, the amount paid for each magazine ordered (*e.g.*, $2.00 processing and handling, or "P&H" charges), and a URL address to which customer questions or comments can be submitted (http://xp3.mybonuscenter.com/ixp/cust_service_email.tmpl?afk=03257896). Any P&H charges will appear on the customer's credit card or bank statement directing inquiries to a toll-free

5

telephone number. Customers calling the numbers provided on billing statements have the option to transact their business in the IVR or press "0" to speak with a telephone sales representative.

12. As explained to the customer in the initial offer, the customer will receive a notice of their upcoming magazine renewal charge prior to each and every billing event. The pre-bill notice provides a toll-free number that the customer may call if they wish to cancel a magazine subscription before a renewal charge is incurred. There are numerous toll-free numbers provided to customers depending upon the promotion and the marketing client through which the customer ordered. Each number is routed into Synapse's IVR.

13. Order acknowledgement cards include a general customer service telephone number, and renewal cards use a number that presumes a caller initially wants to cancel. What the customer hears at the beginning of the call depends on the number dialed and the marketing client through which the customer purchased magazines. The IVR presents customers calling numbers provided on the renewal notices with an immediate prompt: "are you calling to cancel a magazine?" Callers calling the numbers provided on billing statements are given a number of options, one of which is "cancel." No matter how the caller indicates that they are calling to cancel, the IVR will attempt to retain the customer's business by presenting several offers that Synapse believes may be of value to its customers. There are hundreds of diverse retention offers or "saves" that Synapse has employed in the IVR over the past eight years, including:

    a. "Script Saves": If the customer calls prior to the renewal charge, the "Script Save" quotes the remaining time until access to a refund expires, and asks the customer if they would like to use that time to get a few more magazines

6

before canceling, in hopes that the customer will do so and decide not to cancel;

b. "More Time":  If the customer calls prior to the renewal charge, the "More Time" save gives the caller a 60 day extension of time (from the call date) until access to a full refund expires, again in hopes that the customer will enjoy the extra issues and decide not to cancel;

c. "Premium Save":  If the customer rejects a "script save," or "more time" offer, Synapse offers a product (*e.g.*, a phone card, and travel mugs) as an inducement to keeping the subscription active.  The IVR typically offers a choice of three premium items;

d. "RDNC":  A "Refund Do-Not-Cancel" save allows customers to receive a refund (less a fee, such as one dollar for processing and handling) in exchange for agreeing to continue their current subscription.

14.    In addition to the foregoing retention offers, the Synapse IVR presents a variety of cancellation options so that subscribers may, for example, cancel immediately for a refund, cancel only future renewals, or cancel existing subscription terms but renegotiate a future subscription term.   Some of these cancellation options include the following:

a. "DNR":  If the customer has already been charged for a magazine renewal, the IVR will give the customer the option of canceling only future renewal subscriptions, so that the customer can continue to receive the subscription they already paid for.  This is known as a "Do Not Renew" or "DNR" cancel, and is offered in the IVR with a question such as: "Do you want me to cancel just your future charges so you can enjoy the remaining magazines you've

already paid for?"  Approximately 1 in 4 customers presented with a DNR

offer accept it;

b.  "CNO" or "Cancel New Order":  The CNO is an opportunity to re-negotiate

the subscription term and price.  With a CNO, Synapse offers to cancel the

customer's current-term subscription for a refund if the customer accepts

another offer.  If applicable to the particular magazine title and promotion at

issue, the IVR may state as follows:  "In retrieving your magazine information

we've determined that you are eligible for a special promotion for [magazine

name].  I can cancel your current subscription, refunding any money that is

due to you and then start you with [term] for just [price].  Like this

subscription your magazine will continue uninterrupted and we'll send you a

notice giving you an option to cancel future terms. Would you like to have me

immediately issue your refund and start your new term?"  Following a test

period, Synapse began offering the CNO in March 2005. Approximately 1 out

of every 6 customers presented with a CNO offer accept it.

*See* Pl's Ex. 7.  Attached hereto as Exhibit "D" is a true and correct copy of a Synapse business

record further describing certain retention offers.  Attached hereto as Exhibit "E" is a true and

correct copy of a Synapse business record reciting various different iterations of the CNO scripts

that have been used within the IVR.

15.    The following IVR script is an example of a "script save" used in the IVR:

"For this magazine, you were charged a nominal fee that covered the cost of
processing your subscription.  But you still have time until [next bill date] to
receive your magazines at no additional cost.  Do you want to take advantage of
the remaining time?"

8

This is *not* an example of an RDNC, and is not a cancellation option.  Other iterations of script saves used in the IVR have included:

> "You can get a few more issues if you call me before…[date]…Why not take advantage of this time and enjoy a few more issues?"
>
> and
>
> "I know you want to cancel today, but if you keep your magazine just a little longer, until …[date]…you'll still be eligible to get a full refund of your last charge.  All you need to do is call me on or before that date.  Do you want to take advantage of this?"

*See* Exhibit "F," *infra,* at SYN-0000019-20.

16.     The sequence of options/scripts presented in the IVR is not the same for each customer.  At any given time, there are literally hundreds of script "codes" in use in the IVR that a caller may hear, and exponentially more possible combinations of such script codes that can lead to cancellation of current-term and renewal subscriptions, a new order, refund, etc..  Attached hereto as Exhibit "F" is a true and correct copy of Synapse's "Retention User Interface," which details different retention codes that a caller may hear within the IVR.  Over the past eight years, new scripts and offers have continuously been created and used within the IVR.  In both the IVR and live operator environments, Synapse periodically introduces new retention scripts and sequences to meet client requirements or improve IVR performance on various criteria including retention and call duration.  Which combination of codes the caller hears depends on a number of factors including which script codes are in use at the time, the customer's original order date, the type of offer that the customer responded to, the magazine(s) that the customer subscribed to, different marketing client requirements, the customer's account history, including billing history and tenure, and – most importantly – how the caller responds to IVR prompts.  For example, only callers that are within a specific billing cycle period will be given a "more time" offer, or an offer of more time

to sample their magazine and still qualify for a full refund. Another example of targeted offers includes the "Refund Do Not Cancel" offer ("RDNC") that is made only to customers who subscribed to certain titles Also, customers who purchased through American Express were, at times, not eligible for premium saves. (*See* Pl's Exhibit "7").

17.     When a customer calls the IVR after being charged (by calling the number listed on the credit card statement) and enters the cancel branch, the IVR may presume (based on various data points) that they are calling to effect a cancellation of the current subscription and obtain a refund. When a caller does not accept any save attempts or choose a DNR cancel, a cancellation of the current-term subscription with be effected and a refund provided.

18.     Callers to Synapse's general customer service numbers (including numbers provided on billing statements) have the option to "zero out" to a live customer service representative.   Such callers are also automatically transferred to a live customer service representative in certain situations, such as if they "time out," *i.e.,* do not respond to prompts. Numbers designated on Synapse's pre-bill notices do not always provide the option to "zero out." IVR branches for numbers provided on order acknowledgement cards have a "zero out" option, while renewal notice numbers often, but not always, do not.  IVR branches for many, although not all, of the renewal notices provide a different, or "spin off," number for customers to call if they wish to speak to a live customer service representative.  Customers who purchased magazines through Chevron, American Express, JC Penney, Fingerhut, and Dell are always prompted with instructions about the option to speak to a live customer service representative when calling off of the pre-bill notice.

19.     On average, 70 percent of callers successfully terminate – *i.e.,* complete the desired transaction - within the IVR without to the need for a live customer service representative.

10

Attached hereto as Exhibit "G" is a Synapse IVR Weekly Summary for week ending 09/17/05, which showed that over 70 percent of calls to the IVR terminated successfully within the IVR. Synapse conducted an internal survey of customers in August and September of 2007 which revealed that 96.3 percent of its customers found the IVR's instructions easy to understand, and 93.7 percent found the call length acceptable. On a scale of 1-5, with 5 being the highest, Synapse customers rated the overall IVR experience at 4.17.

20.     On average, over 70 percent of all Synapse customers who call Synapse to cancel, do so. For example, in 2004, Synapse's save rate was 24 percent in the IVR and 14 percent with live customer service representatives, making an overall "save" performance of 18 percent. *See* Presentation dated May 10, 2004 (Exhibit "H"). In November of 2006, 31.7 percent of callers to numbers off of the renewal postcard who indicated initially that they were calling to cancel a magazine accepted a retention offer instead. During the same timeframe, 19.2 percent of callers to the general customer service number who indicated initially that they wanted to cancel (*i.e.*, by choosing the "cancel" option) accepted a retention offer, and 6.1 percent of callers who spoke to a live customer service representative and indicated that they wanted to cancel accepted a retention offer. *See* Comparative Retention Performance by System/App for Nov. 2006 (Exhibit "I").

21.     Renewal rates increase with the tenure or "life cycle" of Synapse's customers. Customers entering their third, fourth and fifth years with Synapse renew at higher and higher rates. *See* Chart of Synapse Overall Cancel Rate Over Time (Exhibit "J").

22.     Depending on the promotion rules applicable to a subscriber's initial order, customers calling after a charge has already occurred may cancel the subscription for which they have already been charged, in which case they receive a refund, or cancel only future

charges/future renewal subscriptions. With some exceptions, customers who cancel a subscription for which they have already been charged receive a full refund, but there are many different rules that might apply depending upon publisher and marketing client constraints. For example, full refunds may not be provided in the following circumstances:

      a.    The customer is in the first or second renewal term of his/her subscription and calls to cancel 60 days or more after being billed, or

      b.    The customer calls to cancel after his/her subscription has been renewed two or more times.

Customers who accepted certain promotional offers from specified marketing clients will always receive a full refund with a cancellation regardless of how much time on their subscription term has already lapsed.

      23.    Synapse provides millions of dollars in refunds each year, and has provided a total of over $727 million in refunds since 2000. Attached hereto as Exhibit "K" is a true and correct copy of excerpts from a Synapse customer service training document which further discusses Synapse's refund policies. Attached hereto as Exhibit "L" is a true and correct copy of a Synapse spreadsheet which provides total refund dollars provided by Synapse to customers by year.

      24.    If a customer incurs an overdraft fee directly as the result of a magazine charge, Synapse will reimburse the overdraft charges upon request. To receive an overdraft refund, the customer must fax or mail Synapse their bank account statement(s) including the Synapse charge and the running account balance before and after the Synapse charge occurred. Synapse will use this bank statement information to determine whether the Synapse charge actually caused the overdraft to occur. Specifically, Synapse determines the customer's balance before the Synapse charge "hit" the account, subtracts any subsequent non-Synapse charges from the balance, and

adds any deposits. If the result is positive, Synapse may reimburse the customer as a courtesy. However, Synapse will only refund the overdraft fees contained between its charge and the point where the account balance turns negative. At that point, the account would have over drafted even without Synapse's charges. Attached hereto as Exhibit "M" is a true and correct copy of Synapse business records detailing our internal policies regarding refunds for overdraft fees.

25.    I have reviewed the class definition proposed by plaintiffs in their brief and the Synapse documents that plaintiffs cite. Synapse's Second Supplemental Objections and Answers to Plaintiff's First Set of Interrogatories provide detail regarding the named plaintiffs' account histories with Synapse, including detail regarding their calls to the IVR and live operators where available. I and other Synapse employees at my direction investigated these named plaintiffs' account records and IVR records to determine what type of detail could be generated regarding their past calls to the IVR. We could not obtain any detail for some calls (other than the fact that they occurred and the outcome of the call). For many of the calls for which we could gather information, reviewing Synapse's records and reconstructing, to the best of our ability, the detail of the calls was a painstaking and time consuming process. We did this by pulling records for each customer and then pulling available information about the detail of those customers' calls to the IVR. This information is typically a list of the transactional script codes that the caller responded to during the call. Based on the sequence of codes, Synapse employees familiar with the IVR can determine how the caller must have responded to preceding codes. The level of detail available depends on the date of the call and also whether the caller transacted any business with the IVR. The IVR retains records of actual transactions completed, but does not retain a history of all scripts and responses occurring in a particular session if no business was concluded during that call or portion of the call when no transactions were completed.

26.     Synapse's databases and systems are not capable of identifying all customers who meet plaintiffs' class definition.  While Synapse is able, in most cases, to determine what a given customer experienced in the IVR on a given call, Synapse cannot run a search of IVR records to generate a list of all calls that meet the various criteria specified in plaintiffs' proposed class definition.   Synapse would be able to identify all customers with addresses in D.C., NJ and NY, but would then need to cross reference that group with a separate database, maintained by a third party vendor, of customers who were sent pre-bill or renewal notices.  It is unknown how difficult this would be.  It may then be possible to then cross reference for certain subscribers who received postcards with unique requirements negotiated by marketing clients, but impossible to determine all the other varying post card formats that Synapse used throughout the period at issue.  Synapse can also identify all customers with D.C., NJ, and NY addresses who are no longer Synapse customers, *i.e.*, have cancelled their subscriptions.  However, it would be impossible for Synapse to identify the circumstances under which these cancellations were effected or what each customer's expectations were when they cancelled.  For example, it would be impossible to determine which retention offers each of these customers heard and rejected, what type of cancellation option they chose, and whether or why they expected a pro rated or full refund.  With respect to customers who cancelled with a live customer service representative, Synapse has no way of knowing what retention offers the customer service representatives presented, or otherwise what transpired during those calls.  To make such determinations, Synapse would have to examine each customer record to determine if "remarks" were noted by the customer service representative and then interpret their meaning. Further, it would be impossible to determine the circumstances under which a customer service representative provided a pro-rata, full, or overdraft refund, as customer service representatives have some discretion in providing refunds or reimbursing for overdraft charges

where the circumstances presented warrant it and the notes of their calls, if any, are not searchable. Finally, Synapse has no way of determining which canceling subscribers have overdraft charges or "related charges" that the subscriber believes were caused by Synapse.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: 09/03/08

Christopher M. Tyler

15

# Tyler Exhibit A



**Free, Free Trial Risk Free and Other**
**Advanced Consent Marketing Techniques**

The widespread proliferation of free offers, particularly on the internet has led to increased regulatory scrutiny of offers of these types. Similarly, the popularity of free trial, risk free and similar offers involving a form of advanced consent marketing have increased the regulatory scrutiny of such offers as well. Marketers conducting such offers should thus be aware of the basic legal requirements attendant on such offers and of the enforcement policies and proclivities of the federal and state regulatory agencies.

<u>Use of the Term "Free"</u>

Free Offers are subject to the requirements of the FTC Guides on Use of the Term Free as well as various state laws governing the disclosure of free offer terms and conditions. The FTC Guides governing use of the term "free" regulate the structure and advertising of "free" offers. The FTC Guides essentially require:

(1) the item advertised as "free" must in fact be free to the consumer; and

(2) any material terms and conditions associated with receipt of the "free" item must be clearly and conspicuously disclosed.

The requirement that the item advertised as "free" must in fact be free, means:

- The consumer cannot be subsequently charged for the item advertised as "free" even if the subscription continues

- In the case of a buy one get one free promotion, the price of the underlying article cannot be inflated to cover the cost of the free item

The consumer can be charged reasonable shipping and handling charges to receive a free item, however the shipping and handling charges cannot exceed the actual shipping and handling costs and the amount of such costs must be clearly and conspicuously disclosed.

The FTC Guides also mandate that a free offer should not be continuous. If the same item is continuously offered as "free" with the purchase of another item, the FTC takes the position that the free item at some point becomes part of the basic offer. While this rule has historically been enforced in the context of package goods and particular unit sales publishers should be sensitive to this requirement when structuring free offers.

16

Publishers should also be mindful of the fact that the ABC compliance does not equate to legal compliance. In particular, the fact that a consumer can get his/her money back does not necessarily mean that the item is "free."

Risk free offers are distinguishable from "free" offers because unlike a "free" offer, if an item is offered as "risk free" the consumer may ultimately be charged for that item. The key to a risk free offer is that the consumer must incur no financial risk. Regulators at the state and federal level have taken the position that if the consumer may incur any financial risk as result of the transaction, the offer may not properly be described as risk free. This means that (1) the consumer may not be charged during the risk free period, and (2) if the consumer cancels during the risk free period, he or she must be made whole, i.e. both the purchase price and any shipping and handling charges must be reimbursed.

### Advance Consent Marketing

Advance Consent Marketing refers to any type of arrangement whereby the consumer consents in advance to receive and pay for goods or services in the future. The primary forms of advance consent marketing are free trial offers, continuity programs and automatic renewals. These offers have been subject to increased regulatory scrutiny at both the federal and state level. As a result of industry guidelines and various consent decrees entered into by the FTC and state attorneys general with the marketers of such programs, a number of clear guidelines for such offers have developed as follows:

### Free Trial/Free to Pay Conversion

- The nature of the continuing obligation must be disclosed at the outset of the offer; e.g. the consumer must be told up front, that unless they cancel at the end of the free trial the product or service will continue and they will have an obligation to pay or will automatically be charged.

- Use of terms such as no obligation or risk free in this context may be problematic, since the consumer does have an affirmative obligation to cancel.

- The consumer's affirmative obligation to cancel must be clearly disclosed.

- The copy must not make it appear that the consumer has no decision to make at the end of the free trial.

- The length of the free trial must be disclosed at the outset of the offer. It must be clear whether the free trial is measured in terms of issues or length of time.

- The ability of the consumer to cancel and the cancellation method must be clearly and conspicuously disclosed to the consumer.

- The cost of continuing beyond the free trial must be clearly and conspicuously disclosed.

17

### Continuity

- All material terms and conditions must be disclosed at outset of offer, including:

    - Notice of continuity enrollment;

    - Quantity/nature of goods with each shipment;

    - Costs of goods;

    - Any minimum purchase requirement; and

    - Method of cancellation.

### Automatic renewals

- Notice of the automatic renewal feature must be clearly and conspicuously disclosed at outset of offer, including all material terms and conditions.

- The consumer must expressly accept the auto-renewal feature.

- Renewal notices while not legally required are recommended at least once a year.

Failure to make the necessary disclosures and to obtain the consumer's affirmative consent to an advance consent marketing transaction may result in alleged violations of the Unauthorized Merchandise Rule. In addition, the Telemarketing Sales Rule specifies certain affirmative disclosures that must be made for any TSR covered telephone sale involving an advance consent feature.

Marketers should also be aware that there are a number of state laws more specifically regulating free trials and automatic renewals. Therefore, applicable state laws should be considered before structuring any such programs.

While free offers, free trials and other advance consent marketing programs can be a highly effective marketing vehicle, and in many respects provide convenience to the consumer, marketers should be aware that the regulatory attention focused on such offers is high. Marketers would be well advised therefore to consider the principles articulated above to ensure that such offers are properly and effectively communicated to consumers.

October 2004

# **<u>Tyler Exhibit B</u>**





**FOR STORE USE ONLY:**

The steps below must be followed
to complete the order.

**Store Associate Steps:**

1. Scan program barcode below
2. Enter customer's name, address, and magazine selections into the POS
3. Give brochure to customer to take home



4  001809  93997  6

CONFIDENTIAL  -  SUBJECT TO PROTECTIVE ORDER

SYN-0140698

Case 2:09-cv-03073-JLL-CCC   Document 122-1   Filed 07/17/2013   Page 22 of 98   PageID: 8521

# Try any 3 FREE for 3 Months

**WHAT YOU GET:**
As a special thanks try the first 3 months FREE of any 3 magazines listed. After your order is processed, look for your first issue in 6-10 weeks.

**CONTINUOUS RENEWAL FEATURES:**
It couldn't be simpler. While enjoying your free issues, you will receive a notice, and unless you call to cancel, your selections will continue without interruption and you authorize your credit card or debit card used at F.Y.E. today to be charged the rate shown for each selection for a total of fifteen months. Annually thereafter, you'll receive a notice and unless you cancel, your card will be charged the rate shown on the notice for the next year.

**AM I LOCKED INTO SUBSCRIBING?**
No. Cancel at any time during the first 3 months and you won't be charged. In fact, we will send you a reminder notice before you are ever billed. You can call to cancel at anytime. No questions asked. For all customer service questions or to cancel call toll-free 1-877-813-4977 (24 hours a day/365 days a year).

**YOUR INFORMATION:**
Your privacy is important to us. Your name and address you've provided and your card information used at F.Y.E. today will be sent to the vendor, Magazine Rewards Center, to process your selections. Magazine Rewards Center will pass along only your name and address to the magazine publishers so that they may fulfill your order. You may be contacted by them or F.Y.E. with special offers in the future.

We hope you enjoy your magazines and continue to choose F.Y.E. in the future.



For customer service, call toll-free 1-877-813-4977 (mention source code 2VJ). This offer is available to store customers using a credit or debit card. Any customer not using a credit or debit card in store can call us anytime for other options. Magazine Rewards Center, a division of Synapse Retail Ventures, Inc., 225 High Ridge Road, East Building, Suite 16, Stamford, CT 06905 is the vendor and reserves the right to limit orders. Keep this portion for your records. ©2006 Synapse Retail Ventures, Inc.



**ESPN THE MAGAZINE**
Because you can't get enough sports. Get 32 issues for the annual price of $24 including your
**3 Months FREE!**



**STAR MAGAZINE**
The latest in celebrity news. Get 65 issues for the annual price of $50 including your
**3 Months FREE!**



**US WEEKLY**
Us gets closer! Get 65 issues for the annual price of $85 including your
**3 Months FREE!**



**MAD MAGAZINE**
Spoof awards, political satire and just plain silliness. Get 15 issues for the annual price of $24 including your
**3 Months FREE!**



**MAXIM**
The best thing to happen to men since women. Get 15 issues for the annual price of $18 including your
**3 Months FREE!**



**ROLLING STONE**
The centerstone of today's music magazines. Get 32 issues for the annual price of $15 including your
**3 Months FREE!**



**ALLURE**
The beauty expert. Get 15 issues for the annual price of $15 including your
**3 Months FREE!**



**TEEN PEOPLE**
Celebrities. Real life. Personal style. Get 13 issues for the annual price of $20 including your
**3 Months FREE!**



**JET**
News, sports, fashion, and more. Get 65 issues for the annual price of $24 including your
**3 Months FREE!**



**FHM**
The fun lifestyles magazine for men. Get 14 issues for the annual price of $22 including your
**3 Months FREE!**



**NEWSWEEK**
The weekly news magazine. Get 66 issues for the annual price of $37 including your
**3 Months FREE!**



**SPIN AND VIBE**
Because you love music. Get 15 issues of Spin and 15 issues of Vibe for the annual price of $30 including your
**3 Months FREE!**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

SYN-0140699

# **Tyler Exhibit C**



Event Registration - Windows Internet Explorer provided by Yahoo!

https://www.active.com/register/index.cfm?event_id=1348886&site=head

Search Web · Mail · My Yahoo! · NCAA Hoops

Yahoo! | Event Registration | AIM Mail | Page · Tools

Login | My Active | Help Desk

active.com

partnered with ESPN

## REGISTRATION

**Registration Steps:**
▸ **1. Accept Waiver** ▸ 2 Complete Form ▸ 3 Submit Payment ▸ 4. Print Receipt

### Pat's Run, Tempe, Arizona 2007

| Select a Category: ● | Price: | Member Price† ● |
|---|---|---|
| ⦿ Individual 4.2 Mile Run/Walk | $25.00 | $23.00 |
| ○ Team 4.2 Mile Run/Walk (5 members or more) Per Person | $25.00 | $23.00 |
| ○ Kids .42 mile Run (Kids 12 & Under) | | |
| ○ T-shirt/Number Only (not participating). | $30.00 | $28.00 |

† Active Advantage Member Price applies after purchasing Active.com's $49.95 per year membership.

**Please read the waiver carefully:**

```
By checking the box below, you agree,
warrant and covenant as follows:

Waiver 2007
READ THIS DOCUMENT (THE "WAIVER AGREEMENT")
CAREFULLY BEFORE SIGNING. THIS WAIVER
AGREEMENT WILL AFFECT YOUR LEGAL RIGHTS AND
WILL LIMIT OR ELIMINATE YOUR ABILITY TO
BRING A FUTURE LAWSUIT. I understand and
acknowledge that I am legally agreeing to
```

*I agree to the above waiver* ☑

**Initials of athlete over 18 years of age**
**or parent/legal guardian of minor under 18 years of age**
**or legal guardian of incapacitated and/or mentally challenged person.**

*Initials:* JB

**Optional Account Login**

Username: _____ If you have an Active.com account, logging in will populate your entry form. If not, click "continue" and you'll have the option to create an account after registering.

Password: _____

▸▸ CONTINUE

About Active.com Privacy Terms of Use Security Help Desk Advertising Careers

Copyright © 2007. The Active Network, Inc.

The Active Network includes: Active Community Solutions Active Giving Solutions Active Golf Solutions Active Government Solutions Active Marketing Group Active Public Enterprise Group Active Sports Technologies Active.com ActiveGolf.com eteamz.com

Done Internet 100%



Event Registration - Windows Internet Explorer provided by Yahoo!

https://www.active.com/register/questions.cfm?category_id=7184938&...

Search Web · Mail · My Yahoo! · NCAA Hoops · Yahoo! · Event Registration · AIM Mail · Page · Tools

Hi, Jill | Logout | My Active | Fundraiser Center | Help Desk

active.com

## REGISTRATION

Registration Steps:
▸ 1. Accept Waiver ▸ 2. Complete Form ▸ 3. Submit Payment ▸ 4. Print Receipt

### Pat's Run, Tempe, Arizona 2007
**Individual 4.2 Mile Run/Walk**

SELECT SOMEONE TO REGISTER

- Myself (Jill Benyus)
- Someone Else

PARTICIPANT INFORMATION
(* indicates required information)

CLICK HERE TO EDIT YOUR PROFILE

| | |
|---|---|
| First Name: * | Jill |
| Middle Name: | |
| Last Name: * | Benyus |
| Gender: * | Female |
| Birthdate: * | 9/13/1976 |
| Email: * | jperna@synapsemail.com |
| Day Phone: * | 203-391-0693 |
| Evening Phone: | 203.568.3827 |

Yes! Send me health and fitness news, information about local events and special offers. ○ Yes ○ No

Tell your friends and family about this activity: (List email addresses separated by commas)

If you'd like to purchase an additional hat, please select quantity:

(For additional info on hats, click the "?")

☐ One Size Fits All Hat Qty. ____ @ $10.00 ea.

(Choose a Maximum of 3 options)

| | | |
|---|---|---|
| ☐ Runner's World | 3 Mos. Free | 15 Issues/$24 |
| ☐ Bicycling | 3 Mos. Free | 14 Issues/$20 |
| ☐ Men's Health | 3 Mos. Free | 13 Issues/$25 |
| ☐ Fitness | 3 Mos. Free | 15 Issues/$20 |
| ☐ People | 3 Mos. Free | 64 Issues/$114 |
| ☐ Outside | 3 Mos. Free | 15 Issues/$18 |
| ☐ Shape | 3 Mos. Free | 15 Issues/$18 |
| ☐ Her Sports & Fitness | 3 Mos. Free | 8 Issues/$20 |
| ☐ Time | 3 Mos. Free | 70 Issues/$49 |
| ☐ Sports Illustrated | 3 Mos. Free | 70 Issues/$49 |

**Automatic Renewal Authorization** (Valid for US addresses only)
Please print a copy of this page for your records.

Enjoy 90 days of your favorites FREE. After your free period, your selections will continue for a full year unless you cancel and the credit/debit card you provide will be charged only the annual rate shown for a total of fifteen months of issues. As an additional benefit, your selections will continue. Each year, you'll receive a reminder

SynapseConnect Information

▸▸ CONTINUE

About Active.com Privacy Terms of Use Security Help Desk Advertising Careers

Copyright © 2007, The Active Network, Inc.

The Active Network includes: Active Community Solutions Active Giving Solutions Active Golf Solutions Active Government Solutions Active Marketing Group Active Public Enterprise Group Active Sports Technologies Active.com ActiveGolf.com ...

Done Internet 100%

**Completed yes block On next page**

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# **<u>Tyler Exhibit D</u>**

# PREMIUM SAVE PROCESS

**Overview**
One of the save techniques used by the Synapse Retention group to retain existing customers is the 'Premium Save' option.

Premium Saves are a value added save that offer a customer a choice of a premium gift for each subscription that they retain. As part of their acceptance of this gift, they agree to keep their subscription for the balance of the paid term. This option is used both through the IVR & the TSR. The IVR offers a wider variety of products for gifts.

**Current Process**

***Fulfillment***
Every week, an automated offline process runs to extract data from the past 7 days in NEWS where the customer activity table indicates the customer accepted Premium Save orders. There is a code on the extracted data that identifies the type of gift e.g. phone card, entertainment book, VHS tapes, vacation certificates, etc.

This extract is then sent to the data capture group in the regular key entry format and the orders are input into MEWS under a 'Fulfill – Do not Bill' campaign. Premium Save products are easily identified by using a 'N' in the first position of the product id.

The fulfillment process is done similar to other Merchandise processing in the MEWS system and a file is sent to the Fulfillment Vendor. The Fulfillment Vendor used for Premium Saves is currently Scoville Press. The Retention group handles the interaction with the FF vendor for Premium Saves.

***Product Availability***
The Premium Choice table in NEWS maintains availability information regarding the ability to offer Premium Save products and where the products can be offered – e.g. IVR and/or TMR. This table is updated by the Retention group and includes details such as product id, product description, product code, product availability, etc.

For certain items, it is assumed that an unlimited amount is available for fulfillment and for these, the quantity available is set to a value of 9999. For other gift items like CD cases, Entertainment Weekly, etc. actual inventory numbers are maintained.

The packaging used for this marketing effort is unique and gift-wrapping is not provided, as the product costs need to be curbed. The inventory for Premium Saves is maintained separately from other merchandise in the Fulfillment Vendor's warehouse facilities.

***Purchasing Behavior***
The Inventory levels currently available determine when the new inventory should be purchased. There is no standard purchase period and there are no fixed rules for forecasting the demand for future product selections. The tendency is to go for products that do not have an expiration date e.g. travel mug, VHS tapes, etc. Typically, a choice of 3 items is offered to the customer on Premium Save.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

SYN-0089693

# PREMIUM SAVE PROCESS

### *Accounting*
A bi-monthly invoice report is received from the Fulfillment Vendor and payment approval is done by the Retention group, not the Merchandise group.

The US Postal CAPS system is used to track the actual postage for Premium Save mailings and the Retention group uses this information to QC the invoice received by Synapse. The number of Premium Saves offered to the customer should match with the number of records sent to Key Entry and this should match with the actual number of orders mailed by the Fulfillment Vendor.

10/31/2007

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    SYN-0089694

# **<u>Tyler Exhibit E</u>**

CNO Test Language

Current Term
In retrieving your magazine information we've determined that you are eligible for a special promotional for <<Mag name>>. I can cancel your current subscription, refunding any money that is due to you and then start you with <<Term>> for just <<Price>>. Like this subscription your magazine will continue uninterrupted and we'll send you a notice giving you an option to cancel future terms.  Would like to have me to immediately issue your refund and start your new term?

Upcoming Term
Rather than pay full amount for <<Mag name>> I can cancel *this* subscription for you, including the upcoming regular charge, and to thank you for trying I can give <<Term>> for just <<Price>>. Like your current subscription your magazine will continue uninterrupted and we'll send you a notice giving you an option to cancel future terms.  Would you like to take advantage of this special offer as I've just described?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
SYN-0000233

# <u>Tyler Exhibit F</u>



# Retention
## *User Interface*


**Synapse**

Retention UI Design                                    1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
SYN-0000014

**Retention UI Design**
Blue=what customer hears
Black=function or circumstance
(If underlined=hyperlink)
(If italics=data decision)
Red=response from customer

Script Notes:
After each section, a confirmation number will be given for cancelled subs, then go to End Call (see Magazine Customer Service Script).
Cancel Confirmation number consists of the last 5 digits of the order ID + line item + either C (for Cancel) or D (for DNR).

## Retention Code 1 or 1070– Execute Cancel Type 10

| IVR Object Call | |
|---|---|
| DLL: | Retention.dll |
| CLASS: | ClsCancel |
| OBJECT: | Cancel |

*If refund value is zero*
I'm sorry that you didn't enjoy 1718 <magazine title>. I've cancelled it and you won't receive any charges on your statement. 1719
*If refund value is greater than zero*
I'm sorry you didn't enjoy 1718 <magazine title>. I've processed your cancellation. 1720

You should see a refund of 2145 <amount> on your charge statement. 1073 The REFUND will be processed in 1-2 business days but can sometimes take 1-2 billing cycles to appear on your charge statement. 1072

Confirmation Number:
Your confirmation number for this transaction is <123456> 2175/21032 <1-second pause>. If you want that number again, say repeat. <4 second pause> 2176/21033
Repeat
Go to ConfirmationNumber1

## Retention Code 2 – Execute DNR

| IVR Object Call | |
|---|---|
| DLL: | Retention.dll |
| CLASS | ClsCancel |
| OBJECT: | Cancel |

I've processed the cancel, and you won't be charged for this magazine again. You will continue to receive your magazine until your current subscription has expired. 2143

Confirmation Number:
Your confirmation number for this transaction is <123456>  2175/21032  <1-second pause>. If you want that number again, say repeat. <4 second pause> 2176/21033

Retention UI Design                                                                    2

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
SYN-0000015

Repeat
Go to ConfirmationNumber2

## Retention Code 3 – Execute DNR for Postcard

IVR Object Call
DLL:      Retention.dll
CLASS:   ClsCancel
OBJECT:  Cancel

I'm sorry that you didn't enjoy 1718 <magazine title>. I've cancelled it and you won't receive any charges on your statement. 1719

Confirmation Number:
Your confirmation number for this transaction is <123456> 2175/21032 <1-second pause>. If you want that number again, say repeat. <4 second pause> 2176/21033
Repeat
Go to ConfirmationNumber3

## Retention Code 4 –
Takes place during error conditions.
A full cancel takes place, language is the same as Retention Code 1.

## Retention Code 6 – Amazon gift card cancel

**If Refund:**
Ok, I've cancelled your magazine subscription 980/24029. You will be issued a gift certificate for...1005/24029  <refund $> ...plus any applicable sales tax, which you may use toward the purchase of any item at Amazon.com. This gift certificate will be mailed to the same address to which the gift postcard was sent. You may still receive one or two magazines, which you may keep with our compliments. 24030

**No Refund:**
Ok, I've cancelled your magazine subscription. 980 You may still receive one or two magazines, which you may keep with our compliments. 24027

## Retention Code 7 – Amazon Customer Service cancel

**If Refund:**
Ok, I've cancelled your magazine subscription 980. You should see a refund of... 979/2145/25023   <refund $>...plus any applicable sales tax, on your charge statement. 1074 The REFUND will be processed in 1-2 business days but can sometimes take 1-2 billing cycles to appear on your charge statement. 1072. You may still receive one or two magazines, which you may keep with our compliments. 24027

**No Refund:**
Ok, I've cancelled your magazine subscription. 980 You may still receive one or two magazines, which you may keep with our compliments. 24027

Retention UI Design                                                                 3

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Retention Code 8 – IRC

**If Refund:**

I've cancelled your subscription to 1721 <magazine title> effective immediately. You won't receive any charges on your statement and you will be removed from the mailing list for this magazine. You may receive one or two copies of this magazine, that have already been processed and you can keep them with our compliments. 1722

## Retention Code 10 - P & H Script Save

For this magazine, you were charged a nominal fee that covered the cost of processing your subscription. But you still have time until...3517 <next bill date> ...to receive your magazines at no additional cost. Do you want to take advantage of the remaining time?. 3518

| | |
|---|---|
| T1 | Sorry to jump in again but you can either say "Yes" or "No". 3520 |
| T2 | Sorry to jump in. but you can say. "Yes" to continue receiving your magazines or say "No". 3521 |
| R1 | Excuse me? Did you want to take advantage of this remaining time and continue to receive your magazines? 3522 |
| R2 | If you want to continue receiving the magazines, press 1 on your telephone keypad, otherwise press 2. 3523 |

Agent   **Go To** Operator Request

Yes

```
IVR Object Call
DLL:      Retention.dll
CLASS:   ClsCancel
OBJECT:  Cancel
```

OK, you're all set to continue receiving more issues of your magazine. I'm glad I could help you enjoy your magazine for longer. 912/3524

No   *Next Retention Code*

## Retention Code 30 – First Premium Save for Postcard

Here's an option you might like. If you agree to keep this magazine for an entire year, I'll send you a <Item Specified in Premium Script>, <See Description in Premium Script>. Once you've been charged, you can always call us back to cancel any future billings and you get to keep the <Item Specified in Premium Script> with our compliments. Do you want to keep your magazine active so I can send you this <Item Specified in Premium Script>?

| | |
|---|---|
| T1 | I'm sorry. I didn't hear you. <Item Specified in Premium Script> |
| T2 | I still didn't hear you. <Item Specified in Premium Script> |
| R1 | I'm sorry. I didn't understand what you said. <Item Specified in Premium Script> |
| R2 | I'm sorry, but I'm still having trouble getting what you said. <Item Specified in Premium Script> |

Agent   **Go To** Operator Request

Retention UI Design                                                                                     4

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
SYN-0000017

Yes

```
IVR Object Call
DLL:      Retention.dll
CLASS:    ClsCancel
OBJECT:   Cancel
```

I'm glad that I could help you continue to enjoy your magazine.  Your <Item Specified in Premium Script> will arrive in 4 to 6 weeks.

No     *Next Retention Code*

## Retention Code 40 – Customer has already been charged for renewal postcard

The charge for this magazine has already occurred. If you would like further customer service information, please call 1-800-586-5234. That's 1-800-586-5234. 1708
(There are DNIS specific varieties of this prompt, with different phone numbers.)

The charge for this magazine has already occurred. If you would like further customer service information, please call 1-800-586-9634. That's 1-800-586-9634. 1712
The charge for this magazine has already occurred. If you would like further customer service information, please call 1-800-773-3195. That's 1-800-773-3195. 1714
The charge for this magazine has already occurred. If you would like further customer service information, please call 1-800-601-1958. That's 1-800-601-1958. 1716
The charge for this magazine has already occurred. If you would like further customer service information, please call 1-800-586-5234. 1706
The charge for this magazine has already occurred. If you would like further customer service information, please call 1-800-586-5234. That's 1-800-586-5234. 1708
The charge for this magazine has already occurred. If you would like further customer service information, please call 1-800-803-2443. That's 1-800-803-2443. 1710

## Retention Code 50 – Full Refund Until Next Bill Date 2
## &
## Retention Code 60 – Full Refund Until Pro Rata Begins during next interval

I see that you'll be billed on 2121 <bill date> ...but you can get that money refunded if you call back and cancel before 2122  <next bill date 2> *for RC50* OR <next interval pro rata> *for RC60.*

Do you want to get a few more issues, since you'll have the opportunity to get all your money back anyway? 2123

T1     I'm sorry, but I didn't hear you.  Do you want to get a few more issues, since you will have the opportunity to get a full refund of your upcoming charge? Please say yes or no. 2124
T2     I still didn't hear you.  If you want to get a few more issues, since you can still get a full refund anyway, say 'Yes'.  If you don't want this magazine anymore, say 'No'. 2125

Retention UI Design                                                              5

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
SYN-0000018

| R1 | I'm sorry. I didn't understand what you said. Do you want to get a few more issues, since you will have the opportunity to get a full refund of your upcoming charge? Please say yes or no. 2126 |
| R2 | If you want to continue receiving the magazines, press 1 on your telephone keypad, otherwise press 2. 2127 |

Agent   **Go To** Operator Request

Yes

```
IVR Object Call
DLL:      Retention.dll
CLASS:    ClsCancel
OBJECT:   Cancel
```

Great.  You're all set to continue receiving more issues of your magazine.  I'm glad I could help you enjoy your magazine for longer. 2128

No      *Next Retention Code*

## Retention Code 70 – Script Save – Old Magazine Full Refund until Next Bill Date (NBD)
## &
## Retention Code 90 – Script Save – Old Magazine Full Refund until pro rata starts (CIPR)

You can get a few more issues if you call me on or before…2136 <pro rata date>…. Why not take advantage of this time and enjoy a few more issues? 2137

| T1 | I'm sorry, but I didn't hear you. Do you want to get a few more issues, since you will have the opportunity to get a full refund of your upcoming charge? Please say yes or no. 2124 |
| T2 | I still didn't hear you. If you want to get a few more issues, since you can still get a full refund anyway, say 'Yes'. If you don't want this magazine anymore, say 'No'. 2125 |
| R1 | I'm sorry, I didn't understand what you said. Do you want to get a few more issues, since you will have the opportunity to get a full refund of your upcoming charge? Please say yes or no 2126 .. |
| R2 | I'm terribly sorry but I still didn't understand you. Press 1 if you would like to receive a few more issues of your magazine, otherwise, press 2. 2182 |

Agent   **Go To** Operator Request

Yes

```
IVR Object Call
DLL:      Retention.dll
CLASS:    ClsCancel
OBJECT:   Cancel
```

Great.  You're all set to continue receiving more issues of your magazine.  I'm glad I could help you enjoy your magazine for longer. 2128

No      *Next Retention Code*

## Retention Code 80 – Script Save – New Magazine Full Refund until Next Bill Date
## &
## Retention Code 110 – Script Save – New Magazine Full Refund until pro rata starts (CIPR)

Retention UI Design                                                      6

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
SYN-0000019

I know you want to cancel today, but if you keep your magazine just a while longer, until... 2200 <pro rata date> ...you'll still be eligible to get a full refund of your last charge. All you need to do is call me on or before that date. Do you want take advantage of this? 2201

T1   Did you want to get a few more risk-free issues of your magazine? 2183
T2   Excuse me, I want to be sure you're still there. Just say 'yes' to take advantage of this offer, otherwise say 'no'. 2184
R1   Hmm, I didn't quite understand what you said. Would like to receive a few more issues of your magazine? Please say 'yes' or 'no'. 2185
R2   I'm terribly sorry but I couldn't make out what you said. If you would like to receive a few more risk-free issues, please press 1. Otherwise, press 2. 2186

Agent   **Go To** Operator Request

Yes

```
IVR Object Call
DLL       Retention.dll
CLASS:    ClsCancel
OBJECT:   Cancel
```

Great. You're all set to continue receiving more issues of your magazine. I'm glad I could help you enjoy your magazine for longer. 2128

No   *Next Retention Code*

## Retention Code 100 – Script Save – Pro Rata Refund until Next Bill Date (NBD)

Your current term continues until 2147 <date> You can call any time and still get your money back for every un-served issue. Do you still want to end your subscription? 2148

T1   I'm sorry to jump in, but I want to remind you that you can call back anytime to cancel and still get money back for un-served issues. Do you still want to end your subscription right now? 2149
T2   I'm sorry to jump in again, but do you want to cancel right now? Please say 'yes' or 'no'.2150
R1   Hmm, I didn't quite understand what you said. Please say YES if you want to cancel your magazine right now. Otherwise, just say NO. 2151
R2   Excuse me, but if you still want to end your subscription right now, press 1. Otherwise, press 2. 2152

Agent   **Go To** Operator Request

No

```
IVR Object Call
DLL:      Retention.dll
CLASS:    ClsCancel
OBJECT:   Cancel
```

Thank you, your business is important to me, so I'm glad I could be of assistance to you. 2153

Yes   *Next Retention Code*

Retention UI Design                                                                 7

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
SYN-0000020

## Retention Code 120 – Are you calling about upcoming charge – with charge amount
## &
## Retention Code 130 – Are you calling about upcoming charge – without charge amount

*If there is a next bill amount (RC120):*
I see that you'll be charged 2155 <amount> on 3354/18029 <date>.
*If there is not a next bill amount (RC130):*
I see that you'll be charged for your upcoming renewal, on 2155000 <date>.

Is that why you're calling? 2156
T1      Sorry, I didn't hear you. Please say 'yes' or 'no'. 2157
T2      Sorry to jump in here, did you want to know about an upcoming charge? 2158
R1      Sorry I didn't get that. If you want to know about an upcoming charge, please just say 'yes'. Otherwise, say no. 2159
R2      Let's try that one more time. If you are calling about an upcoming charge, press 1. Otherwise, press 2. 2160

Agent   **Go To** Operator Request

No      *Next Retention Code*

Yes     *Update Retention Code: All codes that were 1 should be changed to 2.*
        IVR Object Call
        DLL:      Retention.dll
        CLASS:   ClsUpdateRetCd
        OBJECT:  UpdateRetCd
        *Next Retention Code*

## Retention Code 140 – Premium Save attempt after script save

Here's another option you might like. If you agree to keep this magazine for an entire year, I'll send you a <Item Specified in Premium Script>, <See Description in Premium Script>. Once you've been charged, you can always call us back to cancel any future billings and you get to keep the <Item Specified in Premium Script> with our compliments. Do you want to keep your magazine active so I can send you this <Item Specified in Premium Script>?

T1      I'm sorry, I didn't hear you. <Item Specified in Premium Script>
T2      I still didn't hear you. <Item Specified in Premium Script>
R1      I'm sorry, I didn't understand what you said. <Item Specified in Premium Script>
R2      I'm sorry, but I'm still having trouble getting what you said. <Item Specified in Premium Script>
Agent   **Go To** Operator Request

Yes

Retention UI Design                                                          8

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
SYN-0000021

```
IVR Object Call
DLL:      Retention.dll
CLASS  ClsCancel
OBJECT: Cancel
```
I'm glad that I could help you continue to enjoy your magazine.  Your <Item Specified in Premium Script> will arrive in 4 to 6 weeks.

No      *Next Retention Code*

## Retention Code 150 – Script Save – Processing &Handling Refund Offer

OK. Normally, the Processing & Handling charge is non-refundable.  But, to make sure you enjoy your magazine for as long as possible, I can refund this charge if you don't cancel your subscription right now.  Do you want me to process this refund? 3525

T1      Would you like to keep your magazine active and have me refund this charge? 3526
T2      Sorry to jump in here. If you want to keep your magazine active and receive a refund of your processing and handling fee, say 'yes'.  Otherwise, say 'no'. 3527
R1      Hmm, did you want to keep your magazine active and still get a refund of this charge? 3528
R2      Sorry, I didn't get what you said.  If you would like me to process this refund and allow you to enjoy your magazine a while longer, press 1. Otherwise, press 2. 3529

Agent  **Go To** <u>Operator Request</u>

Yes
```
IVR Object Call
DLL:      Retention.dll
CLASS  ClsCancel
OBJECT: Cancel
```
Great.  I've refunded your processing and handling charge, and you can continue to enjoy this magazine. 3530

No      *Next Retention Code*


## AMEX RDNC Call back - Reminder Script Save

Our records indicate that you previously called and accepted an offer to receive your magazine for a nominal fee, which covered the cost of processing your subscription. This entitled you to receive your magazine for the current term at no additional cost. Did you want to continue taking advantage of this offer and continue to receive your magazines? 1890

T1      Hmmm, I didn't hear you. Let's try again.  Do you want to take advantage of this offer and continue to receive the magazines that you are entitled to? Please say yes or no. 1891
T2      I'm sorry for interrupting, but I still didn't hear you. If you want to take advantage of this offer and continue to receive the magazines that you are entitled to for the remainder of the current term, say yes. Otherwise, say no. 1892
R1      Hmmm, I didn't quite understand you.  If you would like to take advantage of this offer and continue to receive your magazines, please say yes, otherwise, say no. 1893

Retention UI Design                                                          9

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
SYN-0000022

| R2 | I'm sorry. I still didn't get that. If you want to take advantage of this offer and continue to receive your magazines, say yes. Otherwise, say no. 911 |
|---|---|
| T3/R3 | |
| Yes | OK great, then you're all set to continue receiving more issues of your magazine. I'm glad I could help you enjoy your magazine for longer. 1895 |
| No | I'm sorry I was not able to help you. I hope you have a nice day. 1894 |

## Retention Code 151

OK. Normally, the Processing & Handling charge is non-refundable. But, to make sure you enjoy your magazine for as long as possible, I can refund this charge if you don't cancel your subscription right now. Do you want me to process this refund? 3525

| T1 | Would you like to keep your magazine active and have me refund this charge? 3526 |
|---|---|
| T2 | Sorry to jump in here, if you want to keep your magazine active and receive a refund of your processing and handling fee, say 'yes'. Otherwise, say 'no'. 3527 |
| R1 | Hmm, did you want to keep your magazine active and still get a refund of this charge? 3528 |
| R2 | Sorry, I didn't get what you said. If you would like me to process this refund and allow you to enjoy your magazine a while longer, press 1. Otherwise, press 2. 3529 |

Agent  **Go To** <u>Operator Request</u>

| Yes | DLL:  Retention.dll |
|---|---|
| | CLASS: |
| | ClsCancel |
| | OBJECT:      Cancel |
| | Great.  I've refunded your processing and handling charge, and you can continue to enjoy this magazine. 3530 |
| No | *Next Retention Code* |

## Retention Code 160 – DNR Attempt

Do you want me to cancel just your future charges so you can enjoy the remaining magazines you've already paid for? 2138

| T1 | To continue enjoying your remaining issues that have already been paid for, say 'yes'. 2139 |
|---|---|
| T2 | If you are still there and would like to cancel just your future charges, please say 'yes', otherwise say 'no'. 2140 |
| R1 | If you want to continue to enjoy the remaining issues you've already paid for, say 'yes'. Otherwise, say 'no'. 2141 |
| R2 | Let's try this another way.  If you want to just cancel your future charges, press 1.  Otherwise press 2. 2142 |

Agent  **Go To** <u>Operator Request</u>

Yes    OK, I've processed your request. 2854

Retention UI Design                                                    10

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
SYN-0000023

No      *Next Retention Code*

## Retention Code 163 – DNR Attempt for Pre-Bill

OK, I'll process your cancel, but I want to make sure I do it right.  I can cancel your upcoming charge so that you won't be billed and any remaining issues you've already paid for, will be sent.  Do you want me to go ahead and cancel your upcoming charge as I've just explained?  Please say 'Yes' or 'No'.2855

| | |
|---|---|
| T1 | Sorry to jump in, but do you want me to cancel your upcoming charge? 2856 |
| T2 | Sorry to interrupt again, but if you want me to cancel your upcoming charge, please say 'yes'. 2857 |
| R1 | I'm sorry, I didn't get that. Do you want me to cancel your upcoming charge? 2858 |
| R2 | Hmm, I still didn't get that.  If you'd like me to cancel your upcoming charge, please say 'yes'. Otherwise, say 'no'. 2859 |

Agent   **Go To** Operator Request

Yes     OK, I've processed your request. 2854

No      *Next Retention Code*

## Retention Code 170 – Premium Save – Second save attempt for upcoming charge
*(Timeouts and Retries NOT Updated 01-04-05)*

Here's another option you might like. If you agree to keep this magazine active and agree to keep it for your next term of issues, I'll send you a <Item Specified in Premium Script>. It's <See Description in Premium Script>. Remember, even after your account is charged, you can call us back to cancel future billings and the <Item Specified in Premium Script> is yours to keep. Do you want me to send the <Item Specified in Premium Script> and keep your magazine active?

| | |
|---|---|
| T1 | Sorry I didn't hear you.  <Item Specified in Premium Script> |
| T2 | Sorry I still didn't hear you. <Item Specified in Premium Script> |
| R1 | Sorry I didn't understand you. <Item Specified in Premium Script> |
| R2 | Sorry I still didn't understand you. <Item Specified in Premium Script> |

Agent   **Go To** Operator Request

Yes

| IVR Object Call | |
|---|---|
| DLL | Retention.dll |
| CLASS | ClsCancel |
| OBJECT: | Cancel |

Retention UI Design                                                         11

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
SYN-0000024

OK.  You're all set to continue receiving more issues of your magazine.  I'm glad I could help you enjoy your magazine for longer and keep your subscription active.  Your <Item Specified in Premium Script> will arrive in 4 to 6 weeks.

No     *Next Retention Code*

## Retention Code 180 – RDNC Offer

All right.  Instead of calling back for your refund, I can give you one right now AND still keep your subscription active.  I'll refund all the money you're due right now, except one dollar for processing and handling, and you'll keep getting your issues.  Do you want me to immediately credit your account for this term and keep sending your magazines? 2002000010

T1     Sorry to jump in, but if you would like to keep your magazine active for only a dollar, please say 'yes', otherwise, please say 'no'. 20045
T2     If you're still there and would like to keep your magazine active for just a dollar, please simply say 'yes'.  If you are not interested in this offer, just say 'no'. 20046/200220005
R1     Hmm, did you want to keep this magazine active for just a dollar? 20047
R2     If you want to keep your magazine active for only a dollar, press 1.  If you are not interested in this offer, press 2. 20048

Agent   **Go To** Operator Request

Yes
```
IVR Object Call
DLL:      Retention.dll
CLASS:    ClsCancel
OBJECT:   Cancel
```
Great.  You're all set to continue receiving more issues of your magazine.  I'm glad I could help you enjoy your magazine for longer. 2001100005
Your credit will be processed in 1-2 business days.  It can sometimes take 1-2 billing cycles for your credit to appear on your monthly statement. 945

No     *Next Retention Code*

## Retention Code 181 – RDNC Offer (greater than $1 fee)
*Not Active (Timeouts and Retries NOT Updated 01-04-05)*

This title is one of a special group of magazines with a really exciting offer. We're confident you'll like this magazine and we'd like to give you this year's entire term of issues, for a small 1165$<Variable> fee. We'll keep this magazine active and serve all the issues you originally asked for.
We'll issue you the entire refund to which you are entitled, less this fee, and your subscription will continue uninterrupted! Your satisfaction is important, so we'll still send your annual notice toward the end of your current term giving you an option to cancel future terms of this magazine! Do you want to take advantage of this unbelievable offer? 1166

Retention UI Design                                                                                    12

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
SYN-0000025

| | |
|---|---|
| T1 | I'm sorry, I didn't hear you. Do you want to keep this magazine active with continued uninterrupted service for a small 1167$<Variable fee >? |
| T2 | I'm sorry, I still didn't hear you. For a small 1169$<Variable fee > we'll keep this magazine active with continued uninterrupted service. Do you want to take advantage of this offer? Please say yes or no. 1170 |
| R1 | I'm sorry, I didn't understand you. Do you want to keep this magazine active with continued uninterrupted service for a small 1171$<Variable fee >? |
| R2 | I'm sorry, but I still didn't get that. For a small 1172$<Variable fee >, we'll keep this magazine active with continued uninterrupted service. Do you want to take advantage of this offer? Please say yes or no. 1170 |

> Yes   Great. You're all set to continue receiving more issues of your magazine. I'm glad I could help you enjoy your magazine for longer. 2001100005
>
> Your credit will be processed in 1-2 business days. It can sometimes take 1-2 billing cycles for your credit to appear on your monthly statement. 945

Agent   Go To Operator Request

| | |
|---|---|
| IVR Object Call | |
| DLL | Retention.dll |
| CLASS | ClsCancel |
| OBJECT: | Cancel |

No      *Next Retention Code*

## AMEX RDNC Post-Bill Offer

This title is one of a special group of magazines with a really exciting offer. We're confident you'll like this magazine and we'd like to give you this year's entire term of issues! For a small fee of 1864 <<**RDNC Fee**>>, we'll keep this magazine active and serve all the issues you originally asked for. 1865

We'll issue you a credit of 1866 <<**Refund Amt**>>, and your subscription will continue uninterrupted! Your satisfaction is important, so we'll still send your annual notice toward the end of your current term giving you an option to cancel future terms of this magazine! Do you want to take advantage of this unbelievable offer? 1867

| | |
|---|---|
| T1 | Sorry to interrupt, but would you like to take advantage of this great offer? For only a small fee of 1868 <<**RDNC Fee**>> we'll keep this magazine active and serve you all the issues that you originally asked for. We will issue you a credit of 1869 <<**Refund Amt**>>. Please just let me know by saying 'yes' or 'no'. 1870 |
| T2 | Well I understand your hesitation, but please remember we are willing to issue you a credit of 1871 <<**Refund Amt**>> and still keep your magazine active. All you are charged for is the order-processing fee of 1872 <<**RDNC Fee**>>. Would you like to take advantage of this offer? Please say yes or no. 1873 |
| R1 | Hmmm, I'm not quite sure what you said. If you would like to take advantage of this offer, please say yes. <pause> otherwise, say no. 1874 |
| R2 | I'm sorry, but I still didn't understand you. Would you like to take advantage of this unbelievable offer? Please say yes or no. 1875 |
| T3/R3 | |

Yes   That's great. You're all set to continue receiving more issues of your magazine. I'm glad I could help you enjoy your magazine for longer. 1876

Retention UI Design                                                                    13

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
SYN-0000026

No     *Next Retention Code*

## Retention Code 200 – RDNC Offer before first bill with P&H

Good news!  Your magazine has been selected from a special group that allows us to send your next term for free!  For only a $1 processing and handling fee, your issues will be free until 2004000019<NEXT BILL DATE 2>.  You'll receive a notice at the end of the term giving you the option to cancel upcoming charges.  Do you want to keep your magazines active and get this free term of issues? 20040000019

T1     Did you want to take advantage of this great $1 offer?  Please respond by either saying 'yes', or 'no'. 20041

T2     Sorry, but I still didn't hear your response.  If you want to keep your magazine active and get your next term of issues for just a $1 processing fee, please say "YES".  Otherwise, say 'no'. 20042

R1     Hmm, I didn't understand what you said.  Can you please repeat that one more time? 20043

R2     I'm sorry I am having so much trouble with this.  To make sure I get it right this time, let's try this another way.  To keep your magazines active and get your next term of issues for only one dollar, press 1. Otherwise, press 2. 20044

Agent  **Go To** Operator Request

Yes

> IVR Object Call
> DLL:      Retention.dll
> CLASS:  ClsCancel
> OBJECT: Cancel

Great.  You're all set to continue receiving more issues of your magazine. I'm glad I could help you enjoy your magazine for longer. 2001100005

No     *Next Retention Code*

## Retention Code 201 – RDNC Offer before first bill with P&H (great than $1 fee)

*Not Active (Timeouts and Retries NOT Updated 01-04-05)*

This title is one of a special group of magazines with a really exciting offer. We want you to keep this magazine active and we're willing to give it to you for a small 1174$<Variable fee >. We'll arrange with the publisher to give you the upcoming term of issues you originally asked for. You will see a 1175$<Variable fee >, but your account will NOT be charged anything else for this term of issues! And best of all, if you act now, your subscription will continue uninterrupted and you won't ever miss a single issue! Your satisfaction is important to us, so we'll still send your annual notice giving you an option to cancel future terms of this magazine! Do you want to take advantage of this unbelievable offer? 1176

T1     I'm sorry, I didn't hear you. Do you want to keep this magazine active with continued uninterrupted service for a small 1167$<Variable fee >?

T2     I'm sorry, I still didn't hear you. For a small 1169$<Variable fee > we'll keep this magazine active with continued uninterrupted service. Do you want to take advantage of this offer? Please say yes or no. 1170

Retention UI Design                                                                                    14

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
SYN-0000027

R1   I'm sorry, I didn't understand you. Do you want to keep this magazine active with continued
     uninterrupted service for a small 1171S<Variable fee >?

R2   I'm sorry, but I still didn't get that. For a small 1172$<Variable fee >, we'll keep this magazine
     active with continued uninterrupted service. Do you want to take advantage of this offer? Please
     say yes or no. 1170

Yes  Great. You're all set to continue receiving more issues of your magazine. I'm glad I could
     help you enjoy your magazine for longer. 2001100005

Agent   Go To Operator Request
     IVR Object Call
     DLL      Retention.dll
     CLASS    ClsCancel
     OBJECT:  Cancel

No   *Next Retention Code*

## AMEX RDNC Pre-Bill Offer

This title is one of a special group of magazines with a really exciting offer. We want you
to keep this magazine active and we're willing to waive the regular charge of 1877
<<Price>>. Instead, you will be charged a fee of 1878   <<RDNC Fee>>, for the
upcoming term of issues.1879

And best of all, if you act now, your subscription will continue uninterrupted and you
won't ever miss a single issue! Your satisfaction is important to us, so we'll still send
your annual notice giving you an option to cancel future terms of this magazine! Do you
want to take advantage of this unbelievable offer?  1880

T1   Excuse me for interrupting, but I wanted to remind you that we are willing to waive the regular
     charge and instead you will only be charged a fee of 1881<<RDNC Fee>> for the upcoming term
     of issues. Please let me know if you would like to take advantage of this offer by saying 'yes' or
     'no'. 1882

T1   Hmmm, I understand your hesitation. But this is a great offer and I am sure that you would not
     want to miss out on it. We are willing to waive the regular charge of 1883 <<Price>>, and have
     you continue to receive this magazine for the upcoming issues, all you will be charged is the small
     fee of 1884<<RDNC Fee>>. Would you like to take advantage of this great offer? Please say yes
     or no. 1885

R1   I'm sorry, I didn't understand you. Do you want to take advantage of this offer and continue to
     receive your magazines for just the small fee of 1886 <<RDNC Fee>>? Please say yes or no.
     1887

R2   I'm so sorry I'm still having trouble, but I still did not understand you. Do you want to take
     advantage of this offer and continue to receive your magazines? Please say yes or no. 1888

T3/R3

Yes  Oh great, then you're all set. Your subscription will continue uninterrupted. I'm
     glad I could help you enjoy your magazine for longer. 1889

No   *Next Retention Code*

Retention UI Design                                                          15

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
SYN-0000028

## Retention Code 210 – Has More Time Save Reminder

You recently were awarded an extension of time to sample this magazine and use the opportunity to get a few more issues, risk-free. Would you like to take advantage of the extra time until 18266 <<MORE TIME DATE>> so you can continue to enjoy the magazine and keep those extra issues? 18267

T1   Sorry to jump in, but did you want to take advantage of this extra time? Please say 'yes' or 'no'. 2196

T2   If you're still there and would like to get a few more risk-free issues, please let me know by saying 'Yes' or 'No'. 2197

R1   Hmm, did you want to get a few more risk-free issues of your magazine? 2198

R2   Let's try this one more time. If you would like to extend your time to sample this magazine, press 1. If you are not interested in this offer, press 2. 2199

Operator

Yes   Great. You're all set to continue receiving more issues of your magazine. I'm glad I could help you enjoy your magazine for longer. 2128/2001100005

No   Next retention code

## Retention Code 220 – More Time Offer

Since we value you as a subscriber, we'd like to extend your risk-free sample time by another 60 Days.  Your subscription will continue and you will still be entitled to get ALL your money back if you call back to cancel before 18276 <<MORE TIME DATE>>. Would you like to get a few more issues, risk-free? 18277

T1   Would you like to extend your risk-free sample time for 60 days? Please say 'yes' or 'no'. 2187

T2   Sorry, but I didn't hear your response.  Do you want me to extend your sample time by 60 days? 2188

R1   Would you like to get a few more issues, risk-free? Please say yes or no. 2189

R2   Sorry.  I didn't understand you.  Please press 1 if you would like to extend your risk-free sample time by 60 days.  If you do not want to take advantage of this offer, just press 2. 2190

Operator

Yes   Great. You're all set to continue receiving more issues of your magazine. I'm glad I could help you enjoy your magazine for longer. 2128/2001100005

No   Next retention code

## AMEX More Time Offer

Since we value you as a subscriber, we'd like to extend your risk-free sample time by 60 Days.  Your subscription will continue and you will still be entitled to get ALL your money back if you call back to cancel before 18276 **<MORE TIME DATE>**.  Would you like to get a few more issues, risk-free?  18277

T1   I'm sorry I didn't hear you. We'd like to extend your risk-free sample time by 60 Days because your satisfaction is important to us.  Your subscription will continue and you will still be entitled to get ALL your money back if you call back to cancel before 18278 <<MORE TIME DATE>>. Would you like to get a few more issues, risk-free? 18277

T2   I'm sorry I still didn't hear you. We'd like to give you some more time to enjoy this magazine risk-free. Your subscription will continue and you will still be entitled to get ALL your money

Retention UI Design                                                                                          16

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
SYN-0000029

back if you call back to cancel before 18279 <<MORE TIME DATE>>.  Would you like to get a few more issues, risk-free? Please say yes or no. 18280

R1 I'm sorry I didn't understand you. Since we value you as a subscriber, we'd like to extend your risk-free sample time by 60 Days. Your subscription will continue and you will still be entitled to get ALL your money back if you call back to cancel before 18281 <<MORE TIME DATE>>. Would you like to get a few more issues, risk-free? 18277

R2 I'm sorry I still didn't understand you. Since we value you as a subscriber, we'd like to extend your risk-free sample time by 60 Days.  Your subscription will continue and you will still be entitled to get ALL your money back if you call back to cancel before 18282 <<MORE TIME DATE>>.  Would you like to get a few more issues, risk-free? Please say yes or no. 18280

Yes Great. You're all set to continue receiving more issues of your magazine.  I'm glad I could help you enjoy your magazine for longer. 2128/2001100005

No *Next retention code*
Operator

## Retention Code 230 –IRC

Ok, I want to make sure I cancel your magazine in the right way; do you want to stay on our active subscriber list until we've sent all your remaining reward issues? 2004

T1 Sorry to jump in here.  Did you want to receive your remaining reward issues?  Please say 'yes' or 'no'. 2005

T2 Excuse me, but I didn't hear your response.  If you want to stay on our active subscriber list and receive your remaining reward issues, say yes.  Otherwise, say no. 2006

R1 Hmm, I didn't understand what you said.  Please say 'yes' if you want to stay on our active subscriber list.  Otherwise, please say 'no'. 2007

R2 Sorry I'm having so much trouble, but I still didn't understand what you said.  To make this easier, please press 1 to receive your remaining issues, and stay on our active subscriber list.  Otherwise, press 2. 2008

Yes

 *Next retention code*

No *Go to IRC confirmation*

## Retention Code 260 - Choice of Premium
(Current Term of Issues)
Updated Premium Offers, PR1127 – Rel 3.26.0 (August 30, 2006)
*Current Items: 120-minute Phone Card (R24-N69),  Coupon Book (),  $20 Gas Rebate (R24-N99)*

Keep your magazine active, and receive this term of issues, and we'll send you a fabulous FREE gift - we'll even pay to ship it to you! Pick your favorite item from the following list as our way of thanking you for being a valued subscriber!  You can get, a 120-minute long distance phone card for anywhere in the continental US, a Stainless Steel Travel Mug or $20 in Gas Rebates.  Just say the name of the product you want: 'Phone Card' or press 1, 'Travel Mug' or press 2, 'Gas Rebate' or press 3. <Slight Pause> you can also say 'more information' OR 'No Thanks'.  3835

Retention UI Design               17

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
SYN-0000030

T1   Sorry I didn't hear you. If you keep your magazine active and agree to keep receiving this term of issues, we'll send you a valuable gift for free. You can say, 'Phone Card' or press 1, say 'Travel Mug ' or press 2, or say 'Gas Rebate' or press 3 <Slight Pause> you can also say 'more information' OR 'No Thanks'.   3836

T2   Sorry, I still didn't hear you. If you keep your magazine active and agree to keep receiving this term of issues, we'll send you a valuable gift for free. If you want a Phone Card, say 'Phone Card' or press 1, for a Travel Mug, say 'Travel Mug' or press 2, or you can say 'Gas Rebate' or press 3 <Slight Pause> you can also say 'more information' OR 'No Thanks'. 3837

R1   I'm sorry I didn't understand you. If you keep your magazine active and agree to keep receiving this term of issues, we'll send you a valuable gift for free. You can say, 'Phone Card' or press 1, say ' Travel Mug' or press 2, or say 'Gas Rebate' or press 3 <Slight Pause> you can also say 'more information' OR 'No Thanks'. 3838

R2   I'm sorry I still didn't understand you. If you keep your magazine active and agree to keep receiving this term of issues, we'll send you a valuable gift for free. If you want the Phone Card, say 'Phone Card' or press 1, for a Travel Mug, say 'Travel Mug' or press 2, or you can say 'Gas Rebate' or press 3 <Slight Pause> you can also say 'more information' OR 'No Thanks'. 3839

Yes            Go to Confirmations below
No Thanks      Go To Next Retention code, depending on caller's account.
More information      Go To Ret Code 280 (keep listening for no thanks and all product names)


## Retention Code 261 AMEX Choice of Premium
Current Term

Ok. I can send you a valuable gift FOR FREE if you keep your magazine active through 1851 <End of Term Date> that would get you all  1852 <No. Issues/ Term> issues in this term.  You can get, a 120-minute phone card, a Stainless Steel Travel Mug, or $20 in Gas Rebates.  Just say the name of the product you want: Phone card or press 1, Travel Mug or press 2, Gas Rebate or press 3.  <Slight Pause> you can also say 'more information' OR 'No Thanks'. 3840

T1   Sorry I didn't hear you. If you keep your magazine active and agree to keep receiving this term of issues, we'll send you a valuable gift for free. You can say, 'Phone Card' or press 1, say 'Travel Mug ' or press 2, or say 'Gas Rebate' or press 3 <Slight Pause> you can also say 'more information' OR 'No Thanks'.   3836

T2   Sorry, I still didn't hear you. If you keep your magazine active and agree to keep receiving this term of issues, we'll send you a valuable gift for free. If you want a Phone Card, say 'Phone Card' or press 1, for a Travel Mug, say 'Travel Mug' or press 2, or you can say 'Gas Rebate' or press 3 <Slight Pause> you can also say 'more information' OR 'No Thanks'. 3837

R1   I'm sorry I didn't understand you. If you keep your magazine active and agree to keep receiving this term of issues, we'll send you a valuable gift for free. You can say, 'Phone Card' or press 1, say ' Travel Mug' or press 2, or say 'Gas Rebate' or press 3 <Slight Pause> you can also say 'more information' OR 'No Thanks'. 3838

R2   I'm sorry I still didn't understand you. If you keep your magazine active and agree to keep receiving this term of issues, we'll send you a valuable gift for free. If you want the Phone Card, say 'Phone Card' or press 1, for a Travel Mug, say 'Travel Mug' or press 2, or you can say 'Gas Rebate' or press 3 <Slight Pause> you can also say 'more information' OR 'No Thanks'. 3839

More Information
No Thanks


Retention UI Design                                                                18

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
SYN-0000031

## Retention Code 270 - Choice of Premium

(Upcoming Term of Issues)
Updated Premium Offers, PR1127 – Rel 3.26.0 (August 30, 2006)
*Current Items: 120-minute Phone Card (R24-N69),Coupon Book (), $20 Gas Rebate (R24-N99)*

Keep your magazine active, and receive your next term of issues, and we'll send you a fabulous FREE gift - we'll even pay to ship it to you! Pick your favorite item from the following list as our way of thanking you for being a valued subscriber! You can get, a 120-minute long distance phone card for anywhere in the continental US, a stainless steel Travel Mug or $20 in Gas rebates. Just say the name of the product you want: 'Phone Card' or press 1, ' Travel Mug' or press 2, 'Gas Rebate' or press 3. <Slight Pause> you can also say 'more information' OR 'No Thanks'. 3398

T1      Sorry I didn't hear you. If you keep your magazine active and agree to receive the next term of issues. we'll send you a valuable gift for free. You can say. 'Phone Card' or press 1. say 'Travel Mug ' or press 2. or say 'Gas Rebate' or press 3 <Slight Pause> you can also say 'more information' OR 'No Thanks'. 3842

T2      Sorry. I still didn't hear you. If you keep your magazine active and agree to receive the next term of issues. we'll send you a valuable gift for free. If you want a Phone Card. say 'Phone Card' or press 1. for a Travel Mug ' or press 2. or you can say 'Gas Rebate' or press 3 <Slight Pause> you can also say 'more information' OR 'No Thanks'. 3843

R1      I'm sorry I didn't understand you. If you keep your magazine active and agree to receive the next term of issues. we'll send you a valuable gift for free. You can say. 'Phone Card' or press 1. say 'Travel Mug ' or press 2. or say 'Gas Rebate' or press 3 <Slight Pause> you can also say 'more information' OR 'No Thanks'.   3844

R2      I'm sorry I still didn't understand you. If you keep your magazine active and agree to receive the next term of issues. we'll send you a valuable gift for free. If you want the Phone Card. say 'Phone Card' or press 1. for a Travel Mug. say 'Travel Mug' or press 2. or you can say 'Gas Rebate' or press 3 <Slight Pause> you can also say 'more information' OR 'No Thanks'. 3845

Yes             Go to Confirmations below
No Thanks       Go To Next Retention code, depending on caller's account.
More information        Go To 290 (keep listening for no thanks and all product names)

Phone Card or Press 1
OK, you're all set to continue receiving more issues of your magazine. I'm glad I could help you enjoy your magazine for longer and keep your subscription active. Your phone card for the continental US will arrive in 4-6 weeks. 21280001

Coupon Book or Press 2
OK. You're all set to continue receiving more issues of your magazine. I'm glad I could help you enjoy your magazine for longer and keep your subscription active. The Entertainment's National Values coupon book will arrive in 4 to 6 weeks. 21280003

Gas Rebates or Press 3
OK. You're all set to continue receiving more issues of your magazine. I'm glad I could help you enjoy your magazine for longer and keep your subscription active. Your Gas Rebates will arrive in 4 to 6 weeks. 21280045

Retention UI Design                                                                 19

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
SYN-0000032

## Retention Code 271 AMEX Choice of Premium
Pre-Bill

Ok. I can send you a valuable gift FOR FREE if you keep your magazine active through 1851 <End of Term Date> that would get you all 1852 <No. Issues/Term> issues in the next term. You can get, a 120-minute phone card, a Stainless Steel Travel Mug, or $20 in Gas Rebates. Just say the name of the product you want: Phone card or press 1, Travel Mug or press 2, Gas Rebate or press 3. <Slight Pause> you can also say 'more information' OR 'No Thanks'. 3846

T1    Sorry I didn't hear you. If you keep your magazine active and agree to receive the next term of issues, we'll send you a valuable gift for free. You can say, 'Phone Card' or press 1, say 'Travel Mug ' or press 2, or say 'Gas Rebate' or press 3 <Slight Pause> you can also say 'more information' OR 'No Thanks'. 3842

T2    Sorry, I still didn't hear you. If you keep your magazine active and agree to receive the next term of issues, we'll send you a valuable gift for free. If you want a Phone Card, say 'Phone Card' or press 1, for a Travel Mug, say 'Travel Mug ' or press 2, or you can say 'Gas Rebate' or press 3 <Slight Pause> you can also say 'more information' OR 'No Thanks'. 3843

R1    I'm sorry I didn't understand you. If you keep your magazine active and agree to receive the next term of issues, we'll send you a valuable gift for free. You can say 'Phone Card' or press 1, say 'Travel Mug ' or press 2, or say 'Gas Rebate' or press 3 <Slight Pause> you can also say 'more information' OR 'No Thanks'. 3844

R2    I'm sorry I still didn't understand you. If you keep your magazine active and agree to receive the next term of issues, we'll send you a valuable gift for free. If you want the Phone Card, say 'Phone Card' or press 1, for a Travel Mug, say 'Travel Mug' or press 2, or you can say 'Gas Rebate' or press 3 <Slight Pause> you can also say 'more information' OR 'No Thanks'. 3845

No Thanks       Go To Next Retention code, depending on caller's account
More information       Go To 291

Phone Card or Press 1
OK, you're all set to continue receiving more issues of your magazine. I'm glad I could help you enjoy your magazine for longer and keep your subscription active. Your phone card for the continental US will arrive in 4-6 weeks. 21280001

Coupon Book or Press 2
OK. You're all set to continue receiving more issues of your magazine. I'm glad I could help you enjoy your magazine for longer and keep your subscription active. The Entertainment's National Values coupon book will arrive in 4 to 6 weeks. 21280003

Gas Rebates or Press 3
OK. You're all set to continue receiving more issues of your magazine. I'm glad I could help you enjoy your magazine for longer and keep your subscription active. Your Gas Rebates will arrive in 4 to 6 weeks. 21280045

## Retention Code 272 AMEX Choice of Premium
Upcoming Term

Retention UI Design                                                                 20

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
SYN-0000033

Keep your magazine active, and receive your next term of issues, and we'll send you a fabulous FREE gift - we'll even pay to ship it to you! Pick your favorite item from the following list as our way of thanking you for being a valued subscriber!  You can get, a 120-minute long distance phone card for anywhere in the continental US, a stainless steel Travel Mug or $20 in Gas rebates.  Just say the name of the product you want: 'Phone Card' or press 1, ' Travel Mug' or press 2, 'Gas Rebate' or press 3. <Slight Pause> you can also say 'more information' OR 'No Thanks'.   3841

| | |
|---|---|
| T1 | Sorry I didn't hear you.  If you keep your magazine active and agree to receive the next term of issues, we'll send you a valuable gift for free.  You can say, 'Phone Card' or press 1, say 'Travel Mug ' or press 2, or say 'Gas Rebate' or press 3 <Slight Pause> you can also say 'more information' OR 'No Thanks'. 3842 |
| T2 | Sorry, I still didn't hear you.  If you keep your magazine active and agree to receive the next term of issues, we'll send you a valuable gift for free. If you want a Phone Card, say 'Phone Card' or press 1, for a Travel Mug, say 'Travel Mug ' or press 2, or you can say 'Gas Rebate' or press 3 <Slight Pause> you can also say 'more information' OR 'No Thanks'. 3843 |
| R1 | I'm sorry I didn't understand you. If you keep your magazine active and agree to receive the next term of issues, we'll send you a valuable gift for free. You can say, 'Phone Card' or press 1, say 'Travel Mug ' or press 2, or say 'Gas Rebate' or press 3 <Slight Pause> you can also say 'more information' OR 'No Thanks'.   3844 |
| R2 | I'm sorry I still didn't understand you.  If you keep your magazine active and agree to receive the next term of issues, we'll send you a valuable gift for free.  If you want the Phone Card, say 'Phone Card' or press 1, for a Travel Mug, say 'Travel Mug' or press 2, or you can say 'Gas Rebate' or press 3 <Slight Pause> you can also say 'more information' OR 'No Thanks'. 3845 |

No Thanks
More Information
Travel Mug or press 1
Phone Card or press 2
Coupon Book or press 3


## Retention Code 280
(Came from Ret Code 260)
Updated Premium Offers, PR1127 – Rel 3.26.0 (August 30, 2006)

*Current Items: 120-minute Phone Card (R24-N69),  Travel Mug (QJ1 -N04),  $20 Gas Rebate (R24-N99)*

More Information
If you keep your magazine active and agree to receive this term of issues, we'll send you a valuable gift of your choice for free. You can chose from one of three products, a Phone card, a stainless steel travel mug, or $20 in Gas Rebates.  Just interrupt me at anytime and say the name of the gift of your choice.  With our 120-minute phone card, you can speak to your friends and family anytime you like.  It's good anywhere in the continental U.S., and this rechargeable phone card offers convenience and peace of mind.  You'll never worry about being without your cell phone or fumbling for loose change again.  If you want this item, just say 'Phone Card' or press 1. Or you can keep your hot beverages hot and your cold beverages cool with our double wall, 16 ounce, insulated stainless steel travel mug.  It features a splash resistant drink through lid, and fits most standard sized cup holders with its tapered, non-skid rubber base.  To enjoy your favorite beverages

Retention UI Design                                                                    21

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
SYN-0000034

anytime, anywhere with this stylish mug, just say 'travel mug' or press 2. Or if you are frustrated by the high price of gasoline, we can help by sending you $20 in gas rebates. They're good anywhere you buy gas. So, to get your $20 in gas rebates and start saving today, just say "gas rebate' or press 3. If you don't want any of these products say 'No Thanks'. 3228

*Go to same R/T and T/O as opening prompt for 260.*

Yes          Go to same Confirmations as Retention Code 260
No Thanks    Go To Next Retention code, depending on caller's account.

## AMEX Retention Code 281

AMEX More Information

If you keep your magazine active and agree to receive this term of issues, we'll send you a valuable gift of your choice for free. You can chose from one of three products, a Phone card, a Travel Mug, or $20 in Gas Rebates. Just interrupt me at anytime and say the name of the gift of your choice. For a 120-minute phone card, you can speak to your friends and family anytime you like. It's good anywhere in the continental U.S., and this rechargeable phone card offers convenience and peace of mind. You'll never worry about being without your cell phone or fumbling for loose change again. If you want this item, just say 'Phone Card' or press 1. Or you can keep your hot beverages hot and your cold beverages cool with our double wall, 16 ounce, insulated stainless steel travel mug. It features a splash resistant drink through lid, and fits most standard sized cup holders with its tapered, non-skid rubber base. To enjoy your favorite beverages anytime, anywhere with this stylish mug, just say 'travel mug' or press 2. Or if you are frustrated by the high price of gasoline, we can help by sending you $20 in gas rebates. They're good anywhere you buy gas. So, to get your $20 in gas rebates and start saving today, just say "gas rebate' or press 3. If you don't want any of these products say 'No Thanks'. 3847

Timeouts and Retries are same as AMEX Retention Code 260

## Retention Code 290

(Came from Ret Code 270)
Updated Premium Offers, PR1127 – Rel 3.26.0 (August 30, 2006)
*Current Items: 120-minute Phone Card (R24-N69),   Travel Mug (QJI'-N04),   $20 Gas Rebate (R24-N99)*

More Information

Let me give you a little more information. You can always interrupt and make a selection if you hear a choice you like. If you keep your magazine active and agree to receive the next term of issues, we'll send you a valuable gift for free. You can chose from one of three products, a Phone card, a Travel Mug, or $20 in Gas Rebates. Just interrupt me at anytime and say the name of the gift of your choice. The 120-minute phone card, is good for long distance calling within the continental US, and this rechargeable phone card offers convenience and peace of mind. You'll never worry about being without your cell phone or fumbling for loose change again. If you want this item, just say 'Phone Card' or press 1. Or you can keep your hot beverages hot and your cold beverages cool with our double wall, 16 ounce, insulated stainless steel travel mug. It

Retention UI Design                                                                    22

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
SYN-0000035

features a splash resistant drink through lid, and fits most standard sized cup holders with its tapered, non-skid rubber base. To enjoy your favorite beverages anytime, anywhere with this stylish mug, just say 'travel mug' or press 2. Or if you are frustrated by the high price of gasoline, we can help by sending you $20 in gas rebates. They're good anywhere you buy gas. So, to get your $20 in gas rebates and start saving today, just say "gas rebate' or press 3. If you don't want any of these products say 'No Thanks'. 3848

*Go to same R/T and T/O as opening prompt for 270.*

Yes          Go to same Confirmations as Retention Code 270
No Thanks    Go To Next Retention code, depending on caller's account.

## AMEX Retention Code 291
(Came from Ret Code 271)

More Information
Let me give you a little more information. You can always interrupt and make a selection if you hear a choice you like. If you keep your magazine active and agree to receive the next term of issues, we'll send you a valuable gift for free. You can chose from one of three products, a Phone card, a Travel Mug, or $20 in Gas Rebates. Just interrupt me at anytime and say the name of the gift of your choice. The 120-minute phone card, is good for long distance calling within the continental US, and this rechargeable phone card offers convenience and peace of mind. You'll never worry about being without your cell phone or fumbling for loose change again. If you want this item, just say 'Phone Card' or press 1. Or you can keep your hot beverages hot and your cold beverages cool with our double wall, 16 ounce, insulated stainless steel travel mug. It features a splash resistant drink through lid, and fits most standard sized cup holders with its tapered, non-skid rubber base. To enjoy your favorite beverages anytime, anywhere with this stylish mug, just say 'travel mug' or press 2. Or if you are frustrated by the high price of gasoline, we can help by sending you $20 in gas rebates. They're good anywhere you buy gas. So, to get your $20 in gas rebates and start saving today, just say "gas rebate' or press 3. If you don't want any of these products say 'No Thanks'. 3848

No Thanks
More Information

## AMEX  Retention Code 292
(Came from Ret Code 272)
Updated Premium Offers, PR1127 – Rel 3.26.0 (August 30, 2006)
*Current Items: 120-minute Phone Card (R24-N69),  Travel Mug (QJT-N04),  $20 Gas Rebate (R24-N99)*

More Information
Let me give you a little more information. You can always interrupt and make a selection if you hear a choice you like. If you keep your magazine active and agree to receive the next term of issues, we'll send you a valuable gift for free. You can chose from one of three products, a Phone card, a Travel Mug, or $20 in Gas Rebates. Just interrupt me at anytime and say the name of the gift of your choice. The 120-minute

Retention UI Design                                                                23

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
SYN-0000036

phone card, is good for long distance calling within the continental US, and this rechargeable phone card offers convenience and peace of mind. You'll never worry about being without your cell phone or fumbling for loose change again. If you want this item, just say 'Phone Card' or press 1. Or you can keep your hot beverages hot and your cold beverages cool with our double wall, 16 ounce, insulated stainless steel travel mug. It features a splash resistant drink through lid, and fits most standard sized cup holders with its tapered, non-skid rubber base. To enjoy your favorite beverages anytime, anywhere with this stylish mug, just say 'travel mug' or press 2. Or if you are frustrated by the high price of gasoline, we can help by sending you $20 in gas rebates. They're good anywhere you buy gas. So, to get your $20 in gas rebates and start saving today, just say "gas rebate' or press 3. If you don't want any of these products say 'No Thanks'. 3848

*Go to same R/T and T/O as opening prompt for 272.*

| Yes | Go to same Confirmations as Retention Code 272 |
| No Thanks | Go To Next Retention code, depending on caller's account. |

## Retention Code 320 – RDNC Fee Script Save

For this magazine, you were charged a nominal fee that covered the cost of processing your subscription, so you're entitled to receive your magazines for the current term at no additional cost. Do you want to take advantage of this offer and continue to receive your magazines? Please say yes or no. 907

| T1 | Excuse me for jumping in. but did you want to take advantage of this offer? Please say 'yes' or 'no'. 908 |
| T2 | Sorry to jump in again. but I just wanted to remind you that you've already paid the processing fee. which entitles you to receive your magazines for the current term at no additional cost. So why not take advantage of this offer? Please just say 'yes' or 'no'. 909 |
| R1 | I wasn't able to understand you, would you repeat what you said? 910 |
| R2 | Sorry I didn't get it that time either. If you want to continue to receive your magazines for the current term, press 1. Otherwise, just press 2. 911 |

Agent  **Go To** <u>Operator Request</u>

Yes
> IVR Object Call
> DLL: Retention.dll
> CLASS:
>        ClsCancel
> OBJECT:    Cancel
> OK, you're all set to continue receiving more issues of your magazine. I'm glad I could help you enjoy your magazine for longer. 912/3524

No    *Next Retention Code*

## Retention Code 330 – Script Save – RDNC Offer

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
SYN-0000037

I will refund the magazine fee for you, as long as you don't cancel your subscription right now.  Do you want me to process this refund? 913

| | |
|---|---|
| T1 | Would you like me to process the refund as I have just described?  914 |
| T2 | Sorry to jump in, but did you want to keep your magazine active and receive a refund for your magazine fee?  Please say 'yes' or 'no'.  915 |
| R1 | Sorry I didn't get that.  Can you please repeat that for me? 916 |
| R2 | I'm so sorry, but I still couldn't get what you said.  If you would like your magazine to stay active and have your magazine fee refunded, please say 'yes' or press 1.  Otherwise say 'no' or press 2. 917 |

| | |
|---|---|
| Agent | **Go To** <u>Operator Request</u> |
| Yes | IVR Object Call |
| | DLL          Retention.dll |
| | CLASS:    ClsCancel |
| | OBJECT:  Cancel |
| | Great.   I've refunded your magazine fee, and you can continue to enjoy this magazine. 918 |
| No | *Next Retention Code* |

## Retention Code 340 – Already Refunded RDNC Fee

I see that your magazine fee of... 919 **<DOLLARS>** was refunded 921 , ...and you're entitled to receive your magazines for the current term at no additional cost. Do you want to take advantage of this offer and continue to receive your magazines? 920

| | |
|---|---|
| T1 | Would you like to take advantage of this offer?  Please say 'yes' or 'no'.  2191 |
| T2 | Since you're already entitled to receive your magazines for the current term at no additional cost....why NOT take advantage of this offer?  Please respond by saying 'yes' or 'no'.  2192 |
| R1 | Hmm.  Did you want to take advantage of this offer?  2193 |
| R2 | Let's try this a different way.  If you want to take advantage of this offer and continue to receive your magazines, press 1.  Otherwise, press 2.  2194 |

| | |
|---|---|
| Yes | OK, you're all set to continue receiving your magazine.  I'm glad I could help you enjoy your magazine for longer.  2195 |
| No | *Next Retention Code* |

## Retention Code 350

Our records indicate that your processing and handling fee of 2252 <P&H Fee> was refunded on 921 <P&H Refund Date> and your entitled to receive your magazines for the current term at no additional cost.  Do you want to take advantage of this offer and continue to receive your magazines?  Please say 'yes' or 'no'. 2254

| | |
|---|---|
| T1 | Excuse me for jumping in, but did you want to take advantage of this offer?  Please say 'yes' or 'no'.  908 |
| T2 | Sorry to jump in again, but I just wanted to remind you that you've already paid the processing fee, which entitles you to receive your magazines for the current term at no additional cost.  So why not take advantage of this offer? Please just say 'yes' or 'no'.  909 |
| R1 | I wasn't able to understand you, would you repeat what you said?  910 |
| R2 | Sorry I didn't get it that time either.  If you want to continue to receive your magazines for the current term, press 1.  Otherwise, just press 2.  911 |

Retention UI Design                                                                25

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
SYN-0000038

Yes    OK, you're all set to continue receiving more issues of your magazine. I'm glad I
       could help you enjoy your magazine for longer. 912

No     *Next Retention Code*

## Retention Code 360 – CNO

Great news!  Your magazine has been selected from a special group of titles where we
can cancel your current term, refund all the money you're due, AND give you the next
2493 <CNO TERM> for just $5.97. Your magazine will continue uninterrupted and we'll
send you a notice giving you an option to cancel future terms.  Do you want me to
immediately credit your account and start your new term? 2494

T1     Sorry, but I didn't hear what you said.  If you want me to process your refund and get your new
       term started, just say 'yes'.  If you are not interested in this offer, just say 'no'. 2499
T2     Sorry to jump in here, but do you want me to process your refund and get your next term started?
       Please say 'yes' or 'no'.  2500
R1     Sorry, I didn't get that.  Do you want me to process your refund and get your new term of
       magazines started?  Please say 'yes' or 'no'. 2501
R2     Hmm.  Let's try this a different way.  If you would like me to process your refund and get your
       next term of issues started, press 1.  If you are not interested in this offer, press 2. 2502

Yes    Great. You're all set to continue receiving more issues of your magazine. I'm glad
       I could help you enjoy your magazine for longer. 20011000005  Your refund will
       be processed in 1-2 business days. It can sometimes take 1-2 billing cycles for
       your credit to appear on your monthly statement 2513

No     *Next Retention Code*

## Retention Code 370– CNO

Great news!  Your magazine has been selected from a special group of titles where we
can cancel your upcoming charge, AND give you the next 2505 <CNO TERM> for just
$5.97. Your magazine will continue uninterrupted and we'll send you a notice giving you
an option to cancel future terms.  Do you want me to immediately cancel your upcoming
charge and start your new term? 2506
T1     Sorry, but I didn't hear what you said.  If you want me to cancel your upcoming charge and get
       your new term started, just say 'yes'.  If you are not interested in this offer, just say 'no'. 2509
T2     Sorry to jump in here, but do you want me to cancel your upcoming charge and get your next term
       started?  Please say 'yes' or 'no'.  2510
R1     Sorry, I didn't get that.  Do you want me to cancel your upcoming charge and get your new term of
       magazines started?  Please say 'yes' or 'no'. 2511
R2     Hmm.  Let's try this a different way.  If you would like me to cancel your upcoming charge and
       get your next term of issues started, press 1.  If you are not interested in this offer, press 2.  2512

Yes    Great. You're all set to continue receiving more issues of your magazine. I'm glad
       I could help you enjoy your magazine for longer. 2001100005

Retention UI Design                                                          26

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
SYN-0000039

No      *Next Retention Code*

## Retention Code 390 – CNO Reminder (RNDC Replacement)

Our records indicate that you previously accepted an offer that ensured you would get all
the issues in your current term and then also get additional issues for the low price of just
$5.97. Since you haven't been charged yet, why not keep receiving all of the issues you're
entitled to. All YOU need to do is call us back to cancel before 3143 <<NBD>>, and you
won't be charged at all. So, do you want to remain on our active subscriber list and keep
getting all of your remaining issues? 3144

T1      Sorry, but I didn't hear what you said. Would you like to keep receiving the additional issues
        you're entitled to? Please say 'yes' or 'no'. 3134
T2      Sorry to jump in here, but if you would like to keep receiving the additional issues you're entitled
        to, just say 'yes'. Otherwise, say 'no'? 3139
R1      Sorry, I didn't get that. If you would like to continue receiving the additional issues you're entitled
        to, say 'yes'. Otherwise, say 'no'. 3140
R2      Hmm. Let's try this a different way. If you would like to continue receiving the issues you're
        entitled to, press 1. If you are not interested in this offer, press 2. 3145

Yes     Great. You're all set to continue receiving more issues of your magazine. I'm glad
I could help you enjoy your magazine for longer. 2001100005

No      *Next Retention Code*

## Retention Code 1000 – Recent Cancel (within the last 60 days)

<Title> was cancelled on...<cancel date>. 542/8400
You may still receive one or two copies of the magazine, and you can keep those with our
compliments. 8401

## Retention Code 1010 – Cancel more than 60 days ago

<Title> was cancelled on...<cancel date>. 542/8400

## Retention Code 1020 – Recent DNR (Customer will get more issues)

All future billings were cancelled on...<cancel date>. 8300
You should continue receiving issues until the end of your current term. 8302

## Retention Code 1030 – Old DNR (Customer will get no more issues)

All future billings were cancelled on...<cancel date>. 8300

## Retention Code 1040 – Other Cancel Type

(There are DNIS specific varieties of this prompt, with different phone numbers.)

Transfer to Operator

## Retention Code 1050 – Existing Premium Save

Retention UI Design                                                    27

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
SYN-0000040

I see that you've received a premium gift from us for keeping your magazine subscription active for the full current-term. Are you sure you want to cancel the future billings and future terms of your magazine? 2165

| | |
|---|---|
| T1 | Sorry, but did you want to cancel your future term and future billings? Please say 'yes' or 'no'. 2166 |
| T2 | Sorry to jump in here again, but I wanted to be sure you were still there. If you would like to cancel your future term and future billings, please say 'yes'. Otherwise, just say 'no'. 2167 |
| R1 | I'm terribly sorry, but I didn't understand what you said. If you want to cancel future terms and billings of this magazine, say 'yes'. Otherwise, say 'no'. 2168 |
| R2 | Sorry, but I still didn't get what you said. Let's give this one more try. If you want to cancel your future term and future billings, press 1. Otherwise, press 2. 2169 |

Agent  **Go To** Operator Request

Yes  I've processed your cancellation so that you will not be charged for this magazine again. Your magazine will continue until your current term ends. 2171

No  Great. I hope you continue to enjoy your magazine. 2170


## Retention Code 1060 – Premium Sold Sub DNIS

I notice that you've received a premium with your magazine order. In order to keep your premium, you need to keep your magazine for the full term that was indicated on your order form. Do you want to keep your magazine active and keep your premium? 2907

| | |
|---|---|
| T1 | Sorry to jump in here, but did you want to keep your magazine active and keep your premium? Please either say 'yes' or 'no'. 2908 |
| T2 | I'm sorry, but I have not heard your response. If you want to keep your magazine and your premium, please say 'yes'. Otherwise, say 'no'. 2909 |
| R1 | Hmm. Did you want to fulfill your obligation and keep your magazine active? Please only respond by saying 'yes' or 'no'. 2910 |
| R2 | I'm sorry I am having so much trouble with this. Let's try this just one more time. If you want to keep your magazine active, please press 1. If not, then just press 2. 2911 |

Agent  **Go To** Operator Request

Yes  Great. I hope you enjoy your premium and your magazines. 2912

No  I've processed the cancel, and you won't be charged for this magazine again. Your magazine will continue until your current term ends, which is what you agreed to when you accepted your premium. 2913
Your confirmation number for this transaction is 2175/21032 <123456> <1-second pause>. If you want that number again, say repeat. 2176/21033 <4-second pause>

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
SYN-0000041

# **<u>Tyler Exhibit G</u>**

Message                                                                                                Page 1 of 1

## Unknown

**From:**      Romano, Antonio - Telemarketing Support Services <aromano@synapsemail.com>

**Sent:**      Friday, September 23, 2005 3:49 PM

**To:**        Lally, Sunita - Telemarketing Support Services <slally@synapsemail.com>; Alfonso, Jody -
               Customer Care Operations <jalfonso@synapsemail.com>; Marsella, Anthony - Finance
               <amarsella@synapsemail.com>; Elvin, Barry - Operations <belvin@synapsemail.com>;
               Wade, Bill - Operations <bwade@synapsemail.com>; Blake, Amy - Customer Care
               Operations <ablake@synapsemail.com>; Vance, Robert - Telemarketing Support Services
               <bvance@synapsemail.com>; Farrell, Bryan - Marketing Production Operations
               <bfarrell@synapsemail.com>; Tyler, Chris - Retention Marketing <ctyler@synapsemail.com>;
               Olson, Chris - Marketing Production Operations <colson@synapsemail.com>; Sentell, Cliff -
               Telemarketing Support Services <csentell@synapsemail.com>; Lynch, David - Customer
               Care Operations <dlynch@synapsemail.com>; Alpuche, Doug - Executive
               <dalpuche@synapsemail.com>; Kapetanovic, Emir - Finance
               <ekapetanovic@synapsemail.com>; Guarino, Laurie - Gift Services
               <lguarino@synapsemail.com>; Permalla, Indira - Telemarketing Support Services
               <ipermalla@synapsemail.com>; Duchesne, J.F. - Finance <jfduchesne@synapsemail.com>;
               Jones, Janet - Operations <jajones@synapsemail.com>; White, Janine - Telemarketing
               Support Services <jwhite@synapsemail.com>; Huang, Ju - Telemarketing Support Services
               <jhuang@synapsemail.com>; Wendt, Kristen - New Business Development
               <kwendt@synapsemail.com>; Anderson, Kurt - Gift Services
               <kanderson@synapsemail.com>; Maredia, Parul - Telemarketing Support Services
               <pmaredia@synapsemail.com>; Seastrong, Matt - Customer Care Operations
               <mseastrong@synapsemail.com>; Tou, Maureen - Telemarketing Support Services
               <mtou@synapsemail.com>; Panoli, Ryan - Finance <rpanoli@synapsemail.com>; Lo, Pauline
               - Customer Care Operations <plo@synapsemail.com>; Breunig, Bob - Finance
               <bbreunig@synapsemail.com>

**Subject:**   IVR Summary week ending 09/17/05.

**Attachments:** IVR SUMMARY Week Ending 091705.xls

Attached is the IVR Summary week ending 09/17/05.

Let me know if you have any questions

Antonio

1/2/2008

CONFIDENTIAL                                                                              SYN-0095703

## IVR SUMMARY

### Mags - Customer Service, CAPS, & Order Placement

| Week Ending | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total Magazine Calls | 119,470 | 103,972 | 116,044 | 122,312 | 126,656 | | |
| Calls Taken in IVR | 117,104 | 102,008 | 114,758 | 121,224 | 125,068 | | |
| Terminated in IVR | 89,464 | 79,173 | 86,637 | 90,997 | 94,624 | | |
| Average IVR Call Length (Min.) | 3.45 | 3.43 | 3.46 | 3.47 | 3.45 | | |
| Percent of Calls Taken in IVR | 98.0% | 98.1% | 98.9% | 99.1% | 98.7% | 97.5% | 97.4% |
| Budget | 97.0% | 97.0% | 97.0% | 97.0% | 97.0% | | |
| Percent of IVR Calls Terminated | 76.4% | 77.6% | 75.5% | 75.1% | 75.7% | 76.0% | 74.0% |
| Budget | 71.1% | 71.1% | 71.1% | 71.1% | 71.1% | 71.1% | |
| Percent of Total Calls Terminated | 74.9% | 76.1% | 74.7% | 74.4% | 74.7% | 74.1% | 72.1% |
| Budget | 69.0% | 69.0% | 69.0% | 69.0% | 69.0% | 69.0% | |

### Merchandise

| Week Ending | 09/17/05 | 08/06/05 | 08/13/05 | 08/27/05 | 09/03/05 | 09/10/05 | 09/17/05 |
|---|---|---|---|---|---|---|---|
| Total Merchandise Calls | 27,348 | 17,827 | 21,640 | 23,385 | 25,309 | | |
| Calls Taken in IVR | 26,413 | 17,396 | 21,385 | 22,938 | 23,852 | | |
| Terminated in IVR | 14,630 | 9,749 | 12,305 | 12,843 | 12,905 | | |
| Average IVR Call Length (Min.) | 2.33 | 2.31 | 2.34 | 2.35 | 2.28 | 2.30 | |
| Percent of Calls Taken in IVR | 96.6% | 97.6% | 98.8% | 98.1% | 94.2% | 95.4% | 94.0% |
| Budget | 94.0% | 94.0% | 94.0% | 94.0% | 94.0% | 94.0% | |
| Percent of IVR Calls Terminated | 55.4% | 56.0% | 57.5% | 56.0% | 54.1% | 57.3% | 60.0% |
| Budget | 63.8% | 63.8% | 63.8% | 63.8% | 63.8% | | |
| Percent of Total Calls Terminated | 53.5% | 54.7% | 56.9% | 54.9% | 51.0% | 54.7% | 54.6% |
| Budget | 60.0% | 60.0% | 60.0% | 60.0% | 60.0% | 60.0% | |

### Total Mags & Merchandise

| Week Ending | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total | 146,818 | 121,799 | 137,684 | 145,697 | 151,965 | | |
| Calls Taken in IVR | 143,517 | 119,404 | 136,143 | 144,162 | 148,920 | | |
| Terminated in IVR | 104,094 | 88,922 | 98,942 | 103,840 | 107,529 | | |
| Average IVR Call Length (Min.) | 3.30 | 3.31 | 3.34 | 3.34 | 3.31 | | |
| Percent of Calls Taken in IVR | 97.8% | 98.0% | 98.9% | 98.9% | 98.0% | 97.1% | 95.6% |
| Budget | 96.5% | 96.5% | 96.5% | 96.5% | 96.5% | | |
| Percent of IVR Calls Terminated | 72.5% | 74.5% | 72.7% | 72.0% | 72.2% | 72.4% | 70.3% |
| Budget | 70.1% | 70.1% | 70.1% | 70.1% | 70.1% | | |
| Percent of Total Calls Terminated | 70.9% | 73.0% | 71.9% | 71.3% | 70.8% | 70.3% | 67.2% |
| Budget | 67.6% | 67.6% | 67.6% | 67.6% | 67.6% | 67.5% | |

CONFIDENTIAL

SYN-0095704

# IVR SUMMARY

## - Total Mags and Merchandise IVR Downtime

| | 09/17/05 | 09/10/05 | 09/03/05 | 08/27/05 | 08/20/05 | YTD 2005 | YTD 2004 |
|---|---|---|---|---|---|---|---|
| Total Calls | 0 | 0 | 563 | 32 | 1,056 | | |

## MAGS Customer Service

| Week Ending | 09/17/05 | 09/10/05 | 09/03/05 | 08/27/05 | 08/20/05 | YTD 2005 | YTD 2004 |
|---|---|---|---|---|---|---|---|
| Total Magazine Calls | 106,597 | 90,448 | 102,510 | 107,485 | 112,066 | | |
| Calls Taken in IVR | 104,456 | 88,665 | 101,380 | 106,575 | 110,660 | | |
| Terminated in IVR | 78,470 | 67,143 | 74,688 | 78,457 | 82,311 | | |
| Average IVR Call Length (Min.) | 3.49 | 3.44 | 3.47 | 3.48 | 3.46 | | |
| Percent of Calls Taken in IVR | 98.0% | 98.0% | 98.9% | 99.2% | 98.7% | | |
| Percent IVR Calls | 75.1% | 75.7% | 73.7% | 73.6% | 74.4% | | |
| Percent Total Calls | 73.6% | 74.2% | 72.9% | 73.0% | 73.4% | | |

### - MAGS Application 20

| Week Ending | 09/17/05 | 09/10/05 | 09/03/05 | 08/27/05 | 08/20/05 | YTD 2005 | YTD 2004 |
|---|---|---|---|---|---|---|---|
| Calls Taken in IVR | 78,854 | 64,691 | 79,137 | 85,182 | 86,337 | | |
| Terminated in IVR | 54,144 | 44,722 | 54,514 | 58,182 | 59,236 | | |
| Percent IVR Calls | 68.7% | 69.1% | 68.9% | 68.3% | 68.6% | | |

### - MAGS (Renewal Postcards)*

| Week Ending | 09/17/05 | 09/10/05 | 09/03/05 | 08/27/05 | 08/20/05 | YTD 2005 | YTD 2004 |
|---|---|---|---|---|---|---|---|
| Total Calls | 24,954 | 23,225 | 19,830 | 21,019 | 23,911 | | |
| Average IVR Call Length (Min.) | 3.22 | 3.16 | 3.14 | 3.15 | 3.15 | | |

* Renewal Postcards data is included within the Mags IVR and Total IVR.
* Renewal Postcards data includes Transfers and Non-Transfers.

### - MAGS (Process & Handling) *

| Week Ending | 09/17/05 | 09/10/05 | 09/03/05 | 08/27/05 | 08/20/05 | YTD 2005 | YTD 2004 |
|---|---|---|---|---|---|---|---|
| Total Calls | 495 | 411 | 484 | 528 | 545 | | |

* Process and Handling data is included within the Mags IVR Calls and Total IVR.

CONFIDENTIAL

SYN-0095705

# IVR SUMMARY

## CAPS IVR

| Total CAPS Calls | 2,531 | 2,007 | 2,160 | 3,357 | 3,111 | | |
|---|---|---|---|---|---|---|---|
| Calls Taken in IVR | 2,306 | 1,826 | 2,004 | 3,179 | 2,929 | | |
| Terminated in IVR | 652 | 513 | 575 | 1,070 | 834 | | |
| Average IVR Call Length (Min.) | 3.34 | 2.54 | 3.01 | 3.00 | 2.47 | | |
| Percent Calls Taken in IVR | 91.1% | 91.0% | 92.8% | 94.7% | 94.1% | | |
| Percent of IVR Calls Terminated | 28.3% | 28.1% | 28.7% | 33.7% | 28.5% | | |
| Percent of Total Calls Terminated | 25.8% | 25.6% | 26.6% | 31.9% | 26.8% | | |

### - MAGS (Retention)

| Gross Saves | 16,716 | 13,827 | 15,648 | 16,029 | 16,783 | | |
|---|---|---|---|---|---|---|---|
| Save Rate | 20.1% | 20.2% | 20.8% | 20.6% | 20.5% | | |
| Gross DNRs | 30,596 | 28,155 | 25,256 | 25,959 | 28,185 | | |
| DNR Rate | 46.1% | 47.8% | 42.3% | 42.0% | 43.2% | | |

### - MAGS (Retention 3 Month Moving Avg)

| Gross Saves | 201,739 | 198,639 | 197,258 | 193,506 | 190,407 |
|---|---|---|---|---|---|
| Save Rate | 20.2% | 20.0% | 19.8% | 19.6% | 19.4% |
| Gross DNRs | 328,956 | 326,922 | 327,755 | 324,110 | 323,016 |
| DNR Rate | 41.3% | 41.1% | 41.0% | 40.8% | 40.9% |

## Merchandise Customer Service

| Calls Taken in IVR | 9,164 | 6,984 | 8,779 | 9,706 | 9,747 | | |
|---|---|---|---|---|---|---|---|
| Terminated in IVR | 5,075 | 3,946 | 5,048 | 5,378 | 5,303 | | |
| Percent IVR Calls | 55.4% | 56.5% | 57.5% | 55.4% | 54.4% | | |

## Merchandise Retail

| Calls Taken in IVR | 17,687 | 10,397 | 12,697 | 13,224 | 14,102 | | |
|---|---|---|---|---|---|---|---|
| Terminated in IVR | 9,767 | 5,789 | 7,289 | 7,459 | 7,596 | | |
| Percent IVR Calls | 55.2% | 55.7% | 57.4% | 56.4% | 53.9% | | |

## Order Placements Totals

| Week Ending | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Total Calls | 10,342 | 11,517 | 11,374 | 11,470 | 11,479 | | |

1/2/2006

CONFIDENTIAL

SYN-0095706

# **Tyler Exhibit H**

# Retention Marketing

- ## Strong response to all Save efforts.
  - ### Save 1 & Save 2 yielding quality Saves.

| YTD (Mar. 'H4 Bus. Rev.) | Avg.  Value | Quantity |
|---|---|---|
| Save 1 (Ben Ex) | $3.00 | 77,000 |
| Save 2 (Value-Add) | $6.00 | 173,000 |

  - ### Conversion Rates remain high.
    - #### Overall Save Performance 18%.
      - Blend of IVR (24%) & TSR (14%).

Synapse Director's Dinner – May 10, 2004

1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
SYN-0000655

# Retention Marketing

- Accomplishments:
  - Extensive IVR script testing
    - Affinity Premium scripts and Upsell Language
  - Began offering 2nd Save to Amex callers (IVR).
  - Maximizing script response
    - Systemic and qualification changes made in the IVR
  - Deployed  IVR based magazine upsell.
    - Offers 2 new magazines to certain callers.
      - (Saves, Cancels & Charge Inquiries)

Synapse Director's Dinner – May 10, 2004

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
SYN-0000656

# Retention Marketing

- Initiatives:
    - Support CRM test.
        - Prototype system to deliver best scripts to TSR.
    - Fine-tune magazine upsell with affinity logic.
        - Use magazine @Risk to help select the upsell titles.
    - Test Remarketing effort to recent cancels.
        - Invite recent callers to come back and start.
    - New Incentive program for call center Mgmt.
        - Encourage Sup/TL/QA to coach TSR performance.

Synapse Director's Dinner – May 10, 2004

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
SYN-0000657

# **Tyler Exhibit I**

**TYLER – EXHIBIT 9**

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Comparative Retention Performance by System/App | | | | | |
| 2 | timeframe: Nov 2006 | | | | | |
| 3 | | | | | | |
| 4 | SYSTEM | CALLS | CALLS_WITH_CANCEL_BRANCH | CALLS_WITH_RTN_TRAN | SUBS | SAVE_RATE |
| 5 | IVR-Mag Customer Service | 387717 | 197414 | 170851 | 273734 | 19.2 |
| 6 | IVR-RenewalPostcard | 66089 | 58439 | 43447 | 72918 | 31.7 |
| 7 | LiveRep | 142328 | 83048 | 68458 | 152462 | 6.1 |
| 8 | | | | | | |
| 9 | | | 0.509170348 | 0.865445207 | | 0.192 |
| 10 | | | 0.884247 | 0.743458991 | | 0.317 |
| 11 | | | 0.583497274 | 0.824318466 | | 0.061 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
SYN-0001013

| | G | H | I | J | K |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | POSTBIL_DNR_RATE | PREBILL_DNR_RATE | CANCEL_RATE | | |
| 5 | 11.6 | 3.9 | 65.2 | 99.9 | |
| 6 | 67.3 | 0 | 1 | 100 | |
| 7 | 6.9 | 2.9 | 82.7 | 98.6 | |
| 8 | | | | | |
| 9 | 0.116 | 0.039 | 0.652 | | *<100 due to subs which are already canceled or removed after |
| 10 | 0.673 | 0 | 0.01 | | being mistakenly pulled into retention* |
| 11 | 0.069 | 0.029 | 0.827 | | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
SYN-0001014

# Tyler Exhibit J

**Customer Groupings**

It is helpful to think about Synapse cancel customers in terms of their behavior that causes them to cancel. We believe there are four distinct groups of customer as defined by their cancellation behavior where an appropriate save strategy should be targeted. The following table looks at these groupings (unable, unwilling, value and free) by their total contribution to our overall cancel rate over time (contract #) for a typical CMX offer.

| Contract | Unable | Unwilling | Value | Free | Total Cancel | Payment |
|----------|--------|-----------|-------|------|--------------|---------|
| 1 | 8 | 8 | 19 | 30 | 65% | 35% |
| 2 | 12 | 8 | 9 | 9 | 38% | 62% |
| 3 | 12 | 8 | 10 | 5 | 35% | 65% |
| 4 | 16 | 8 | 9 | 2 | 35% | 65% |
| 5+ | 16 | 8 | 9 | - | 33% | 67% |

The following is a brief overview of the groupings and the specific marketing efforts that should be tested.

**Unable** – this is the group of customers that are unable to stay in a continuous service billing platform. We measure this group via our hard decline rate. Decline rates increase significantly over time, averaging 8 percent during the first contract and doubling to 16 percent in contract 4 and beyond. Customers in this group conceptually are unable to stay in our continuous service billing platform, but many of them have good active credit cards. Synapse has tried various strategies to recover as many declined customers as possible using tactics such as participation files or hard decline recovery letters. There are several opportunities for this group of customers that we could jointly exploit.

1. Direct billing of hard declines – assuming we can modify our offer to accommodate this tactic, we should send invoices using the magazine's brand upon a hard decline.
2. Positive option marketing – during contract years 4 and later, we could potentially try a positive check renewal effort to the universe of active customers. People Magazine is currently looking at results of a test to see if this approach will generate enough incremental response to justify the marketing costs.
3. Hard decline letters – using the magazine brand to request a new credit card would be more powerful then our current efforts.
4. Phone – an outbound customer service call from the magazine should be tried.

**Unwilling** – the unwilling group are measured by those customers that opt out of continuous service via the cancel do not renew transaction. These customers are telling us that they potentially want the magazine but do not want automatic renewal by Synapse. This group probably breaks down into a universe of customers that prefer positive option renewal offers vs. customers that would renew on a negative option non-

SYN-0090590

Synapse or non-credit card platform. Roughly 8% of customers in each contract end up taking the CDNR cancel type. Some percent of these customers truly do not want the magazine but were persuaded to cancel this way. This is more prevalent in the early contracts and less so in the later contracts.

1. Positive option marketing – Time Inc. should send the customer a renewal series as soon as the customer has indicated that they wish to cancel their magazine subscription via a CDNR cancel type.
2. Phone – an outbound customer service call from the magazine should be tried.

**Value** – there are a group of customers canceling their magazine subscriptions because they are too expensive. This group is substantial, estimated to be 19% of a first contract and approximately 10% thereafter. They are the customers that respond to our various save efforts and would be the most receptive group for our RDNC cancel type. To properly exploit this group of customers we need to develop a compelling value proposition in our marketing efforts.

1. Premium saves – we should try editorial specific premium saves, or premium saves that have a higher perceived value than current save efforts. Previously Synapse had adopted a generic premium approach in marketing premium saves to our customer base. We are evolving our premium save strategy to address higher priced magazines now that premium save functionality has been enhanced to prevent cancellations of the current saved contract. We should work closely with Time Inc. titles to maximize the value proposition of our premium save promotions to Time Inc. customers.
2. More Time – a new save effort is coming on line in August that will extend customer's sample time by and additional 60 days.
3. RDNC – Refund do not cancel allows customers to enjoy the remainder of their subscription for a small processing fee. This fee can vary by title and can be used to provide a powerful incentive to customers to keep their current subscription active. It also allows us to try and automatically renew them for the next contract.
4. Ride-alongs – can be used to add value to the magazine renewal by effectively lowering the price of the host title.
5. Positive option marketing – should be tested where the value proposition is more compelling (lower price for longer term) than our current annual renewal offer.

**Free** – representing the remainder of our customer base, this group was initially attracted to our offer because of the promise of "something for nothing." These customers are difficult to identify, are a significant percent of our initial cancel rate, and have no intention of paying for their magazine subscription. This universe of customers declines significantly in the out contracts as the majority of these customers wash out after the first contract. Some keys to addressing this segment are:

1. Identification – if we can track repeat cancels we can potentially limit our exposure to this group of customers. We should explore the creation of a "gamer" file with Time Inc. and use this file to positive option market to identified gamers, or create a publisher policy limitation that is articulated in the terms and conditions of the offer that would allow us to restrict customers that repeatedly accept our offers and do not renew.

CONFIDENTIAL

**Cancellation Paths**

Despite the convenient groupings of cancels based on behavioral factors, in the real world it is difficult or impossible in some cases to identify these groups based on their cancellation path. Customers that decline on a merchant-processing event are easy to identify, but it is increasingly more difficult to accurately target the other three groups. Customers that select the CDNR cancel transaction are most likely part of the "unwilling" group, but there are a percentage of "free" or "value" customers that select the CDNR transaction as well. All we can extrapolate about the remainder of the cancels is that a majority of them are "free" in the first contract and that a majority of them are "value" in subsequent contracts.

The attached chart shows a graphical representation of the four groups of customer behaviors as well as a summary of the marketing efforts we should target to these groups. As noted on the chart, any strategy that results in "touching" the customer can potentially lead to incremental cancellations in addition to expanding the renewable net.

CONFIDENTIAL

### Top Ten Cancel Reasons
#### July 2001 - July 2002

| Rank | Cancel Reason Code | Cancel Reason | Count | Percentage |
|---|---|---|---|---|
| 1 | 70 or 10 | Do Not Want | 8,336,269 | 51.70% |
| 2 | 280 | Nes Batch Cancel Process | 2,116,969 | 13.13% |
| 3 | 90 | Did Not Want Continous Service | 968,101 | 6.00% |
| 4 | 270 | Cancel After Do Not Renew | 957,463 | 5.94% |
| 5 | 80 | Sampling Product As Offer Suggested | 789,387 | 4.89% |
| 6 | Blank | Blank | 710,742 | 4.41% |
| 7 | 200 | Bank Request | 529,057 | 3.28% |
| 8 | 120 | No Time To Read | 275,007 | 1.71% |
| 9 | 40 | Magazine Content | 224,902 | 1.39% |
| 10 | 350 | Written Correspondence - No Reason | 169,564 | 1.05% |
| 11 | Various | All other | 1,048,162 | 6.50% |
| | Total | | 16,125,563 | 100.00% |

## Top 10 Cancel Reasons by Year of Business

### Year 1

| Rank | Cancel Reason Cd | | Count | Percentage |
|---|---|---|---|---|
| 1 | 70 or 10 | Do Not Want | 8,219,179 | 51.60% |
| 2 | 280 | Nss Batch Cancel Process | 2,093,543 | 13.14% |
| 3 | 90 | Did Not Want Continous Service | 960,440 | 6.03% |
| 4 | 270 | Cancel After Do Not Renew | 945,423 | 5.93% |
| 5 | 80 | Sampling Product As Offer Suggested | 785,574 | 4.93% |
| 6 | | Blank | 709,112 | 4.45% |
| 7 | 200 | Bank Request | 521,601 | 3.27% |
| 8 | 120 | No Time To Read | 272,919 | 1.71% |
| 9 | 40 | Magazine Content | 222,716 | 1.40% |
| 10 | 350 | Written Correspondence - No Reason | 167,729 | 1.05% |

### Year 2

| Rank | Cancel Reason Cd | | Count | Percentage |
|---|---|---|---|---|
| 1 | 70 or 10 | Do Not Want | 112,578 | 60.80% |
| 2 | 280 | Nss Batch Cancel Process | 22,891 | 12.36% |
| 3 | 270 | Cancel After Do Not Renew | 11,494 | 6.21% |
| 4 | 90 | Did Not Want Continous Service | 7,035 | 3.80% |
| 5 | 200 | Bank Request | 6,968 | 3.76% |
| 6 | 80 | Sampling Product As Offer Suggested | 3,529 | 1.91% |
| 7 | 440 | Batch Cancel - Plc Pre-Auth Hd | 3,038 | 1.64% |
| 8 | 380 | Participation Cancel Dnr | 2,411 | 1.30% |
| 9 | 40 | Magazine Content | 2,016 | 1.09% |
| 10 | 120 | No Time To Read | 1,943 | 1.05% |

### Year 3

| Rank | Cancel Reason Cd | | Count | Percentage |
|---|---|---|---|---|
| 1 | 70 or 10 | Do Not Want | 3,336 | 50.63% |
| 2 | 90 | Did Not Want Continous Service | 465 | 7.06% |
| 3 | 280 | Nss Batch Cancel Process | 425 | 6.45% |
| 4 | 270 | Cancel After Do Not Renew | 413 | 6.27% |
| 5 | 200 | Bank Request | 332 | 5.04% |
| 6 | 380 | Participation Cancel Dnr | 310 | 4.70% |
| 7 | 230 | Issuer Cancel - Misc | 235 | 3.57% |
| 8 | 80 | Sampling Product As Offer Suggested | 170 | 2.58% |
| 9 | 190 | Duplicate Order | 156 | 2.37% |
| 10 | 350 | Written Correspondence - No Reason | 146 | 2.22% |

### Year 4

| Rank | Cancel Reason Cd | | Count | Percentage |
|---|---|---|---|---|
| 1 | 70 or 10 | Do Not Want | 991 | 46.46% |
| 2 | 90 | Did Not Want Continous Service | 144 | 6.75% |
| 3 | 350 | Written Correspondence - No Reason | 115 | 5.39% |
| 4 | 190 | Duplicate Order | 108 | 5.06% |

SYN-0090751

| Rank | Cancel Reason Cd | | Count | Percentage |
|---|---|---|---|---|
| 5 | 270 | Cancel After Do Not Renew | 107 | 5.02% |
| 6 | 200 | Bank Request | 105 | 4.92% |
| 7 | 280 | Nss Batch Cancel Process | 98 | 4.59% |
| 8 | 230 | Issuer Cancel - Misc | 92 | 4.31% |
| 9 | 380 | Participation Cancel Dnr | 80 | 3.75% |
| 10 | 30 | Delivery Problems | 59 | 2.77% |

| Rank | Cancel Reason Cd | Year 5+ | Count | Percentage |
|---|---|---|---|---|
| 1 | 70 or 10 | Other | 185 | 41.02% |
| 2 | 200 | Bank Request | 51 | 11.31% |
| 3 | 300 | Amex Inactive | 40 | 8.87% |
| 4 | 380 | Participation Cancel Dnr | 38 | 8.43% |
| 5 | 190 | Duplicate Order | 27 | 5.99% |
| 6 | 90 | Did Not Want Continous Service | 17 | 3.77% |
| 7 | 270 | Cancel After Do Not Renew | 16 | 3.55% |
| 8 | 80 | Sampling Product As Offer Suggested | 15 | 3.33% |
| 9 | 280 | Nss Batch Cancel Process | 12 | 2.66% |
| 10 | 30 | Delivery Problems | 9 | 2.00% |

CONFIDENTIAL

# <u>Tyler Exhibit K</u>



### Trainers' Notes:

Some campaigns (pre-10/98 and some PIC promos) will not allow pro-rata refunds. These cm's will always get a full refund.

Most rewards campaigns bill the second time 10 months after the first bill and annually there after. Sampler bills 10 months from the order date and then annually there after.

Semi-annual rewards subs: bill 2 occurs 6 months after bill 1. Bill 3 occurs 10 months after bill 1 and then semi-annually there after.

Semi-annual Sampler subs – Bill 2 occurs 6 months after order date. Bill 3 is 10 months after order date and then semi-annually there after.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
SYN-0000751

# **<u>Tyler Exhibit L</u>**

**Refund Dollars By Year**

| Year | Dollars Cancel Refund |
|------|----------------------:|
| 2000 | $95,421,530.78 |
| 2001 | $162,404,760.85 |
| 2002 | $128,844,570.47 |
| 2003 | $89,063,109.68 |
| 2004 | $56,405,031.79 |
| 2005 | $65,905,336.95 |
| 2006 | $72,668,725.02 |
| 2007 | $53,214,640.04 |
| 2008 | $3,656,797.98 |
| **Sum:** | **$727,584,504.00** |

CONFIDENTIAL

SYN-0116490

# **<u>Tyler Exhibit M</u>**

# Level 3 – Billing Inquiries - Overdrafts

## System
Magazine System

## Overview
This process was created to provide customers a refund for overdraft charges that they have incurred resulting from a Magazine Direct Order, EB Games order or ACH payment. Synapse is not responsible for these charges, but will on occasion, refund them in order to appease the customer/client.

## Rules To Follow
1) Magazine Direct, ACH Customers and EB Games are acceptable lines of business for overdraft reimbursement.

2) If the request comes from a line of business other than the ones stated above, customer service must receive approval from the Synapse Vendor Manager prior to issuing a credit.

## Process
1) A customer requests to receive credit for an overdraft fee that they believe was the result of a Synapse charge.

2) The customer must fax or mail their statement, which must include the following:

   a) The Synapse charge.

   b) The running account balance before and after the Synapse charge occurred.

3) Review the customer's statement to determine if Synapse's charges caused any overdraft fees:

   a) Obtain the customer's balance before the Synapse charge was posted to the account.

   If the customer's account had a negative balance before our charge posted to the account:

      1) Locate the overdraft fee associated only with our charges.

      2) Issue/request a forced credit to the customer for that amount.

   If the customer's account did not have a negative balance before our charge posted:

1) Add Synapse charges back into the balance and begin to subtract all checks/debits that posted after our charge.

2) Any overdraft fees present while the account balance is still positive should be added to the balance, not subtracted.

**3)** Stop if the account balance becomes negative. At this point the customer's account would have overdrafted even without our charges. You should refund only the overdraft fees contained between our charge and the point where the account balance turns negative.

**4)** If you have subtracted all checks/debits from the account and the customer's balance is positive, you should issue   a forced credit for all the overdraft fees incurred after Synapse's charge posted.

> If reimbursement will be issued to the customer:

> 1) The guidelines for processing a forced credit for overdraft fees are as follows:

>> a) If the fees are $100.00 or less, no approval is required.

>> b) If the fees are between $100.00-$300.00, a supervisor must approve the request.

>> c) If the fees exceed $300.00, send the documentation to the Synapse Vendor Manager for approval.

> 2) Once the reimbursement is approved, add the customer's information to the overdraft spreadsheet.

> 3) Call the customer to inform them of the refund amount. If the customer's phone number is not available, send a letter to the customer.

> 4) Process the forced credit or if the customer requests a check, submit a check request for the credit.

> 5) Place remarks on the customers order which include:

>> a) The customer's request.

>> b) The dollar amount of the fees.

>> c) The date the request was sent to supervisor/Synapse for approval *(if applicable).*

>> d) The action that was taken on the customers account.

>> e) The rep ID.

If reimbursement will not be issued to the customer:

1) Send the appropriate OD letter to the customer.

2) Place remarks on the customer's order in the magazine system which include:

> a) Why the overdraft fees are not reimbursable.

> b) That a letter was sent to the customer.

> c) The rep ID.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL





# Overdraft/ Over Limit Procedure

# Customer Service level III Transaction

Synapse Group, Inc.  JLA 6/13/05

SYN-0094222





CONFIDENTIAL

SYN-0094223

CONFIDENTIAL

SYN-0094224



# Terminology

**What is an overdraft?**

An overdraft occurs when an individual withdrawals an amount of money in excess of his/her credit balance from a banking account.

**What is an overdraft fee?**

An overdraft fee occurs when an individual withdrawals an amount of money in excess of his/her credit balance from a banking account and is assessed a fee by the financial institution.

**What are over the limit fees?**

An over the limit fee occurs when an individual charges an amount of money in excess of his/her credit limit.

---

## Examples

| Beginning Balance | | $20.00 |
|---|---|---|
| Purchase | $40.00 | -$20.00 |
| OD Fee | $20.00 | -$40.00 |

The $40.00 purchase caused Mr. Smith's account to overdraft, as a result his bank charged him a $20.00 fee.

**Credit Limit $500.00**

| Beginning Balance | | $470.00 |
|---|---|---|
| Purchase | $50.00 | $520.00 |
| Over the limit Fee | $30.00 | $550.00 |

The $50.00 purchase caused Mr. Smith's account to go over the limit, as a result his bank charged him a $30.00 fee.

---

Synapse Group, Inc.  JLA 9/30/03                                                    2

CONFIDENTIAL

# Is Synapse Responsible?

## Is Synapse Responsible For Overdraft and Over the Limit Fees?

Synapse is not responsible for crediting overdraft or over the limit fees to customer accounts, however upon customer request Synapse will investigate the fee(s) to determine if it was caused by a Synapse charge.  If it is determined that Synapse caused an overdraft or over the limit fee to occur Synapse <u>may</u> credit the customer's account.

## How Does the Process Work?

When a customer requests to receive credit for overdraft/over the limit fees  s/he believes were the result of a Synapse charge the customer must send Customer Service his/her statement which includes:

--Our charge(s)

--A running balance

Statements should be faxed to: **(954) 623-4621**

**Attention: Billing Department**

If the customer is unable to send a fax, statements can be mailed to:

**Customer Service**
**P.O Box 30468**
**Salt Lake City, UT**
**84130**

Synapse Group, Inc.  JLA revised 3/15/05

3

SYN-0094225

# What Determines Reimbursement?

**What Fees Will Synapse Reimburse?**

Synapse will reimburse over the limit and over draft fees that were caused by a Synapse charge if the customer's subscription(s) was ordered through Magazine Direct.

> ➢ Synapse **does not** reimburse over the limit or overdraft fees for customers that ordered through an Instatement or Internet offer, since the customer agreed to the terms and conditions of the offer when s/he completed the order form

## Instatement

If a customer that ordered through an Instatement offer continues to insist that s/he should be reimbursed for fees incurred by our charge, offer to send him/her a copy of the order form.

- •If the customer agrees, send the media request to your Supervisor
- •If the customer becomes irate follow the standard process for reimbursement

## Internet

If a customer that ordered through an Internet offer continues to insist that s/he should be reimbursed for fees incurred by our charge and becomes irate follow the standard process for reimbursement.

CONFIDENTIAL

SYN-0094226

CONFIDENTIAL

# How Do You Know if a Synapse Charge Caused an Overdraft?

**The customer's statement will provide you with the information that you need to determine if Synapse caused an overdraft to occur.**

**To determine if Synapse caused an overdraft follow the steps below:**

1. Determine the customer's balance before the Synapse charge "hit" the account
   - ➢ If the customer's account had a negative balance or accrued an overdraft before our charge "hit" we are not responsible for the fees
2. Subtract any subsequent non-Synapse charges (including checks) from the balance
3. Add any deposits

If the balance is not negative, Synapse caused the overdraft to occur.

**To determine if Synapse caused an over the limit fee follow the steps below:**

1. Determine the customer's balance before the Synapse charge "hit" the account
   - ➢ If the customer's account was already above the limit before our charge "hit" we are not responsible for the fees
2. Add any subsequent non-Synapse charges
3. Subtract any payments

If the balance is not above the customer's credit limit, Synapse caused the over the limit fee to occur.

5

SYN-0094227

CONFIDENTIAL

# P r o c e d u r e

## Process

1. IBTM Rep tells the customer to fax or mail their billing statement in
2. The customer sends his/her billing statement to customer service either by fax or mail
3. Customer Service determines if the customer will be reimbursed

## If Synapse is responsible for the fees:

1. Follow the forced credit procedure using the guidelines below
   - If the fees are $100.00 or less, submit the forced credit request to a Billing Specialist
   - If the fees are within the $100.00 - $300.00 range a supervisor must approve and submit the request
   - If the fees exceed $300.00, send the documentation to Synapse Vendor Manager
     - If reimbursement is approved, Synapse Vendor Manager will submit the forced credit request to the supervisor
2. Add the customer's information to the overdraft spreadsheet
3. Call the customer to make him/her aware of the refund amount. (If the customer's phone number is not available send a letter to the customer making him/her aware of the credit.)
4. Place remarks on the customers order
5. Submit the billing statement to a Billing specialist to process the forced credit

SYN-0094228



# **Procedure**

**If Synapse is not responsible for the fees:**

1.  Send one of the following letters to the customer
    - CS00313 Not Responsible for OD fees- Invalid
    - CS00314 Not Responsible for OD fees- Instatement
    - CS00315 Not Responsible for OD fees- Internet
2.  Place remarks on the customer's account that state:
    - Why the overdraft/over limit fees are not reimbursable
    - That you sent the customer a letter

## **Billing Specialist**

When you receive the Overdraft spreadsheet and back-up paper work:

1.  Process the forced credit
2.  Confirm that the credit was successful
3.  Place remarks on the customer's account that state the amount and date of the credit
4.  Enter the customer's information into the overdraft/over limit excel worksheet
5.  File a copy of the excel worksheet, Orbital Terminal Return file, screen shot of customer's account on NEWS and attendant paperwork in a binder for future reference

Synapse Group, Inc.  JLA 9/30/03                                              7

CONFIDENTIAL

SYN-0094229

CONFIDENTIAL

# Sample Overdraft/ Over the Limit Spreadsheet



| Date | Last Name | Zip Code | Dollar Amount | # Of Mags | Client | Billing Event | Credit Card | Debit/ Credit |
|------|-----------|----------|---------------|-----------|--------|---------------|-------------|---------------|
| 10/1/03 | Jones | 12345 | $21.00 | 1 | JCP | Renewal | 1234567891 | Debit |
| 10/1/03 | Parker | 12345 | $42.00 | 2 | Citibank | Year 1 | 12345678924 | Credit |
| | | | | | | | | |
| | | | | | | | | |

| Date the forced credit is processed | CM's last name | CM's zip code | Dollar Amount of the over draft | # of mag. charges that caused the over draft to occur | Client the mags. were ordered through | Year of service the CM is in | Account number that was charged | Debit or credit |

Synapse Group, Inc.  JLA 9/30/03

8

SYN-0094230

CONFIDENTIAL

# Remarks

**Remarks should always include:**

- The date the customer's statement was received by Customer Service
- The customer's request
- The dollar amount of the fees
- The date the forced credit request was sent to corporate for approval (if applicable)
- The action that has been taken on the customer's account



Customer Info    Remarks    Customer Maintenance

3/15/05 recieved fax c07cstrain**3/16/05 cm is requesting refund of overdraft charges of $22.00.  Per copy of statement a forced credit of $22.00 has been issued- called customer to let her know that she will see the credit within 1-2 billing statements**c07cstrain**

Customer Info    Remarks    Customer Maintenance

3/15/05 recieved fax c07cstrain**3/16/05 cm is requesting refund of overdraft charges of $98.00 due to magazine charges- per company policy we are not responsible for overdraft fees because the cm agreed to the terms & conditions of the offer when he ordered on the website- sent cm letter to notify him c07cstrain**

SYN-0094231

CONFIDENTIAL

# Sample Statement

| Date | Description | Debit | Credit Balance |
|------|-------------|-------|----------------|
| 08/04/03 | check | $42.85 | $371.18 |
| 08/04/03 | purchase | $55.41 | $315.77 |
| 08/04/03 | purchase | $102.06 | $213.71 |
| 08/06/03 | purchase | $17.49 | $186.43 |
| 08/06/03 | NSS*123*STUFF | $20.00 | $166.43 |
| 08/06/03 | purchase | $176.67 | -$10.24 |
| 08/06/03 | NSF CHARGE | $20.00 | $30.24 |
| 08/07/03 | purchase | $50.00 | -$80.24 |
| 08/07/03 | purchase | $8.42 | -$88.66 |

| | Debits | Balance |
|---|--------|---------|
| Balance before Synapse charge hit | | $186.43 |
| Subtract subsequent non-Synapse charges | $176.67 | $9.76 |
| | $50.00 | -$40.24 |

Synapse did not cause the customer's account to overdraft, it would have without the NSS and NSF charges.

Synapse Group, Inc.  JLA 9/30/03                                          10

SYN-0094232

CONFIDENTIAL

# Sample Statement

| Date | Description | Debit | Deposits | Credit Balance |
|---|---|---|---|---|
| 08/08/03 | purchase | $5.34 | | $32.12 |
| 08/11/03 | deposit | | $1.00 | $33.12 |
| 08/11/03 | deposit | | $0.78 | $33.90 |
| 08/11/03 | NSS*123*ELLE | $28.00 | | $5.90 |
| 08/13/03 | purchase | $32.90 | | -$27.00 |
| 08/14/03 | NSF Charge | $30.00 | | -$57.00 |

| | Debits | Balance |
|---|---|---|
| Balance before Synapse charge hit | | |
| Subtract subsequent non-Synapse charges | | |
| | | |

**Did the Synapse charge cause the customer to overdraft?**

Synapse Group, Inc.  JLA 9/30/03

11

SYN-0094233