**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| CHARLES T. MCNAIR, et al.,      ) | |
|                      ) | |
|         Plaintiffs,      ) | Civil Action No.: 06-5072 (JLL) |
|                      ) | |
| v.                     ) | |
|                      ) | **ORDER** |
| SYNAPSE GROUP, INC.,     ) | |
|                      ) | |
|         Defendant.      ) | |

Currently before the Court is Plaintiffs' motion for class certification and Defendant's motion to strike or exclude the reports of Dr. Warren J. Keegan. For the reasons set forth in this Court's corresponding Opinion,

It is on this _15_ day of November, 2010,

**ORDERED** that Plaintiffs' motion for class certification (CM/ECF No. 112) is DENIED; and it is further

**ORDERED** that Defendant's motion to strike or exclude the reports of Dr. Warren J. Keegan (CM/ECF No. 122) is DENIED as moot.

_____
Jose L. Linares,
United States District Judge