**KANTROWITZ, GOLDHAMER & GRAIFMAN**
**GARY S. GRAIFMAN**
210 Summit Avenue
Montvale, New Jersey 07645
Telephone  (201) 391-7000

**GREEN & ASSOCIATES, LLC**
**MICHAEL S. GREEN**
522 Route 18, P.O. Box 428
East Brunswick, New Jersey 08816
Telephone (732) 390-0480

**DIAMOND LAW OFFICE, LLC**
**PAUL DIAMOND**
1605 John Street, Suite 102
Fort Lee, New Jersey 07024
Telephone (201) 242-1110

**Attorneys for Plaintiffs**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY (NEWARK)

| | |
|---|---|
| CHARLES T. MCNAIR,<br>THEODORE AUSTIN,<br>DANIELLE DEMETRIOU,<br>USHMA DESAI and JULIE DYNKO<br>on behalf of themselves and all others similarly situated,<br><br>                           Plaintiffs<br><br>             v.<br><br><br>SYNAPSE GROUP INC.,<br><br>                           Defendant. | Case No. 2:06-cv-05072 (JLL) (CCC)<br><br>*Document electronically filed.*<br><br>Return Date: January 3, 2011<br><br><br><br>**NOTICE OF MOTION FOR RECONSIDERATION OF THE COURT'S NOVEMBER 15, 2010 ORDER** |

**TO:**  Thomas E. Gilbertsen, Esq.          Geoffery w. Castello, Esq.
          Kelley, Drye & Warren, LLP          Kelley, Drye & Warren, LLP
          3050 K Street N.W.                        200 Kimball Ave.
          Washington, D.C.  20007              Parsippany, NJ 07054
          Tel. 202-342-8451                          Tel. 973-503-5950
          tgilbertsen@kelleydrye.com          gcastello@kellydrye.com

COUNSEL:

PLEASE TAKE NOTICE that on January 3, 2011, or on a date and time to be set by the Court, Plaintiffs, by and through its attorneys Kantrowitz, Goldhamer & Graifman, Green & Associates, LLC and Diamond Law Office, LLC, shall move for reconsideration of the Court's November 15, 2010 Order.

PLEASE TAKE FURTHER NOTICE that Plaintiffs shall rely on the Memorandum of Law and Declaration of Michael S. Green, Esq. submitted in support of this Motion, and all other papers of record.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted herewith.

PLEASE TAKE FURTHER NOTICE that the motion is being made returnable on January 3, 2011, and that oral argument is requested.

Dated:  November 29, 2010

By: /s/Michael S. Green
**GREEN & ASSOCIATES, LLC**
**MICHAEL S. GREEN (MSG 2204)**
522 Route 18, P.O. Box 428
East Brunswick, New Jersey 08816
Telephone (732) 390-0480

**KANTROWITZ, GOLDHAMER & GRAIFMAN**
**GARY GRAIFMAN (GSG 2276)**
210 Summit Avenue
Montvale, New Jersey 07645
Telephone  (201) 391-7000

**DIAMOND LAW OFFICE, LLC**
**PAUL DIAMOND (PD 3088)**
1605 John Street, Suite 102
Fort Lee, New Jersey 07024
Telephone (201) 242-1110

**Attorneys for Plaintiffs**