# EXHIBIT 55

# BizRate Sponsored w/Premium User flow in Survey Path 12/10/02



CONFIDENTIAL

SYN - 0140715



BizRate.com - Microsoft Internet Explorer

File Edit View Favorites Tools Help

survey by BizRate.com

Travelocity.com

# Evaluation of Travelocity.com

Complete this survey for a chance to win $25 today! Plus, you can claim your Thank You Reward* of popular magazines valued at up to $100! See Official Rules.

*Offer valid for U.S. residents only. Select a one-year trial subscription to up to 3 of your favorite magazines for a low processing & handling fee of just $2 for each selection, charged to your credit card. (Complete this survey for more details and for your chance to win $25 today.)

## Merchant Performance Ratings

**How satisfied are you overall with this purchase experience at Travelocity.com's site?**

| | Not at All | | A Little | | Somewhat | | Quite a Bit | | Highly | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | n/a |
| Overall Satisfaction | O | O | O | O | O | O | O | O | O | O | O |

**How satisfied are you with each of the following aspects of this online reservation?**

| | Not at All | | A Little | | Somewhat | | Quite a Bit | | Highly | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | n/a |
| Ease of Making Travel Reservations | O | O | O | O | O | O | O | O | O | O | O |
| Travel Planning Selection | O | O | O | O | O | O | O | O | O | O | O |
| Travel Planning Information | O | O | O | O | O | O | O | O | O | O | O |
| Travel Prices Offered | O | O | O | O | O | O | O | O | O | O | O |
| Web Site Performance | O | O | O | O | O | O | O | O | O | O | O |
| Ease of Comparing Prices | O | O | O | O | O | O | O | O | O | O | O |

Done Internet

survey by **BizRate.com**                    Travelocity.com

## Evaluation of Travelocity.com

Online Travel Reservation Experience

**Is this the first time you've ever made a purchase online?**

  ○ Yes                   ○ No

If "Yes," please Click Here to skip to the next relevant question.

**Is this the first time you've ever made a personal/leisure travel reservation online?**

  ○ Yes                   ○ No

If "Yes," please Click Here to skip to the next relevant question.

**Is this the first time you've ever made a personal/leisure reservation online from Travelocity.com?**

  ○ Yes                   ○ No

If "Yes," please Click Here to skip to the next relevant question.

**Including this order, how many personal/leisure reservations have you made from Travelocity.com online in the last six months?**

[ – Select – ▾ ]

**Including this order, how many personal/leisure reservations have you made from Travelocity.com and similar merchants online in the last six months?**

[ – Select – ▾ ]

CONFIDENTIAL

SYN - 0140717

survey by **BizRate.com**   Travelocity.com

## Evaluation of Travelocity.com

**Who will be traveling on this reservation?**

O Just myself                    O Someone else

O Myself and someone else

**Was this reservation for domestic or international travel?**

O Domestic only                  O Both domestic and international

O International only

**Which of the following most influenced your decision to visit Travelocity.com's site today?**
Select only one of the following

| Online | – Select – |
| Email | – Select – |
| Print | – Select – |
| TV | – Select – |
| Radio | – Select – |
| Another Source | – Select – |

If "Other," please specify: [                    ]

**What was the main reason for making your travel reservation through Travelocity.com rather than another online merchant?**

| – Select – |

CONFIDENTIAL

SYN - 0140718

survey by **BizRate.com**                    Travelocity.com

## Evaluation of Travelocity.com

Some of the following questions apply to the purchase you just made. These questions will provide information to merchants about credit card usage and other payment methods to help them better meet your needs.

## Method of Payment

**How did you pay for this purchase?**

| – Select – |

If "Other," please specify: [            ]

**If you selected MasterCard or Visa, what bank issued the card?**

| – Select – |

If "Other," please specify: [            ]

**Please indicate how many of the following major brands of credit/debit cards you own (Check all that apply):**

|  | None | 1 | 2 | 3 | 4 | More than 4 |
|---|---|---|---|---|---|---|
| American Express/American Express Optima Card | O | O | O | O | O | O |
| Carte Blanche/Diners Club Card | O | O | O | O | O | O |
| Discover Card | O | O | O | O | O | O |

CONFIDENTIAL

SYN - 0140719

survey by **BizRate.com**    Travelocity.com

## Evaluation of Travelocity.com

### Please Tell Us A Little Bit About Yourself

**Gender**

    ◯ Male             ◯ Female

**Annual Household Income**

| – Select – |

**Education**

| – Select – |

**Marital Status**

| – Select – |

**ZIP / Postal Code**

| |

**Children's Ages**
Please check all that apply.

    ☐ Children under age 2         ☐ Age 12-17

    ☐ Age 2-5                 ☐ I have no children under 18

    ☐ Age 6-11                ☐ I have no children

CONFIDENTIAL

SYN - 0140720



BizRate.com - Microsoft Internet Explorer

File Edit View Favorites Tools Help

☑ You are authorized to share my information with Travelocity.com.

☐ Yes! Please keep me informed about the FREE money-saving benefits of starting my shopping at BizRate.com.

**We would like to invite you to join our exclusive BizRate.com Online Research Panel. As a member of the panel you will be able to voice your opinions by completing online surveys and have even more chances to win great prizes!**

☐ **Yes! I'd like to join the BizRate.com Panel and voice my opinions.**
**(If you are already a Panel member you do not need to check the box.)**

## Thank You!

Your feedback will help to make online shopping safer and better. Remember to start all of your online shopping at BizRate.com to find the best deals and benefit from the experience of millions of online shoppers--just like you!

Please submit your survey below. You may then claim your Thank You Reward of popular magazines valued at up to $100 and enter our sweepstakes for a chance to win $25 today!

This survey is now 100% complete.

[Submit survey]

BizRate.com

BizRate.com values your privacy and security. See our Privacy Notice.

BizRate® and BizRate.com® are registered servicemarks. Copyright 1998-2002. All rights reserved.

reviewed by truste site privacy statement

Done



BizRate.com Price Comparison Shopping: Best Prices, Consumer Ratings of Online Stores, Product - Microsoft Internet Explorer
BizRate.com
Daily C
1. Enter your name & email address:
First Name: (Required)
Last Name: (Required)
Email Address: (Required)
2. Click to enter... Good luck.
Yes. Enter me to win in the Daily Cash Giv
send me BizRate's Money Saving Newsletters!
No Thanks. I do not want to receive BizRate's
newsletters filled with money-saving offers on pop
But, still enter me in the Daily Cash Giveaway.
Enter the Daily Cash Giveaway
AS OUR THANKS TO YOU
for completing this Survey, here is your reward
Choose up to 3 of your favorite magazines!
Valued at up to $100! Processing & handling is just $2 for each selection
SPECIAL BONUS:
Order NOW and get FREE software!
Thank you for completing the survey!
GET YOUR FAVORITES - FIRST YEAR FREE
SPECIAL BONUS OFFER:
FREE Software worth up to $40
1. Select your favorite magazines (limit 3) with the FIRST YEAR FREE.
2. Claim your ABSOLUTELY FREE software at the bottom of the page.
3. And YES, the software is really FREE!
BUDGET LIVING

# Sweeps Thank You



CONFIDENTIAL

SYN - 0140723