# EXHIBIT 56

MyPoints 5/2002
The earliest we have

**Enjoy 3 of your favorite magazines absolutely free of risk for half a year and get 150 Points instantly!**

**Test, here's a deal you just can't pass up:**
**Enjoy 3 of your favorite magazines absolutely RISK FREE for 6 months and get 150 Points!**

Stay informed and entertained with a wide variety of best-selling magazines — all at a fraction of what others pay!

With so many choices, you're sure to find titles you'll truly enjoy. Just click below for details. This limited-time offer will be gone before you know it.

Click below for more details...



**MyPoints NEWSSTAND**



**Get 150 Points Just For Selecting Your Favorites!**
Select your favorite magazines below.

**GIFT ZONE**

## Pick 3 of your favorite titles absolutely RISK FREE for 6 Months!

    

☐ Elle Decor     ☐ Food & Wine     ☐ Travel + Leisure

☐ The Sporting News     ☐ U.S. News & World Report     ☐ Maxim

☐ Playboy     ☐ House & Garden     ☐ US Weekly

☐ Elle     ☐ Rosie     ☐ GQ

☐ Men's Health     ☐ Better Homes and Gardens     ☐ National Enquirer

Select 3 magazines of your choice and receive them 100% risk free for 6 months. While enjoying your selections and annually thereafter, we'll send you a notice with the option to cancel. If you choose not to cancel, your magazines will continue each year and the credit card you provide will be charged the rate shown on the notice for the next year of issues. Of course, you may call any time within the first 6 months to receive a full refund.

[ No Thanks ]     [ Yes, Ship My Gifts! ]

CONFIDENTIAL

SYN - 0140714