# EXHIBIT 57



CONFIDENTIAL

SYN - 0140703

5/2006

As a reward...
Choose 3 of your favorites below with
3 Months FREE
See details below
Glamour
3 Months Free
$20/15 iss.
Time
3 Months Free
$40/72 iss.
Star Magazine
3 Months Free
$50/65 iss.
Rolling Stone
3 Months Free
$15/32 iss.
Food & Wine
3 Months Free
$28/15 iss.
Men's Health
3 Months Free
$25/13 iss.
3 Months Free
More Top Titles
InStyle
3 Months Free
$30/16 iss.
Lucky
3 Months Free
$15/15 iss.
Entertainment Weekly
3 Months Free
$37/72 iss.
Muscle and Fitness
3 Months Free
$30/16 iss.
House & Garden
3 Months Free
$19/15 iss.
Newsweek
3 Months Free
$37/65 iss.
US Weekly
3 Months Free
$23/65 iss.
Fitness
3 Months Free
$16/15 iss.
Allure
3 Months Free
$16/16 iss.
Country Weekly
3 Months Free
$35/32 iss.
Travel + Leisure
3 Months Free
$39/15 iss.
ESPN
3 Months Free
$19/32 iss.
Ongoing Magazine Authorization: Enjoy 90 days of your favorites ABSOLUTELY FREE. After your free period, your selections will continue for a full year unless you cancel and the credit/debit card you provided will be charged only the annual rate shown for a total of fifteen months. As an additional benefit, your selections will continue. Each year, you'll receive a reminder notice and you authorize your account to be charged the rate on the notice for the next year of issues unless you choose to cancel. Please allow 6-10 weeks for delivery. The name, address, email and account information you provided will be forwarded to SynapseConnect to process and fulfill your selections. Offer valid for U.S. orders only. Please print a copy of this page for your records. Enjoy!
Yes, ship my selections!
PRIVACY POLICY - Your California Privacy Rights



Active.com - Running with Active.com: running races, training, calendars and racin...

http://www.active.com/running/

active.com

PICK YOUR SPORT | EVENT DIRECTOR TOOLS | COMMUNITY | ACTIVE ADVANTAGE | SHOPPING

RUNNING

**Pace defined**
Cutting out mileage that offers little or inefficient training is especially important to multi-sport athletes. Here, we explain different running pace terms to help you better understand how specific training works toward specific results.
▶ More

- Treadmill threshold workouts
- Penguin Chronicles: Tied in nots
- The Rock 'n' Roll Marathon mentality
- CoolRunning Forums: Training, gear, competition & more...
- Check out the new Active Endurance Running Blog here
- Need a training plan? 5Ks, 10Ks, marathons...

SEARCH HERE

name or type of event:
state or zip (optional):
search running only

FEATURED EVENTS

- Pat's Run, Tempe, Arizona 2007, Tempe, AZ 4/07/07
- Hermosa Beach Centennial 5000 and City Walk, Hermosa Beach, CA 4/14/07
- Pat's Run, San Jose 2007, San Jose, CA 4/29/07
- Seattle Safe from the Sun 2H7, Seattle, WA 5/06/07
- Palos Verdes Marathon, Half Marathon, & 5K Run/Walk, San Pedro, CA 5/19/07
- The Brentwood Run, West Los Angeles, CA 6/27/07

active.com FREE Special Edition Newsletters — SIGN UP

The Workhorse

TRAINING & GEAR ▶ ARCHIVE

- Treadmill workouts to keep life interesting
- Waste not, bonk not
- Layer gear for running outdoors in winter
- Running in cold weather
- Proprioceptive cues

HEALTH & NUTRITION ▶ ARCHIVE

- A fresh perspective on recovery runs
- For distance workouts, count carbs in
- Adjust your diet daily for weight maintenance
- Taking care of your spine
- What is normal gait?

FEATURES & NEWS ▶ ARCHIVE

- Run your fastest 5K
- Challenging 12K run to an eccentric beat
- Setting the pace
- Man runs across America
- Lance Armstrong to run NYC Marathon again

SPECIAL SECTIONS

**Active Lifestyle Vehicles** Vehicles that match your active lifestyle
**Eat Right** Latest nutrition news & advice
**Dive in & Tri** Catch the Swim-Bike-Run bug
**Health Club** Fitness, wellness, nutrition info
**Century Challenge** The ride of your life
**Gear Guide** Reviews, information on gear you need
**Marathon Mania** Training, calendar, online registration
**Active Women** Latest women's fitness, health info
**Soccer Video Downloads** Tips & drills from soccer pros

TOOLS

**Training Plans new!** Training tools and plans for athletes of all experience levels
**Timing Services** Seamless registration download into RunScore and Race Director software.
**Pace Calculator** How fast was your last run?
**Active Giving Solutions** Donations and fundraising made easy!
**Active Extras** Issue the challenge. Invite a friend.
**Build a Site** Web sites in minutes at eteamz.com

MEMBER BENEFITS

**FREE Active eNewsletters!** Exclusive articles, sport-specific training tips, nutrition, special offers, and more for your active lifestyle. Sign up today!
**Active Advantage** Start saving on travel, gear and more, NOW!

MESSAGE BOARDS

**Featured Post**
*Training problems - I'm having a nutrition problem. I have been training and doing sprint triathlons for about a year. I've experienced a 10 pound weight gain over that time. I actually got involved with triathlons to quit smoking and not gain weight. I'm not sure if I'm eating enough or the right foods. Any help would be appreciated. My daily work out starts at 4:30 a.m. so eating prior to is difficult.*
▶ Join this discussion
▶ Visit all boards

**Buy Running Apparel**
Free Shipping & 100% Gear Guarantee on Backcountry.com!
www.Backcountry.com

**Improve your Sport Performance with LJ100**
Natural anabolic, clinically proven to increase free testosterone. DHEA, cGMP, cAMP, & ATP production...
www.herbal-powers.com

Buy a Link here

About Active.com | Privacy | Terms of Use | Security | Help Desk | Advertising | Careers

Copyright © 2007. The Active Network, Inc.

The Active Network includes: Active Community Solutions | Active Giving Solutions | Active Golf Solutions | Active Government Solutions

Waiting for http://ad.doubleclick.net/adi/N2789.ActiveNetwork/B2173376.5;sz=... Internet 100%

CONFIDENTIAL

SYN - 0140705



Active.com | Pat's Run, Tempe, Arizona 2007 - Windows Internet Explorer provide...

http://www.active.com/event_detail.cfm?event_id=1348886

Yahoo! Search

Lose 71 pounds

live charge lime.com

active.com

EVENT DETAILS

REGISTER NOW!

TEAM CAPTAINS - CREATE YOUR TEAM

additional information

| | |
|---|---|
| Prices: | Individual 4.2 Mile Run/Walk: $25.00<br>Team 4.2 Mile Run/Walk (5 members or more) Per Person: $25.00<br>Kids .42 mile Run (Kids 12 & Under): $0.00<br>( Click to display Prices and Categories ) |
| Brief Description: | This event benefits the Pat Tillman Foundation. To find out more about the Foundation and how you can get involved, please visit our website: www.pattillmanfoundation.org. For more information regarding Pat's Run please visit www.patsrun.com. |
| Online Registration: | Online registration is open for this event through the evening of April 3rd, 2007. After that walk up registration will be available April 4th - 6th, 9:00am to 6:00pm at the Sun Devil Stadium ticket office. Registration will also be available from 6:00am to 7:45am on race morning at Packard Dr. and Rio Salado Dr. We urge you to utilize the packet pick up and registration April 4th - 6th at the Sun Devil Stadium ticket office! |
| Fees: | 4.2 Mile Run/Walk $25 thru April 1st, $30 thereafter. Race Day $30. Please note: we are not able to issue any refunds.<br>Kids .42 Mile Run, Kids 12 and under FREE! |
| Packet Pick Up: | Packet pick-up will be available April 4th - 6th at the Sun Devil Stadium ticket office, 9:00am to 6:00pm. Also available race morning, Packard Dr. at the Registration Desk, 6:00am to 7:45am. |
| Timing Results: | We provide accurate timing. Results will be posted at www.patsrun.com by 4:00pm April 7th, 2007. |
| Event Schedule: | 8:00am: 4.2 Mile Run start, 8:00am: 4.2 Mile Walk start (separate start lines). 9:15am: Kids .42 Mile Run. All events finish on the 42 yard line of Sun Devil Stadium on the ASU Campus. |
| Awards: | Awards will be presented to the top male and female in each of the following age group divisions: Overall winner, 1-15, 16-25, 26-39, 40-42, 43-49, 50-59, and 60+. Awards will also be presented to the top male and female in the following divisions; Clydesdale (225 - 274 pounds, male), Super Clydesdale (275 pounds and above, male), Athena (175 pounds and above, female) and Team Awards. Informal awards ceremony at 9:30am. |
| Kids Run: | A special Kids Run of .42 miles is available for children 12 years old and under. Please register children for this event even though it is free of charge. Parents may participate with their children in the Kids Run. |
| Rain or Shine: | This event will take place rain or shine, so please dress accordingly. |
| Teams: | Teams consisting of a minimum of 5 members may sign up online in one of several divisions: Small Corporation up to 250 employees; Large Corporation over 250 employees; College; Junior/Senior High School; Family; Military (active or retired) or Open (does not fit any other category). Teams may register online or by application form (but not both) and registration must be submitted no later than April 3rd. |
| How to Create or Sign Up for a Team: | If you are part of a team, the team captain must first create your team name by clicking on the "Team Captains - Create Your Team" link. They then need to continue on and register for the event. Once your team captain has created your team name, click on the "Register Now" link and select the team entry category. Select your team name from the drop down box on the form & get registered. |
| Host Hotels for Event: | Please visit www.patsrun.com for details regarding host hotels. |
| Donate Now: | You can either donate online at www.pattillmanfoundation.org. Or by mail: Pat Tillman Foundation, PO Box 20053, San Jose, CA, 95160. |
| Additional Information: | For additional information regarding this event, please visit www.patsrun.com. |
| Be a Fundraiser for Pat's Run: | If you would like to set up your own fundraising page for Pat's Run where your friends and family can make donations in your name, please click here: www.active.com/donate/patsruntempe. |
| Online Donations: | Click here to donate to Pat's Run Tempe |

Don't Stink, Just WIN!

USA

## Map of 219 Packard Dr Tempe, AZ 85281, US

▸ Click here to register now!

▸ Click here to request an additional confirmation! ▸ Check if I am registered

Own a Women's Gym
$65-76k - Small or Large Markets Real Weights - No Flimsy Hydraulics
www.ContoursExpress.com
Ads by Google - Advertise on this site

About Active.com Privacy Terms of Use Security Help desk Advertising Careers

Copyright © 2007, The Active Network, Inc.

The Active Network includes: Active Community Solutions Active Giving Solutions Active Golf Solutions Active Government Solutions Active Marketing Group Active Public Enterprise Group Active Sports Technologies Active.com ActiveGolf.com Lifeamz.com

Internet 100%

CONFIDENTIAL

```
Event Registration - Windows Internet Explorer provided by Yahoo!
https://www.active.com/register/index.cfm?event_id=1348896&site=head
```

# active.com

partnered with ESPN

## REGISTRATION

**Registration Steps:**
▶ 1. Accept Waiver ▶ 2. Complete Form ▶ 3. Submit Payment ▶ 4. Print Receipt

### Pat's Run, Tempe, Arizona 2007

| Select a Category: | Price: | Member Price† |
|---|---|---|
| ⦿ Individual 4.2 Mile Run/Walk | $25.00 | $23.00 |
| ○ Team 4.2 Mile Run/Walk (5 members or more) Per Person | $25.00 | $23.00 |
| ○ Kids 4.2 Mile Run (Kids 12 & Under) | | |
| ○ T-shirt/Number Only (not participating) | $30.00 | $28.00 |

† Active Advantage Member Price applies after purchasing Active.com's $49.95 per year membership.

**Please read the waiver carefully:**

```
By checking the box below, you agree,
warrant and covenant as follows:

Waiver 2007
READ THIS DOCUMENT (THE "WAIVER AGREEMENT")
CAREFULLY BEFORE SIGNING. THIS WAIVER
AGREEMENT WILL AFFECT YOUR LEGAL RIGHTS AND
WILL LIMIT OR ELIMINATE YOUR ABILITY TO
BRING A FUTURE LAWSUIT. I understand and
acknowledge that I am legally agreeing to
```

*I agree to the above waiver* ☑

**Initials of athlete over 18 years of age
or parent/legal guardian of minor under 18 years of age
or legal guardian of incapacitated and/or mentally challenged person.**
*Initials:* JB

### Optional Account Login

Username: [       ]   If you have an Active.com account, logging in will populate
Password: [       ]   your entry form. If not, click "continue" and you'll have the
                      option to create an account after registering.

**▶▶ CONTINUE**

About Active.com   Privacy   Terms of Use   Security   Help Desk   Advertising   Careers

Copyright © 2007. The Active Network, Inc.

The Active Network Includes: Active Community Solutions   Active Giving Solutions   Active Golf Solutions   Active Government Solutions
Active Marketing Group   Active Public Enterprise Group   Active Sports Technologies   Active.com   ActiveGolf.com   eteamz.com

CONFIDENTIAL

SYN - 0140707



Event Registration - Windows Internet Explorer provided by Yahoo!

https://www.active.com/register/questions.cfm?category_id=7184836&te...

Yahoo! Search

Search Web | Mail | My Yahoo! | NCAA Hoops

Yahoo! | Event Registration | AIM Mail | Page | Tools

Hi, Jill | Logout | My Active | Fundraiser Center | Help Desk

active.com

partnered with ESPN

REGISTRATION

Registration Steps:
▸ 1. Accept Waiver ▸ 2. Complete Form ▸ 3. Submit Payment ▸ 4. Print Receipt

**Pat's Run, Tempe, Arizona 2007**
**Individual 4.2 Mile Run/Walk**

SELECT SOMEONE TO REGISTER

PARTICIPANT INFORMATION
(* indicates required information)

CLICK HERE TO EDIT YOUR PROFILE

First Name: * Jill

Last Name: * Benyus

Birthdate: * 9/13/1976

Day Phone: * 203-391-0693

Yes! Send me health and fitness news, information about local events and special offers. ○ Yes ○ No

If you'd like to purchase an additional hat, please select quantity.
(For additional info on hats, click the '?') ●
☐ One Size Fits All Hat Qty: [ ] $10.00 ea.

● Yes ○ No

Automatic Renewal Authorization (Valid for US addresses only)
Please print a copy of this page for your records.

Enjoy 90 days of your favorites FREE. After your free period, your selections will continue for a full year unless you cancel and the credit/debit card you provide will be charged only the annual rate shown for a total of fifteen months of issues. As an additional benefit, your selections will continue. Each year, you'll receive a reminder

Continue

About Active.com Privacy Terms of Use Security Help Desk Advertising Careers

Copyright © 2007. The Active Network, Inc.

The Active Network includes: Active Community Solutions Active Giving Solutions Active Golf Solutions Active Government Solutions Active Marketing Group Active Public Enterprise Group Active Sports Technologies Active.com ActiveGolf.com eteamz.com

Done | Internet | 100%

**Completed yes block On next page**



**Automatic Renewal Authorization** (Valid for US addresses only)

Please print a copy of this page for your records.

Enjoy 90 days of your favorites FREE. After your free period, your selections will continue for a full year unless you cancel and the credit/debit card you provide will be charged only the annual rate shown for a total of fifteen months of issues. As an additional benefit, your selections will continue. Each year, you'll receive a reminder notice and you authorize your account to be charged the rate on the notice for the next year of issues unless you choose to cancel: 1-877-273-7622. Please allow 4-10 weeks for delivery. The name, address, email and account information you provide will be forwarded to SynapseConnect to process and fulfill your selections. Enjoy!

# Event Registration - Windows Internet Explorer provided by Yahoo!

## active.com

### REGISTRATION

**Registration Steps:**
▸ 1. Accept Waiver  ▸ 2. Complete Form  ▸ 3. Submit Payment  ▸ 4. Print Receipt

**CART SUMMARY**   [Declare Registration Details]

Total $27.63

▸ REGISTER
▸ REGISTER FOR
▸ REGISTER FOR

**COMPLETE YOUR BILLING INFORMATION**
(* indicates required information)

○ Or Create New Payer Below

First Name: *
Last Name: *
Gender: *   ○ Male  ○ Female
Birthdate: *  [MM] / [DD] / [YYYY]
Email: *

○ Create New Address Below

Address 1: *
Address 2:
City: *
Country: *  USA
State/Province: *  [ ]  Outside USA:
Zip/Postal Code: *

Visa
Name on Card: *  Jill Benyas
Expires: *  Jan  2008

☐ I am 18 years of age or older
☐ I understand that Active.com has a no refund policy.

Please note: Active.com does not process any refunds.
Contact the listing's administrator for their refund policy.
Thank you for your patience while your payment is processed!

About Active.com  Privacy  Terms of Use  Security  Help Desk  Advertising  Careers

Copyright © 2007. The Active Network, Inc.

The Active Network includes: Active Community Solutions  Active Giving Solutions  Active Golf Solutions  Active Government Solutions
Active Marketing Group  Active Public Enterprise Group  Active Sports Technologies  Active.com  ActiveGolf.com  etasmz.com

CONFIDENTIAL

SYN - 0140710





Active.com Sports - Windows Internet Explorer provided by Yahoo!

# Congratulations JILL!

**Just click "yes" at the bottom of this page to claim your FREE gift for registering for the Pat's Run, Tempe, Arizona 2007 through Active.com online registration.**

GET YOUR $20 FREE GIFT! click YES below!

To thank you for registering for the Pat's Run, Tempe, Arizona 2007, Active.com would like to give you a FREE $20.00 GIFT... Two Free $5.00 discounts off your next two event registrations on Active.com and a Free $10.00 discount off your online registration on Active.com to next year's Pat's Run, Tempe, Arizona 2007. Plus you'll also enjoy the money-saving benefits of ActiveAdvantage, our premium online athlete savings program! Save money every time you travel plus enjoy all this FREE for the next 3 months...

*check out the* **active** *ADVANTAGE team!*

**Airline Discounts - up to 66% off!**

**Hotel Discounts - up to 65% off!**

**Car Rental Discounts - up to 25% off!**

**Long Distance Savings - 3.9 cents per minute!**

**Sports Equipment & Luggage Delivery Service**

**Dining Discounts - 20% off**

**Event Registration Discounts**

**Special Offers for Members**

**Free Bonus Gift - $20 off Registrations**

American Airlines REWARDS NETWORK

CHOICE HOTELS INTERNATIONAL

AVIS

GNC LiveWell

ActiveAdvantage at 888 543-7223 to cancel your membership benefits. You will be issued a pro-rata refund of the annual fee.

Click here for full details on your free $20.00 gift

Done | Internet | 100%

flowers.com

shoes.com

BARNES&NOBLE.com

Click **"YES"** to claim your FREE gift and gain access to all of the exciting new ActiveAdvantage member benefits FREE for the next three months. If accepted, your membership will be confirmed both on-screen and via email. Membership information and reminder emails will be sent automatically to the email address listed below throughout your trial period. Thank you for using Active.com.

**OFFER DETAILS:** By clicking "yes", you will receive your free gift and a 3-month membership to ActiveAdvantage, compliments of Active.com. If you are 100% satisfied during your trial, do nothing. All your member benefits will automatically continue for a full year for just $4.67 per month, billed annually to your credit/debit card used here for this offer and renewed each year upon expiration, at the then current fee. A money-back guarantee is our pledge to you! If you're ever dissatisfied during your trial offer, Or thereafter, simply call

Enter your email address here: jperna@synapseemail.com

Verify your email here:

By entering my email address and clicking YES, I'm indicating that I've read and agree to the offer details and authorize Active.com to securely transfer my name, address and credit/debit card information to The Active Network, Inc., for membership processing.

I want my Free Active Advantage offer and discounts plus my $20.00 Free Gift YES

Event Registration - Windows Internet Explorer provided by Yahoo!

https://www.active.com/register/confirmation.cfm?orderId=19688038-032

Yahoo! Search

Search Web | Mail | My Yahoo! | NCAA Hoops

Yahoo! | Event Registration | AIM Mail | Page | Tools

## Your registration has been successful!

**"Active.com-Registration"** will be displayed on your credit bill.

You will receive an email confirmation of your registration.

Your confirmation number is: 19688038-032607065733

View and Print Event Waiver

**Click here** to print your receipt.

**Online Donations can now be made!**
Click here to donate to Pat's Run Tempe

**Important Information Regarding Your Registration:**

Thank you for registering for Pat's Run Tempe, scheduled for April 7, 2007. For packet pick-up information and additional details regarding the race, please visit www.patsrun.com.

About Active.com Privacy Terms of Use Security Help Desk Advertising Careers

Copyright © 2007. The Active Network, Inc.

The Active Network includes: Active Community Solutions Active Giving Solutions Active Golf Solutions Active Government Solutions Active Marketing Group Active Public Enterprise Group Active Sports Technologies Active.com ActiveGolf.com eteamz.com

Internet | 100%