# EXHIBIT 58

# the "how"

**Suggested Scripts:**

"You're entitled to 3 magazines free for 3 months. Which 3 magazines would you like? Here are the details."
(Hand brochure to customer.)

"Have you signed up for your magazines yet? You receive 3 magazines free for 3 months. Here are the details."
(Hand brochure to customer.)

**Overcoming Potential Objections**

- "I'm not interested."
  Here's a great way to try a new magazine free. Are there any you might like to try?

- "Why do you need my credit card?"
  To provide you with continuous magazine service like your cable TV, Internet and daily newspaper service.

- "I already have too many magazines."
  Are there any here that you haven't tried yet?

- "I'll forget to cancel."
  I realize you might be concerned about forgetting to cancel, but you'll receive a reminder notice in the mail before you're ever billed.



SYN-0140870

SYN-0140871

# Processed Order = Revenue



**FOR STORE USE ONLY:**

**The steps below must be followed
in order to complete the order.**

Store Associate Steps:
1. Scan program barcode below
2. Enter customer's name and address into the POS
3. Enter customer magazines selections into POS.
4. Give brochure to customer to take home



# Questions

- **What is the toll-free customer service number?**
  1-877-813-4977

- **How do I find out my store goals?**
  Store Managers should contact their District Manager to find out their store goals for this program.

- **Who should I contact to order additional supplies?**
  Additional supplies for this program can be ordered on your supply template.

- **Who should I call for feedback or questions regarding this program?**
  You may contact our magazine partner, Synapse Group, directly at 1-800-426-0357 and ask for ext. 10597 between 9am-5pm EST M-F.

     

34941

CONFIDENTIAL

SYN-0140872



CONFIDENTIAL

SYN-0140873

SYN-0140874



CONFIDENTIAL

SYN-0140875

SYN-0140876









**FOR STORE USE ONLY:**

The steps below must be followed to complete the order.

**Store Associate Steps:**

1. Scan program barcode below
2. Enter customer's name, address, and magazine selections into the POS
3. Give brochure to customer to take home

4 00180 93955 6

CONFIDENTIAL

SYN-0140877

SYN-0140878