# EXHIBIT 59

# TRY ANY 3 FREE FOR 3 MONTHS

**WHAT YOU GET:**
As a special thanks try the first 3 months FREE of any 3 magazines listed. After your order is processed, look for your first issue in 6-10 weeks.

**CONTINUOUS RENEWAL FEATURES:**
It couldn't be simpler. While enjoying your free issues, you will receive a notice, and unless you call to cancel, your selections will continue without interruption and you authorize your credit card or debit card used at TransWorld Entertainment today to be charged the rate shown for each selection for a total of fifteen months. Annually thereafter, you'll receive a notice and unless you cancel, your card will be charged the rate shown on the notice for the next year.

**AM I LOCKED INTO SUBSCRIBING?**
No. Cancel at any time during the first 3 months and you won't be charged. In fact, we will send you a reminder notice before you are ever billed. You can call to cancel at anytime. No questions asked. For all customer service questions or to cancel, call toll-free 1-877-813-4977 (24 hours a day/365 days a year).

**YOUR INFORMATION:**
Your privacy is important to us. Your name and address you've provided and your card information used at TransWorld Entertainment today will be sent to the vendor, Magazine Rewards Center, to process your selections. Magazine Rewards Center will pass along only your name and address to the magazine publishers so that they may fulfill your order. You may be contacted by them or TransWorld Entertainment with special offers in the future.

We hope you enjoy your magazines and continue to choose Trans World Entertainment in the future.

For customer service, call toll-free 1-877-813-4977 (mention source code R7U). This offer is available to store customers using a credit or debit card. Any customer not using a credit or debit card in store can call us anytime for other options. Magazine Rewards Center, a division of Synapse Retail Ventures, Inc., 225 High Ridge Road, East Building, Suite 16, Stamford, CT 06905 is the vendor and reserves the right to limit orders. Keep this portion for your records. ©2006 Synapse Retail Ventures, Inc.

34935

ROLLING STONE

ESSENCE

MAXIM

ESPN THE MAGAZINE

LUCKY

U.S. NEWS AND WORLD REPORT

TEEN PEOPLE

US WEEKLY

DIME

BLENDER AND STUFF

SPIN AND VIBE

CONFIDENTIAL

SYN-0140880

# Magazine Rewards Program Overview

**We are pleased to offer our credit card paying customers the choice of 3 magazine subscriptions free for 3 months.**

SYN-0140881

## KEY PROGRAM FACTS

- This program has a value of up to $135.
- Customers will receive 3 magazines free for 3 months, which automatically continue if customers do not cancel.
- It's important to offer this to all eligible customers using a credit card.
- There is NO customer obligation to continue with their magazine subscriptions. Canceling is easy and refund policies are generous.

## HOW THE PROGRAM WORKS

- Offer all customers using a credit card 3 magazines free for 3 months.
- Interested customers can be processed on the POS system. (See other side.) A credit card will be required at that time.
- After 3 months, the customer's subscription will continue and their credit card will be charged for the next year of issues. The customer may cancel at any time by calling a convenient toll-free number: [illegible].
- The toll-free number is communicated to the customer on three separate occasions:
  1. The toll-free number is printed on the in-store program brochure.
  2. The customer is notified by mail before being billed and given the toll-free number and complete cancellation instructions.
  3. The toll-free number is also printed next to the charge on the customer's credit statement.

## SUGGESTED SCRIPTS

- "Have you signed up for your magazines yet? You receive 3 magazines free for 3 months. Here are the details." (Hand brochure to customer.)
- "You're entitled to 3 magazines free for 3 months. Which 3 magazines would you like? Here are the details." (Hand brochure to customer.)

## OVERCOMING POTENTIAL OBJECTIONS

- "I'm not interested."
  Here's a great way to try a new magazine. Are there any you might like to try?
- "Why do you need my credit card?"
  To provide you with uninterrupted magazine service, like your cable TV, Internet and daily newspaper service.
- "I already have too many magazines."
  Are there any here that you haven't tried yet?
- "I'll forget to cancel."
  I realize you might be concerned about forgetting to cancel, but you'll receive a reminder notice in the mail before you're ever billed.

CONFIDENTIAL

WHEREHOUSE MUSIC • MOVIES

***All credit card customers can take advantage of this FREE offer in-store!***

March '06 - June '06

SYN-0140882

# Magazine Rewards Process Steps

## 1. OFFER

During all customer transactions, where the payment method is a credit card, present the magazine subscription offer. Here is the suggested Intro script:

"You're entitled to 3 magazines free for 3 months. Which 3 would you like to try? Here are the details."

(Hand brochure to customer.)

## 2. SCAN MAGAZINE PROGRAM BARCODE

Scan the magazine offer barcode on the inside panel of the brochure.

## 3. ENTER CUSTOMER INFORMATION & MAGAZINE SELECTIONS

Verify that the customer has read the offer details and that their name, address and magazine selections are accurately entered into the POS.

## 4. REMIND

Give all customers who accept the offer the brochure to take home with them. It has all of the details and the toll-free customer service number.

***It's that easy – don't forget to invite all customers using a credit card to take advantage of this FREE offer!***

CONFIDENTIAL

SYN-0140884

# Leader's Guide

## Magazine Rewards Program

*Dear District/Store Manager:*

*We are happy to announce added benefits to our Magazine Rewards Program!*

*We are offering all customers paying with a credit card* ***3 magazines free for 3 months (up to a $135 value).***

***Remember your store goals!*** *The goals we have set for this program are very achievable. This program can create a significant addition to our company's revenue and is a great reward for our customers.*

*To help you achieve your goals, we have created this Leader's Guide to give you more in-depth information regarding this program.* ***Please share this information with your Associates and remind them to make the offer to all eligible customers.***

*From time to time we will check in to gather your feedback on the progress of this initiative, but if you have something that you would like to share, please don't hesitate to contact our program partner, Synapse Group: 1-800-426-0357 and ask for ext. 10597 between 9am-5pm EST M-F.*

**Give your customers a reward worth up to $135 just for shopping in your store!**

**Up to a $135 value!**

=

3 Magazines **FREE** for 3 months = Valuable Customer Reward!

March 2006 - June 2006

CONFIDENTIAL

SYN-0140885

SYN-0140886