**KANTROWITZ, GOLDHAMER & GRAIFMAN**
**GARY S. GRAIFMAN (GSG 2276)**
210 Summit Avenue
Montvale, New Jersey 07645
Telephone  (201) 391-7000

**GREEN & ASSOCIATES, LLC**
**MICHAEL S. GREEN (MSG 2204)**
522 Route 18, P.O. Box 428
East Brunswick, New Jersey 08816
Telephone (732) 390-0480

**DIAMOND LAW OFFICE, LLC**
**PAUL DIAMOND (PD 3088)**
1605 John Street, Suite 102
Fort Lee, New Jersey 07024
Telephone (201) 242-1110

**Attorneys for Plaintiffs**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY (NEWARK)

| | |
|---|---|
| CHARLES T. MCNAIR, THEODORE AUSTIN, DANIELLE DEMETRIOU, USHMA DESAI and JULIE DYNKO on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | |
| | Case No.  2:06-cv-05072 (JLL)(CCC) |
| v. | **CIVIL ACTION** |
| SYNAPSE GROUP INC., | **REPLY DECLARATION OF MICHAEL S. GREEN IN SUPPORT OF PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE COURT'S NOVEMBER 15, 2010 ORDER** |
| Defendant. | |

MICHAEL S. GREEN duly sworn hereby certifies as follows:

1. I am a member of the firm of Green & Associates, LLC, co-counsel for plaintiffs and the putative class in the above captioned action and make this certification in support of the motion for class certification.

2. Annexed hereto is Exhibit 62 which was previously filed with the Court for Plaintiffs' Motion for Reconsideration of the Court's November 15, 2010 Order. It is a true and accurate copy of the transcript of the Oral Proceedings held before this Court on April 17, 2009.

I certify the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date:  December 27, 2010                GREEN & ASSOCIATES, LLC

By: /s/Michael S. Green
**GREEN & ASSOCIATES, LLC**
**MICHAEL S. GREEN (MSG 2204)**
522 Route 18, P.O. Box 428
East Brunswick, New Jersey 08816
Telephone (732) 390-0480

**KANTROWITZ, GOLDHAMER & GRAIFMAN**
**GARY GRAIFMAN (GSG 2276)**
210 Summit Avenue
Montvale, New Jersey 07645
Telephone  (201) 391-7000

**DIAMOND LAW OFFICE, LLC**
**PAUL DIAMOND (PD 3088)**
1605 John Street, Suite 102
Fort Lee, New Jersey 07024
Telephone (201) 242-1110

**Attorneys for Plaintiffs**