NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHARLES T. MCNAIR, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SYNAPSE GROUP, INC.,<br><br>Defendant. | Civil Action No.: 06-5072 (JLL)<br><br>**ORDER** |

This matter comes before the Court on Plaintiff's motion for reconsideration of this Court's November 15, 2010 Opinion. For the reasons set forth in this Court's corresponding Opinion,

**IT IS** on this 14th day of February, 2011

**ORDERED** that Plaintiff's motion for reconsideration is **DENIED**.

**SO ORDERED.**

/s/ Jose L. Linares
JOSE L. LINARES
U.S. DISTRICT JUDGE