UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

March 8, 2011
BCO-078

No. <u>11-8012</u>

Charles McNair, Theodore Austin,
Danielle Demetriou, Ushma Desai, Julie Dynko,
Petitioners

v.

Synapse Group, Inc.,
Respondents
(D.N.J. No. 2-06-cv-05072)

Present:    SLOVITER, JORDAN, and GREENAWAY, JR., <u>Circuit Judges</u>

1. Petition for Leave to Appeal Pursuant to Fed.R.Civ.P. 23(f);

2. Response to Petition for Leave to Appeal Pursuant to Fed.R.Civ.P. 23(f).

Respectfully,
Clerk/slc

_____ORDER_____

The foregoing Petition for Leave to Appeal Pursuant to Fed.R.Civ.P. 23(f) is hereby GRANTED.

By the Court,

  /s/   Kent A. Jordan
Circuit Judge

Dated:     March 14, 2011
SLC/cc:    Paul Diamond
           Gary S. Graifman
           Michael Scott Green
           Georffrey W. Castello, III
           Lauri A. Mazzuchetti



A True Copy:
Marcia M. Waldron, Clerk